IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-301-KAJ |
| ) | |
| CHRISTIANA CARE HEALTH SYSTEMS,) | |
| Mr. Richard Burton, ) | |
| Mrs. Clara Clark, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 23rd day of May, 2006, the court having reviewed the application to proceed without prepayment of fees under 28 U.S.C. § 1915 to find that it was incomplete;

IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) complete question 2.a. of the application and return the application, or (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

                                                                 _____
                                                                 United States District Judge