IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  06-301-KAJ |
| ) | |
| CHRISTIANA CARE HEALTH SYSTEMS,) | |
| Mr. Richard Burton, ) | |
| Mrs. Clara Clark, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 26th day of May, 2006, the court having considered the revised application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual employment income of $20,800.00  (D.I. #5).

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

*(signed)*
United States District Judge