IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD
    PLAINTIFF,

CIVIL ACTION NO.
06-301-(KAJ)

V,

CHRISTIANA CARE HEALTH SYSTEMS
MR. RICHARD BURTON
MRS. CLARA CLARK

    DEFENDANTS



FILED
JUN 07 2006
U.S. DISTRICT
DISTRICT OF D
BD Scanned

CERTIFIED MAIL RECEIPT
FOR SERVICE OF COMPLAINT

Stephanie L. Ford
19 Albany Ave
New Castle, De,
19720


