IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD            CIVIL ACTION NO.
                                           06-301 (KAJ)
     PLAINTIFF,

                    V.

CHRISTIANA CARE HEALTH SYSTEMS
MR. RICHARD BURTON
MRS. CLARA CLARK

     DEFENDANTS

CERTIFIED RETURN RECEIPT
FOR SERVICE OF COMPLAINT

Stephanie L. Ford
19 ALBANY AVE.
NEWCASTLE, DE
19720

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. CLARA CLARK
CHRISTIANA CARE
HEALTH SYSTEMS
200 HYGEIA DRIVE
NEWARK, DE. 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Cauffman   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Cauffman
C. Date of Delivery: 6/6/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0000 1604 0351

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHRISTIANA CARE
HEALTH SYSTEMS
200 HYGEIA DRIVE
NEWARK, DELAWARE 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Cauffman  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Cauffman
C. Date of Delivery: 6/6/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0000 1604 0382

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. RICHARD BURTON
CHRISTIANA CARE
HEALTH SYSTEMS
200 HYGEIA DRIVE
NEWARK, DELAWARE 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Cauffman  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Cauffman
C. Date of Delivery: 6/6/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7006 0810 0000 1604 0368