IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>            Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br>RICHARD BURTON, and CLARA CLARK,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:    C.A. No. 06-301 KAJ<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO:    Stephanie Lynn Ford
        19 Albany Avenue
        New Castle, DE 19720

        Pursuant to Rule 83.5(c), counsel moves the admission of Mr. Michael J. Ossip as counsel *pro hac vice* to represent Defendants Christiana Care Health Services, Inc., Richard Burton, and Clara Clark in this matter. In support of this Motion, Defendants rely upon the attached Certification of Michael J. Ossip, Esquire.

                                 /s/ David H. Williams
                                 David H. Williams (#616) (dwilliams@morrisjames.com)
                                 James H. McMackin, III (jmcmackin@morrisjames.com)
                                 MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                 222 Delaware Avenue
                                 P.O. Box 2306
                                 Wilmington, DE 19899
                                 (302) 888-6900/5849

                                 Michael J. Ossip (mossip@morganlewis.com)
                                 Thomas S. Bloom (tbloom@morganlewis.com)
                                 Kendra L. Baisinger (kbaisinger@morganlewis.com)
                                 Morgan, Lewis & Bockius LLP
                                 1701 Market Street
                                 Philadelphia, PA 19103
                                 (215) 963-5761

                                 Attorneys for Defendants
Dated: July 11, 2006                Christiana Care Health Services, Inc., Richard Burton,
DHW/011747-0043/1423791/1      and Clara Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-301 |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| RICHARD BURTON, and CLARA CLARK, | : |
| | : |
| Defendants. | : |

**ATTORNEY CERTIFICATION OF MICHAEL J. OSSIP
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Michael J. Ossip, Esquire certifies:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Central District of Illinois, the United States Courts of Appeals for the Third, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States Supreme Court, and I am not under suspension or disbarment in any court. I clerked for the Honorable Murray M. Schwartz of the U.S. District Court for the District of Delaware from 1979-1980.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

    4.    David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
MICHAEL JOSSIP

Dated: July 11, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-301 KAJ |
| | : | |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| RICHARD BURTON, and CLARA CLARK, | : | |
| | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Michael J. Ossip is GRANTED.

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-301 |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., RICHARD BURTON, and CLARA CLARK, | : | |
| Defendants. | : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on July 11, 2006, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE  19720

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Of Counsel:

Michael J. Ossip
Thomas S. Bloom
Kendra L. Baisinger
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5761/5543

Dated:  July 11, 2006        Attorneys for Defendants Christiana Care
                             Health Systems, Richard Burton, and Clara Clark