IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-301 KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, | : |
| Defendants. | : |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO:  Stephanie Lynn Ford
     19 Albany Avenue
     New Castle, DE  19720

Pursuant to Rule 83.5(c), counsel moves the admission of Ms. Kendra L. Baisinger as counsel *pro hac vice* to represent Defendants Christiana Care Health Services, Inc., Richard Burton, and Clara Clark in this matter. In support of this Motion, Defendants rely upon the attached Certification of Kendra L. Baisinger, Esquire.

/s/ David H. Williams
David H. Williams (#616) (dwilliams@morrisjames.com)
James H. McMackin, III(jmcmackin@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (mossip@morganlewis.com)
Thomas S. Bloom (tbloom@morganlewis.com)
Kendra L. Baisinger (kbaisinger@morganlewis.com)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5761

Attorneys for Defendants
Christiana Care Health Services, Inc., Richard Burton, and Clara Clark

Dated: July 11, 2006
DHW/011747-0043/1423795/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| Plaintiff, | : : : |
| v. | :  C.A. No. 06-301 |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, | : : : : |
| Defendants. | : |

**ATTORNEY CERTIFICATION OF KENDRA L. BAISINGER
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Kendra L. Baisinger, Esquire hereby certifies:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of Wisconsin, as well as in the jurisdictions of the United States District Court, Eastern District of Pennsylvania, and the United States Court of International Trade, and I am not under suspension or disbarment in any Court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and

is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
Kendra L. Baisinger

Dated: July 10, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-301 KAJ |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Kendra L. Baisinger is GRANTED.

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-301 |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on July 11, 2006, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

    Stephanie Lynn Ford
    19 Albany Avenue
    New Castle, DE  19720

    */s/ David H. Williams*
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III (#4284)
    jmcmackin@morrisjames.com
    MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849

Of Counsel:

Michael J. Ossip
Thomas S. Bloom
Kendra L. Baisinger
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5761/5543

Dated:  July 11, 2006            Attorneys for Defendants Christiana Care
                                 Health Systems, Richard Burton, and Clara Clark