IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF,

CIVIL ACTION NO.
06-301-(KAJ)

V.

CHRISTIANA CARE HEALTH
SYSTEMS, RICHARD BURTON, AND
CLARA CLARK

DEFENDANTS.

MOTION FOR JURY TRIAL

I STEPHANIE LYNN FORD AM REQUESTING
FOR A JURY TRIAL IN THE CIVIL CASE
AGAINST CHRISTIANA CARE HEALTH SYSTEMS,
RICHARD BURTON, AND CLARA CLARK,
CIVIL ACTION NO. 06-301-KAJ.

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEW CASTLE, DE 19720
Stephanie L. Ford 8/28/06

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 28th DAY OF AUGUST 2006, UPON THE FOLLOWING IN THE MANNER INDICATED:

U.S. STATES CERTIFIED MAIL

DAVID H. WILLIAMS
MORRIS, JAMES, HITCHENS & WILLIAMS
222 DELAWARE AVE.
P.O. BOX 2306
WILMINGTON, DE. 19899