IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br>RICHARD BURTON, and CLARA CLARK.<br><br>    Defendants. | :<br>: C.A. No. 06-301 KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF SERVICE

I hereby certify that on this 28th day of August, 2006, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

  Stephanie Lynn Ford
  19 Albany Avenue
  New Castle, DE 19720

          /s/ David H. Williams
          David H. Williams (#616)
          dwilliams@morrisjames.com
          James H. McMackin, III (#4284)
          jmcmackin@morrisjames.com
          MORRIS, JAMES, HITCHENS &
           WILLIAMS LLP
          222 Delaware Ave., 10th Floor
          P.O. Box 2306
          Wilmington, DE 19899
          (302) 888-6900/5849

          Michael J. Ossip (admitted *pro hac vice*)
          Thomas S. Bloom (admitted *pro hac vice*)
          Kendra L. Baisinger (admitted *pro hac vice*)
          MORGAN, LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, PA 19103
          (215) 963-5000
          fax: (877) 432.9652

Dated: August 28, 2006      Attorneys for Defendants

1450906/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-301 KAJ |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 28, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
Kendra L. Baisinger (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Dated: August 28, 2006    Attorneys for Defendants

DHW/011747-0043/1412213/1