IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| | :    C.A. No. 06-301 KAJ |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHRISTIANA CARE HEALTH SYSTEMS, | : |
| RICHARD BURTON, and CLARA CLARK. | : |
| | : |
| Defendants. | : |

NOTICE OF SERVICE

I hereby certify that on this 6th day of September, 2006, two (2) copies of **DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO PLAINTIFF** and **DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

> Stephanie Lynn Ford
> 19 Albany Avenue
> New Castle, DE 19720

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
 WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

1450906/1

                                            Michael J. Ossip (admitted *pro hac vice*)
                                            Thomas S. Bloom (admitted *pro hac vice*)
                                            Kendra L. Baisinger (admitted *pro hac vice*)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1701 Market Street
                                            Philadelphia, PA  19103
                                            (215) 963-5000
                                            fax:  (877) 432.9652

Dated:  September 6, 2006                Attorneys for Defendants

1450906/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
|              Plaintiff, : | |
| v. : | C.A. No. 06-301 KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., : RICHARD BURTON, and CLARA CLARK, : | |
|              Defendants. : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 6, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE  19720

*/s/ David H. Williams*
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
   WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6900/5849

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
Kendra L. Baisinger (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5000

Dated: September 6, 2006          Attorneys for Defendants

DHW/011747-0043/1412213/1