IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF,

V.

CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, AND CLARA CLARK.

DEFENDANTS.

CIVIL ACTION NO.
06-301-(KAJ)

2006 SEP 11 AM 11:34
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFIED MAIL RECEIPT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MR. DAVID H. WILLIAMS
   MORRIS, JAMES, HITCHENS
   & WILLIAMS
   222 DELAWARE AVE.
   P.O. BOX 2306
   WILMINGTON, DE 19899

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Rick Mitchell      ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Rick Mitchell
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0004 7250 2136

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.39 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $4.64 |

Postmark Here  09/07/2006

Sent To: MR. DAVID H. WILLIAMS
Street, Apt. No.; or PO Box No.: MORRIS, JAMES, HITCHEN & WILLIAMS  222 DELAWARE AVE
City, State, ZIP+4: P.O. BOX 2306  WILMINGTON, DE 19899

PS Form 3800, June 2002    See Reverse for Instructions

---

LANCASTER AVENUE STATION
WILMINGTON, Delaware
198059998
3379300505 -0094
09/07/2006    (302)654-0725    02:28:43 PM

———— Sales Receipt ————
Product            Sale  Unit    Final
Description        Qty   Price   Price

WILMINGTON DE 19899                    $0.39
First-Class
0.70 oz.
Return Rcpt (Green Card)               $1.85
Certified                              $2.40
Label #:
          70041350000472502136
                                    =========
Issue PVI:                             $4.64

Total:                                 $4.64

Paid by:
Cash                                   $5.00
Change Due:                           -$0.36

Bill#: 1000601807273
Clerk: 11

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

Stephanie L. Ford
19 Albany Ave
Newcastle, DE 19720
September 11, 2006
(302) 658-6740

*Stephanie L. Ford*