IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 06-301 (KAJ) |
| | ) |
| CHRISTIANA CARE HEALTH | ) |
| SYSTEMS, RICHARD BURTON, and | ) |
| CLARA CLARK, | ) |
| | ) |
| Defendants. | ) |

REQUEST TO PRODUCE DOCUMENTS

I THE PLAINTIFF, STEPHANIE LYNN FORD, PRO-SE, HEREBY RESPECTFULLY AM REQUESTING THIS HONORABLE COURT, TO GRANT THE PLAINTIFF'S REQUEST TO OBTAIN THE FOLLOWING LISTED DOCUMENTS FROM THE DEFENDANTS, CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK,

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720

2. Defendants, CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, / DAVID H. WILLIAMS (# 616) MORRIS, JAMES, HITCHENS & WILLIAMS LLP 222 Delaware Ave., 10th Floor P.O. Box 2306 Wilmington, De. 19899

DOCUMENT #1. IN LETTER FORM, THE PERSON OR PERSONS WHO AUTHORIZED AND IS RESPONSIBLE FOR THE TERMINATION OF ALL THE PLAINTIFF'S STEPAHNIE LYNN FORD EMPLOYMENT BENEFITS AND EMPLOYMENT STATUS, AND THE REASON FOR THE TERMINATION.

DOCUMENT #2. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY PENSION BENEFITS FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS.

DOCUMENT # 3. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY MEDICAL BENEFITS.

DOCUMENT # 4. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY LIFE INSURANCE POLICY.

DOCUMENT #5. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY PERSONAL ACCIDENT INSURANCE.

DOCUMENT # 6. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY DENTAL INSURANCE COVERAGE.

DOCUMENT # 7. PLEASE PRODUCE ALL INFORMAION PERTAINING TO MY LONG TERM DISABILITY BENEFITS.

SINCERELY,

*Stephanie L. Ford*

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720
OCTOBER 2, 2006

*Stephanie L. Ford*

CC: David H. Williams (#616)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

PF:

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

2ND DAY OF OCTOBER 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. CERITIFIED MAIL

DAVID H. WILLIAMS (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 DELAWARE AVE., 10TH FLOOR
P.O.BOX 2306
WILMINGTON, DE 19899