IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-301 (KAJ) |
| V. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, and | ) | |
| CLARA CLARK, | ) | |
| | ) | |
| Defendants, | ) | |

PLAINTIFFS' ANSWER TO FIRST SET OF INTERROGATORIES

I the Plaintiff, STEPHANIE LYNN FORD HAVE ATTACHED THE COMPLETED

INTERROGATORIES AND ALL THE NECESSARY DOCUMENTS.

STEPHANIE LYNN FORD
*Stephanie L. Ford*
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720

**FOR EMPLOYMENT LITIGATION ONLY**

**AUTHORIZATION FOR MORGAN, LEWIS & BOCKIUS, LLP
TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION**

I, Stephanie Lynn Ford, authorize Ross M. Ufberg, M.D. (the "Covered Health Care Provider") to disclose protected health information ("PHI") about me as described below:

1. The information to be disclosed is all medical records from September 1998 – June 2006 regarding Stephanie Lynn Ford's physical or mental health, including, but not limited to: office records; records of counseling, therapy, treatment or prescriptions; medical or psychological diagnoses and prognoses; doctors' clinical or nurses' notes; doctors' orders; physical therapy records; out-patient records; billing records; summaries of records; or abstracts of records.

2. The Covered Health Care Provider may disclose the above-described information to Kendra L. Baisinger, Esquire, Thomas S. Bloom, Esquire, and Michael J. Ossip, Esquire, of Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103.

3. This disclosure is made for the following purposes: at the request of the individual in connection with employment litigation with Christiana Care Health Systems.

4. I understand that I have the right to revoke this authorization in writing at any time by sending a letter to Kendra L. Baisinger, Esquire, Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103, and that the effective date of my revocation will be the date that Ms. Baisinger receives it. I further understand that any revocation will be effective only to the extent that the Covered Health Care Provider has not already taken action in reliance on this authorization.

5. This Authorization shall expire at the conclusion of the employment litigation.

*STEPHANIE L. FORD*
Printed Name (of person giving authorization)

*Stephanie L. Ford*                                    *10/2/06*
Signature of person giving authorization          Date

_____
Name of personal representative (if applicable)

_____          _____
Relationship to person giving authorization          Date

_____
Description of representative's authority to act for the individual

**FOR EMPLOYMENT LITIGATION ONLY**

**AUTHORIZATION FOR MORGAN, LEWIS & BOCKIUS, LLP
TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION**

      I, Stephanie Lynn Ford, authorize Christiana Care Health Services (the "Covered Health Care Provider") to disclose protected health information ("PHI") about me as described below:

1. The information to be disclosed is all medical records from September 1998 – June 2006 regarding Stephanie Lynn Ford's physical or mental health, including, but not limited to: office records; records of counseling, therapy, treatment or prescriptions; medical or psychological diagnoses and prognoses; doctors' clinical or nurses' notes; doctors' orders; physical therapy records; out-patient records; billing records; summaries of records; or abstracts of records.

2. The Covered Health Care Provider may disclose the above-described information to Kendra L. Baisinger, Esquire, Thomas S. Bloom, Esquire, and Michael J. Ossip, Esquire, of Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103.

3. This disclosure is made for the following purposes: at the request of the individual in connection with employment litigation with Christiana Care Health Systems.

4. I understand that I have the right to revoke this authorization in writing at any time by sending a letter to Kendra L. Baisinger, Esquire, Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103, and that the effective date of my revocation will be the date that Ms. Baisinger receives it. I further understand that any revocation will be effective only to the extent that the Covered Health Care Provider has not already taken action in reliance on this authorization.

5. This Authorization shall expire at the conclusion of the employment litigation.

_STEPHANIE L. FORD_
Printed Name (of person giving authorization)

_Stephanie L. Ford_               _10/2/06_
Signature of person giving authorization       Date

_____
Name of personal representative (if applicable)

_____       _____
Relationship to person giving authorization       Date

_____
Description of representative's authority to act for the individual

Interrogatory No. 1.

I the Plaintiff, will be obtaining a written statement concerning the facts
of this case from Dr. Ross M. Ufberg M.D. 1021 Gilpin Avenue Suite 101
Wilmington, Delaware 19806.

Interrogatory No. 2.

I plan to call Mr. Lawrence A. Ramunno Attorney -At-Law
903 N. French Street Wilmington, Delaware 19801-3371,
to testify at trial. I retained Mr. Ramunno on October 31, 2003
for the October 27, 2003 automobile accident that's pertaining
to this civil action lawsuit against the defendants Christiana Care
Health Systems, Richard Burton, and Clara Clark.

Interrogatory No. 3.


Interrogatory No. 4.

I the Plaintiff, Stephanie Lynn Ford am seeking monetary damages in the amount of
$ 100,000 dollars for PAIN AND SUFFERING, MENTAL ANGUISH, LOSS PENSION
BENEFITS AND RETIREMENT BENEFITS, LOSS MEDICAL BENEFITS, WRONGFUL
TERMINATION OF EMPLOYMENT, LOSS DENTAL INSURANCE BENEFITS, LOSS
75,000 DOLLAR LIFE INSURANCE POLICY, LOSS LONG TERM DISABILITY INSURANCE
BENEFITS, LOSS PERSONAL ACCIDENT INSURANCE BENEFITS, LOSS 401K PLAN
BENEFITS , WAS FORCED CASH OUT ON PLAN TO PAY MORTGAGE, I THE PLAINTIFF,
Am requesting LOSS WAGES WITH INTEREST, PLUS COURT COST, AND ATTORNEY FEES,
AND PENSION PLAN REINSTATED.


I the Plaintiff, am calculating the damages on pain and suffering, mental anguish, punitive damages,
Unlawful violation of the Family Medical Leave Act of 1993, ( FMLA ) In violation of the Disability
Discrimination Law Act, In violation of the Fair Employment Practice Law Act, In violation of Title 18
Section 2301 To 2318 Section 502 , ERISA, 29 U.S.C. 1132.

Interrogatory No. 5.

STATE OF DELAWARE
Christina School District
540 S. Dupont Hwy. Suite 3
Dover, Delaware 19901
Date of Hire -October 18, 2004 To Present
Wages start $ 7.00 per hour Present $ 10.00 per hour

Colonial Security Service  2nd Job
2020 Duncan Road
Wilmington, Delaware 19808
Date of Hire- 2005 to Present
Wages start $ 8.50 per hour Present $ 9.00 per hour

St. Francis Hospital
7th And Clayton Street
Wilmington, Delaware 19805
Date of Hire- September 8, 2004 To February 18, 2005
Wages start $9.17 per hour To End $ 9.17 per hour

Allied Security Company
3606 Horizon Drive
King of Prussia PA. 19406
Date of Hire- July 15, 2004 To September 10, 2004
Wages start $8.75 per hour To End $8.75 per hour

Delaware Department Of Labor
Unemployment Compensation
P.O. Box 9951
4425 North Market Street
Wilmington, Delaware 19809-0951
Date Benefits Begin April 18, 2004 End April 17, 2005
Wages start $330.00 per week

l receive Disability Benefits in the amount of $457.47 every 15th
Of the month for my daughter Adrian Lynn Ford for her special needs.

Interrogatory No. 6.

State Of Delaware
Christina School District
540 S. Dupont Hwy. Suite 3
Dover, Delaware 19901
Date of Hire-October 18,2004 To Present
Wages start $7.00 per hour To Present wages $10.00 per hour

On this job for the State of Delaware, I receive medical insurance benefits,
Life insurance benefits, Dental insurance benefits, and Pension plan.
I the plaintiff, have been without medical insurance from April 30, 2003 t0 October 18, 2004.

Interrogatory No. 7.

(a) I the Plaintiff, applied for employment at Christiana Care Systems, State of Delaware /Correctional
    Officer, A .I. Dupont Hospital /Medical Records Clerk, Stratus Service Group, Bennett Security Service
    Allied Security Service, Westoff Temporary service, and St. Francis Hospital, Christina School District,
    Colonial Security Service.

(b) The specific dates applications were made with Christiana Care Health Systems from May 18, 2004 To
    July 9, 2004 PLEASE SEE INTENSIVE JOB SEARCH LOG SHEETS, Correctional Officer
    June 12,2004, A.I. Dupont Hospital June 15, 2004, Stratus Service Group July 7, 2004, Bennett
    Service July 7, 2004, Allied Security Service July 8, 2004, Westoff Temporary Service July 8, 2004,
    St. Francis Hospital September 8, 2004, Christina School District October18, 2004, Colonial Security
    Service date,2005.

( c ) I the Plaintiff, Stephanie Lynn Ford initially inquired about employment from the above employers
    By calling via-telephone for employment and going to the companies and putting employment
    Applications, and making follow -up phones to all of the above employers.

(d) The subsequent Steps for Employment - On July 15, 2004 I attend a two day security fire and safety

Class with Allied Security Service, On September 14, 2004, I attended the general hospital Orientation from 8:00AM to 4:30PM with St. Francis Hospital. I successfully passed the Correctional Officer requirement Test, On March 13, 2006, I attended the Benefits Enrollment Meeting at the Christina School District, In the year of 2005, I attended a security orientation Session with Colonial Security Service.

(e) Christina School District bi-weekly payment $ 873.42, annual salary $22,709.00., estimated Value of Life Insurance Policy $ 70,000 , I am unsure of the value of Medical Insurance Benefits, Deferred Compensation (457) plan is valued at $290.00.

(f) Please see attached Christina School District Salary Update Memorandum and ALL EMPLOYMENT PAY STUBS.
I am a part time college student majoring in Dental Hygeine at Delaware Technical Community College, Begin - Year 2002, To Present.

Interrogatory NO. 8.

Steven & Lee
Mr. Walter P. McEvilly Jr.
Unum Life Insurance Company
Of America 1105 North Market Street 7th Floor
Wilmington, Delaware 19801

I the Plaintiff, Stephanie Lynn Ford believe Unum Life Insurance Company Of America has Knowledge of this case concerning my complaint, Unum Life Insurance Company Of America Denied and Canceled my Long Term Disability Benefits, $75, 000 dollars Life Insurance Policy. I the Plaintiff, became aware of their knowledge when I applied for long term disability while working At Christiana Care Health Systems.

Interrogatory NO. 9.

I the Plaintiff received treatment from the Wilmington Pain & Rehabilitation Center
Dr. Ross M. Ufberg M.D. 1021 Gilpin Avenue Suite 101 Wilmington, Delaware 19806
Nature of Treatment , Neck , Back and Rib Pain.

Interrogatory NO. 10.

(a) Dr. Ross M. Ufberg
1st visit 10-30-03
Last visit 12-22-04

(b) Medical Care Provided by
Dr. Ross M. Ufberg

Re-evaluations w/ Dr. Ufberg
Out patient Therapy
Use of cervical pillow
Medications
Temporary Total Disability
Home stretching exercises
MRI study of cervical spine
Home therapeutic exercise
Motrin 600mg
Flexeril 5mg
Tylenol 500mg

Bextra 10mg
Samples of vioxx 12.5mg

( c)  Out Patient Therapy
      1st Therapy visit 11-3-03
      Last Therapy visit 10-1-04
      Wilmington Pain & Rehabilitation Center
      Dr. Ross M. Ufberg
      1021 Gilpin Avenue Suite 101
      Wilmington, Delaware 19806

( d)  Medical Health Care Provider
      Dr. Ross M. Ufberg M.D.
      Restriction were in effect 10-30-03 to 6-14-04
      Please see attached Disability Certificates.

Interrogatory NO. 11.

I the Plaintiff, Stephanie Lynn Ford have a Civil Action against the Defendant, Unum Life Insurance
Company Of America which pertains to this case.  Steven & Lee  Mr. Walter P. McEvilly Jr.
Lead Attorney 1105 North Market Street 7th Floor , Wilmington, Delaware 19801
Civil Action No. 05-118 ( KAJ )

Interrogatory NO. 12.

On April 13, 2004 , I the Plaintiff, Stephanie Lynn Ford was released by Dr. Ross M. Ufberg
To return to work at Christiana Care Health Systems due to a Hit & Run automobile accident
On October 27,2003, Please see attached Disability Certificates.

Interrogatory NO. 13.

On April 13, 2004 , I the Plaintiff, Stephanie Lynn Ford was instructed by the Christiana Care Health
Systems, Human Resourse Department to go to the employee health department to be clear by their
Nurse, which I did , and then I was assigned to Job Recruiter Mr. Richard Burton for job placement .
Please see Employee Health Service Referral dated April 13, 2004.

Interrogatory NO. 14.

Mr. Benjamin Shaw
Christiana Care Health Systems
Director Of Human Resourses Department
P.O. Box 6001
Newark, Delaware 19718

Around October 17, 2004 I received a phone call from Mr. Shaw in response to the letter, I sent to
Dr. Robert Laskowski in reference to the consideration of Denial of my Long Term Disability
Benefits from Unum Life Insurance Company Of America, related to Injuries and Employment
Status, I specifically explain to Mr. Shaw about being out on sick leave and the statement Mr. Richard
Burton quoted as saying "FIND OTHER EMPLOYMENT AT ANOTHER CORPORATION" and
Mr. Shaw agreed that Mr. Burton should not have made that statement, he also asked, If I had job and
Were working and I responded yes but it's a temporary casual position at St. Francis Hospital ,
He also mention briefly about Unum Life Insurance Company Of America and that he look into
The matter end of via-phone conversation.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-301-KAJ |
| | ) | |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, and | ) | |
| CLARA CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendants Christiana Care Health Care Systems ("Christiana Care"),

Richard Burton, and Clare Clark, improperly named as Clara Clark ("Defendants"), by

and through their attorneys, Morgan, Lewis & Bockius LLP and Morris, James, Hitchens

& Williams LLP, hereby propound the following interrogatories upon Plaintiff Stephanie

Ford to be answered in writing within thirty (30) days of the date of service hereof in

accordance with Rule 33 of the Federal Rules of Civil Procedure.

### INSTRUCTIONS

A.    "Document" or "documents" means any written, recorded, filmed or

graphic matter, whether produced, reproduced, or on paper, cards, tapes, films, electronic

facsimile, E-mail, computer storage devices or any other media, including but not limited

to memoranda, notes, minutes, records, photographs, correspondence, telegrams, diaries,

bookkeeper entries, financial statements, tax returns, checks, check stubs, reports, studies,

responses to questionnaires, charts, graphs, statements, notebooks, handwritten notes,

applications, agreements, books, pamphlets, periodicals, appointment calendars, notes,

records, and recordings of oral conversations, work papers, and also including but not limited to, originals and all copies which are different in any way from the original whether by interlineation, receipt stamp, notation, indication of copies sent or received, or otherwise, and drafts.

B.      The term "communication" means the transmission of any information, in any form, including but not limited to orally, in writing, by conduct, by gesture, by electronic or computerized transmission, whether communicated intentionally and/or knowingly or not, and specifically includes but is not limited to all conversations, meetings, telephone calls, tape recordings of telephone calls, facsimiles, letters, emails and writings of any kind.

C.      A request that you "describe in detail" or identify "the factual basis" of a matter means that you must describe that matter fully, by reference to underlying specific facts and specific times, places, people and actions.

D.      The term "identify" when used with reference to an individual person, business or other entity shall mean to state its full name (or if not known, provide sufficient description so that the person, business or other entity will be identifiable to the recipients of your answer), business affiliation, and last known business or home address and phone number.

E.      In answering the interrogatories, you must furnish all information that is available to you, including information in the possession of your attorneys, healthcare providers and/or any other person or entity subject to your direction or control. If, after exercising due diligence, you cannot answer an interrogatory in full, state that fact and answer to the extent possible.

2

F.    If you need additional space to respond to any interrogatory, you may attach additional pages as necessary, provided however that you must clearly identify the particular interrogatory to which the additional pages respond.

G.    If you claim any form of privilege or other protection from disclosure as a ground for withholding responsive information, set forth each and every fact or basis on which you claim a privilege with sufficient specificity to permit the court to make a determination as to whether the claim of privilege is valid.

H.    The interrogatories are continuing in nature and you have an affirmative obligation to promptly supplement your responses as required by any new or changed information. You must produce all responsive information and documents as soon as they become known or available to you, and in all events prior to trial of this action.

## INTERROGATORIES

Interrogatory No. 1.    Identify each person from whom you have obtained or will obtain a written statement concerning the facts of this case.

Interrogatory No. 2.    Identify each expert you have reason to believe you will call to testify at trial, and as to each such expert provide the information required by Rule 26(a)(3).

3

Interrogatory No. 3.    Identify each consulting expert you have retained in this action who you do not intend to call to testify at trial, and for each such expert identify the individual's professional area of expertise and the date on which you first retained him or her.

Interrogatory No. 4.    Describe in detail the types and amounts of all damages you are seeking in your complaint, and set forth the calculation of damages that you are seeking in this case, and detail the manner in which you calculated such damages.

Interrogatory No. 5.    Beginning on April 13, 2004 and continuing until the present, provide the source and amount of any income you received, including but not limited to worker's compensation, unemployment compensation, social security or similar payments or benefits, or disability payments, and with respect to each source of income provide the inclusive dates on which you received the stated income.

4

Interrogatory No. 6.    Beginning on April 13, 2004 and continuing until the present, identify the source and total monetary value of each type and amount of any fringe benefit (including but not limited to, disability payments, salary continuances, severance payments, medical insurance, life insurance, profit sharing claim, etc.) which was made available to you at each place of employment.

Interrogatory No. 7.    Beginning on April 13, 2004 and continuing until the present, describe in detail each and every attempt you made to find employment or to pursue education, training or other alternatives.  For each such attempt to find employment:

   (a)    identify the employer to whom you made application for employment, formally or informally;

   (b)    set forth the specific date(s) such application was made (if you cannot remember the specific date(s), so state and set forth the approximate date(s));

   (c)    describe in detail what you did initially to request employment from the employer;

   (d)    describe in detail every subsequent step in the process that you took with regard to the employer, including but not limited to, any interviews you attended, any correspondence you wrote, and any tests or forms you filled out;

   (e)    describe in detail the salary, wages and the value of any and all benefits, including but not limited to medical insurance, life insurance, retirement plan benefits and fringe benefits for profit sharing claim health [define]; and

   (f)    identify each document which refers or relates to, or upon which you rely in support of, the answers to this Interrogatory.

5

Interrogatory No. 8.  Identify each person whom you know or believe has knowledge or information concerning any allegations in your Complaint, and for each such person, describe in detail the nature of his or her knowledge and information and state how you became aware of that person's knowledge.

Interrogatory No. 9.    Identify every physician, chiropractor, obstetrician, psychologist, psychiatrist or other health care personnel from whom you have sought or received counseling or medical treatment from January 1, 2001 to the present, and for each, state the individual's name, address, phone number, date(s) of treatment, nature of the treatment and reason(s) for the treatment.

Interrogatory No. 10.  For each health care provider identified in response to Interrogatory No. 9, describe in detail:

    (a)    the dates upon which you began and ended treatment with the health care provider;

    (b)    the medical care provided, including the name of any medication prescribed by the health care provider and the dates during which you took such medication and any surgical procedures or operations conducted on you by the health care provider;

    (c)    any physical therapy program prescribed or overseen by the health care provider; and

6

(d)     any work restrictions placed upon you by any health care provider and the dates those restriction were in effect.

Interrogatory No. 11. Identify all civil and administrative actions to which you have been a party or testifying witness, and include all identifying numbers assigned by the agency or court.

Interrogatory No. 12. Describe in detail the factual basis for your allegation in paragraph 6 of the Complaint that on April 12, 2004 you were "released by the Dr. Ross Ufberg to return to work" and identify all documents that refer or relate to this allegation.

Interrogatory No. 13. Describe in detail the factual basis for your allegation in paragraph 16 of the Complaint that on April 13, 2004 you were "cleared for work by the Christiana Care Health Systems Employee Nurse" and identify all documents that refer or relate to this allegation.

7

Interrogatory No. 14. Identify by name and address, all persons with whom you have had any conversations concerning the allegations in your Complaint, and describe the substance of those conversation(s).

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
   WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
302.888.6900/5849

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
Kendra L. Baisinger (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5000
fax: 877.432.9652

Dated: September 6th, 2006          Attorneys for Defendants

8

# EXIBIT A

Department of the Treasury—Internal Revenue Se...

| a Control Number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| MCD | 25040.58 | 2613.59 |
| | 3 Social security wages | 4 Social security tax withheld |
| | 26647.64 | 1652.1 |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 26647.64 | 386.39 |

c Employer's name, address, and ZIP code

CHRISTIANA CARE
P O BOX 2653
WILMINGTON DE 19805

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box |
| | | E 1607.06 |
| 12b | 12c | 12d |

| b Employer identification number | d Employee's social security number |
|---|---|
| 51-0103684 | 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 |

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|
| | X | | |

e Employee's name, address, and ZIP code

STEPHANIE L FORD
19 ALBANY AVENUE
NEW CASTLE,    DE 19720

| Form W-2 | 15 State  Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| | DE | 25040. |
| 2002 Wage and Tax Statement | 17 State income tax | 18 Local wages, tips, etc. |
| | 724.28 | 26784. |
| Copy 2 To Be Filed with Employee's State, City or Local Income Tax Return | 19 Local income tax | 20 Locality name |
| | 334.80 | WILM |

**First W-2 Form**

b. Employer's identification number 51-6000279

c. Employer's name, address, and ZIP code

STATE OF DELAWARE
SUITE 2
540 S. DUPONT HWY.
DOVER, DE 19901

1 OF 1

| | |
|---|---|
| 11 Wages, tips, other compensation | 2 Federal income tax withheld |
| | 281.63 |
| 12a See instructions for box 12 | |
| 12b | 3 Social security wages 2646.80 |
| | 4 Social security tax withheld 164.10 |
| 12c | 5 Medicare wages and tips 2646.80 |
| | 6 Medicare tax withheld 38.38 |
| 12d | 7 Social security tips |
| | 8 Allocated tips |
| 12e | |

e. Employee's name, address, and ZIP code

STEPHANIE L FORD
19 ALBANY AVENUE
NEW CASTLE, DE 19720-1401

Copy 2 for State, City
or Local Tax
Departments

d Employee's soc. sec. no
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

| | |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 13 Statutory employee / Retirement plan / Third-party sick pay |
| 14 Other FLEX/SERV 125 | 32.28 |

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| DE | 516000279 | 2646.80 | 69.36 | | | |

Form W-2 Wage and Tax Statement 2004    Department of the Treasury-Internal Revenue Service    OMB # 1545-0008    Copy 2 To Be Filed With Employee's STATE, CITY, or LOCAL Tax Department

---

**Second W-2 Form**

Form **W-2** Wage and Tax Statement    2004

Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.

OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation 1,820.00 | 2 Federal income tax withheld 159.3 |
| 7 Social security tips | 3 Social security wages 1,820.00 |
| | 4 Social security tax withheld 112.8 |
| 8 Allocated tips | 5 Medicare wages and tips 1,820.00 |
| | 6 Medicare tax withheld 26.4 |
| 9 Advance EIC payment | 10 Dependent care benefits |
| | 11 Nonqualified plans |

c Employer's name, address, and ZIP code
Spectaguard Acquisition LLC
3606 Horizon Dr
King Of Prussia, PA 19406

| 12a | 12b | 12c |
|---|---|---|

e Employee's name, address, and ZIP code    159083
Stephanie L Ford
19 Albany Ave
New Castle DE 19720

b Employer's identification number
562436460

d Employee's social security number
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

| 12d | 13 Statutory emp / Retirement plan / Third-party sick pay | 14 Other |
|---|---|---|

DE   1562436460001    1,820.00    33.10    1,820.00    22.76    Wilmington

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | BEGINS | ENDS | NAME AND SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| YOUR BASE PERIOD | | 01-01-03 BEGINS | 12-31-03 ENDS | L.O. 1          F.C. 10          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 |
| YOUR BENEFIT YEAR | | 04-18-04 | 04-17-05 | S L FORD |

BASE PERIOD QUARTERS AND WAGES

| QRT | YR | QRT | YR | QRT | YR | QRT | YR | EMPLOYER NAME AND NUMBER |
|---|---|---|---|---|---|---|---|---|
| 1 | 03 | 2 | 03 | 3 | 03 | 4 | 03 | 000070027 |
| | | 778.30 | | 3378.34 | | 649.79 | | ST FRANCIS HOSPITAL INC |
| | | | | | | | | * AFFIDAVIT *          000070019 |
| 5926.32 | | 5926.32 | | 5926.32 | | 5926.32 | | CHRISTIANA CARE HEALTH SV |

| TOTAL WAGES | MAX BENEFITS | WBA | DURATION | CLAIMANT ADDRESS |
|---|---|---|---|---|
| 28512.21 | 8,580.00 | 330.00 | 26   WEEKS 330   LAST WK | S L FORD 19 ALBANY AVE |

MESSAGE

NEW CASTLE          DE 19720

| | PROCESS DATE | REDET | CLAIM DATE |
|---|---|---|---|
| | 04-28-04 | X | 04-18-04 |

FORM UC
DOC NO. 60-06/97/0

**DELAWARE DEPARTMENT OF LABOR**   **MONETARY DETERMINATION**

| | BEGINS | ENDS | NAME AND SOCIAL SECURITY NUMBER |
|---|---|---|---|
| YOUR BASE PERIOD | 01-01-03 | 12-31-03 | L.O. 1    F.C. 10 |
| | BEGINS | ENDS | 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 |
| YOUR BENEFIT YEAR | 04-18-04 | 04-17-05 | S L FORD |

BASE PERIOD QUARTERS AND WAGES | EMPLOYER NAME AND NUMBER

| QRT 1 | YR 03 | QRT 2 | YR 03 | QRT 3 | YR 03 | QRT 4 | YR 03 | |
|---|---|---|---|---|---|---|---|---|
| | | 778.80 | | 3378.34 | | 694.79 | | 000070027 |

ST FRANCIS HOSPITAL INC

| TOTAL WAGES | MAX BENEFITS | WBA | DURATION | CLAIMANT ADDRESS |
|---|---|---|---|---|
| 4851.93 | 2,340.00 | 90.00 | 26 WEEKS / 90 LAST WK | S L FORD / 19 ALBANY AVE |

NEW CASTLE          DE 19720

MESSAGE

REVISED DETERMINATION

| PROCESS DATE | REDET | CLAIM DATE |
|---|---|---|
| 04-22-04 | X | 04-18-04 |

---

FORM UC
DOC NO. 60-06/97/0

**DELAWARE DEPARTMENT OF LABOR**   **MONETARY DETERMINATION**

| | BEGINS | ENDS | NAME AND SOCIAL SECURITY NUMBER |
|---|---|---|---|
| YOUR BASE PERIOD | 01-01-03 | 12-31-03 | L.O. 1    F.C. 10 |
| | BEGINS | ENDS | 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 |
| YOUR BENEFIT YEAR | 04-18-04 | 04-17-05 | S L FORD |

BASE PERIOD QUARTERS AND WAGES | EMPLOYER NAME AND NUMBER

| QRT 1 | YR 03 | QRT 2 | YR 03 | QRT 3 | YR 03 | QRT 4 | YR 03 | |
|---|---|---|---|---|---|---|---|---|
| | | 778.80 | | 3378.34 | | 694.79 | | 000070027 |
| 5926.32 | | 5926.32 | | 5926.32 | | 5926.32 | | ST FRANCIS HOSPITAL INC |

* AFFIDAVIT *   000070019
CHRISTIANA CARE HEALTH SV

| TOTAL WAGES | MAX BENEFITS | WBA | DURATION | CLAIMANT ADDRESS |
|---|---|---|---|---|
| 28557.21 | 8,580.00 | 330.00 | 26 WEEKS / 330 LAST WK | S L FORD / 19 ALBANY AVE |

NEW CASTLE          DE 19720

MESSAGE

REVISED DETERMINATION MONETARY DETERMINATION * AFFIDAVIT *

| PROCESS DATE | REDET | CLAIM DATE |
|---|---|---|
| 04-26-04 | X | 04-18-04 |

| | 36.500 | 368.18 | ◄ | TOTALS | ► | | 63.91 | 783. |
|---|---|---|---|---|---|---|---|---|

─── REMOVE DOCUMENT ALONG THIS PERFORATION ───

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

Catholic Health East
St. Francis Hospital
7th & Clayton Sts, PO Box 2500
Wilmington, DE 19805-0500

184035
Advice Numbe

PAY ***VOID****VOID****VOID****VOID****VOID****VOID****

| DATE | AMOUNT |
|---|---|
| 12/16/04 $ | 304.27 |

TO THE
ORDER
OF
STEPHANIE FORD

Void After 90 Days

**THIS IS NOT A CHECK**

| NAME | | | EMPLOYEE NUMBER | | DEPT. | | DATE | | CHECK/D.D. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|
| FORD, STEPHANIE | | | 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 | | 05.8460 | | 12/16/04 | | 184035 | |
| CURRENT EARNINGS | CURRENT TAXES | CURRENT DEDUCTS | CURRENT NET PAY | PAY PER ENDING | | DESCRIPTION | | | TAXES/DEDUCTS | YEAR TO DA |
| 368.18 | 63.91 | | 304.27 | 12/11/04 | | FICA OASDI | | | 22.83 | 242. |
| YTD EARNINGS 3903.70 | YTD TAXES 783.54 | YTD DEDUCTIONS | YTD NET PAY 3120.16 | | RATE 9.170 | FICA MEDICARE | | | 5.34 | 56. |
| | | | | | | FEDERAL TAX | | | 26.62 | 358. |
| DESCRIPTION | HOURS | | EARNINGS | | AVAILABLE BENEFIT HRS. | DE STATE TAX | | | 4.52 | 77. |
| REG 1 (2) | 17.000 | | 171.48 | | | EIT TAX WILMI | | | 4.60 | 48. |
| REG 1 (6) | 19.500 | | 196.70 | | | | | | | |
| *Direct Deposit* | | | | | | | | | | |
| 21087004-S | | | 25.00 | | | | | | | |
| 5606174243-C | | | 279.27 | | | | | | | |

| NAME | | | EMPLOYEE NUMBER | | DEPT. | | DATE | CHECK/D.D. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| FORD, STEPHANIE | | | 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 | | 05.8460 | | 12/02/04 | 182491 | |

| CURRENT EARNINGS | CURRENT TAXES | CURRENT DEDUCTS | CURRENT NET PAY | PAY PER ENDING | | DESCRIPTION | TAXES/DEDUCTS | YEAR TO DA |
|---|---|---|---|---|---|---|---|---|
| 358.09 | 61.61 | | 296.48 | 11/27/04 | | FICA OASDI | 22.20 | 219. |
| YTD EARNINGS 3535.52 | YTD TAXES 719.63 | YTD DEDUCTIONS | YTD NET PAY 2815.89 | RATE 9.170 | | FICA MEDICARE FEDERAL TAX DE STATE TAX EIT TAX WILMI | 5.19 25.61 4.13 4.48 | 51. 331. 73. 44. |

| DESCRIPTION | HOURS | EARNINGS | AVAILABLE BENEFIT HRS. |
|---|---|---|---|
| REG 1 (2) | 16.000 | 161.39 | |
| REG 1 (6) | 19.500 | 196.70 | |
| *Direct Deposit* | | | |
| 21087004-S | | 25.00 | |
| 5606174243-C | | 271.48 | |

| | 35.500 | 358.09 | ◄ TOTALS ► | 61.61 | 719. |
|---|---|---|---|---|---|

──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

Catholic Health East
St. Francis Hospital
7th & Clayton Sts, PO Box 2500
Wilmington, DE 19805-0500

182491
Advice Numbe

PAY ***VOID****VOID****VOID****VOID****VOID****VOID****

| DATE | AMOUNT |
|---|---|
| 12/02/04 $ | 296.48 |

TO THE STEPHANIE FORD
ORDER
OF

Void After 90 Days

**THIS IS NOT A CHECK**

P80  1

COLONIAL SECURITY SERVICE CO.,
2020 DUNCAN ROAD
WILMINGTON, DE 19808

**Earnings Statement**

**EASY PAY**

Pay Period:    1/16/2006  to  1/29/2006
Pay Date:      2/03/2006
Check #:       54721

Employee Number:        4188
Department Number:      05
Social Security Number: 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
Marital Status:         SINGLE
Number Of Allowances:   01
Rate:                   8.5000

**STEPHANIE FORD**
**19 ALBANY AVE**
**NEW CASTLE, DE 19720**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 36.00 | 306.00 | 748.00 | FED WT | 7.72 | 36.76 |
| HOLDAY | | | 306.00 | FICA | 23.41 | 80.63 |
| | | | | DE ST | | 2.51 |

| ⎧ss Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $1,054.00 | $306.00 | $31.13 | $274.87 |

**P80   1**

COLONIAL SECURITY SERVICE CO.,
2020 DUNCAN ROAD
WILMINGTON, DE 19808

# Earnings Statement

**EASYPAY**

| | | |
|---|---|---|
| Pay Period: | 8/01/2005  to  8/14/2005 |
| Pay Date: | 8/19/2005 |
| Check #: | 52007 |

| | |
|---|---|
| Employee Number: | 4188 |
| Department Number: | 05 |
| Social Security Number: | 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 |
| Marital Status: | SINGLE |
| Number Of Allowances: | 01 |
| Rate: | 8.5000 |

**STEPHANIE FORD**
**19 ALBANY AVE**
**NEW CASTLE, DE 19720**

| Hours and Earnings | | | | Taxes and Deductions | | |
|---|---|---|---|---|---|---|
| Description | Hours | This Period | Year-To-Date | Description | This Period | Year-To-Date |
| REGLAR | 43.00 | 365.50 | 935.00 | FED WT | 14.05 | 28.10 |
| | | | | FICA | 27.96 | 71.53 |
| | | | | DE  ST | .19 | .38 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $935.00 | $365.50 | $42.20 | $323.30 |

**Payroll Direct Deposit Advice**

JACK MARKELL
STATE TREASURER

State of Delaware
Payroll Account
540 S. Dupont Hwy. Suite 3
Dover DE 19901

PAYDD
951571

# Non-Negotiable

| ADVICE DATE | ADVICE NUMBER |
|---|---|
| 06/23/2006 | 4488684 |

**DEPOSIT AMOUNT**

601.25

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Savings | | 20.00 |
| Checking | | 581.25 |

953300300   33-392
Stephanie L Ford

19 Albany Avenue

New Castle          DE  19720

| Total: | | 601.25 |
|---|---|---|

**STATE OF DELAWARE**

Pay Group: State of Delaware      Advice #: 4488684
Pay Begin Date: 05/28/2006        Check #: 0000000
Pay End Date: 06/10/2006          Advice Date: 06/23/2006

| Stephenie L Ford | | | Employee ID: 982952 | | | TAX DATA: | Federal | DE State |
|---|---|---|---|---|---|---|---|---|
| 19 Albany Avenue | | | Department: Christina School Distric | | | Marital Status: | Single | Single |
| | | | Location: Glasgow High School | | | Allowances: | 0 | 0 |
| New Castle | | DE 19720 | Job Title: Custodian Plant Oper & Maint | | | Addl. Pct.: | | |
| SSN: | | | Pay Rate: 873.425040 Biweekly | | | Addl. Amt.: | | |

## HOURS AND EARNINGS

| Dept. ID | Earnings Description | Rate | Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| 953300300 | RegularPay | | 80.00 | 873.42 | 1312.50 | 13,288.12 |
| 953300300 | OptnFlexCr | | | 10.35 | | 51.75 |
| 953300300 | ProgFlexCr | | | 37.09 | | 185.45 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 96.16 | 1,598.99 |
| Fed FICA Med Hospitn | 12.67 | 195.86 |
| Fed OASDI/Disability | 54.15 | 837.45 |
| DE Withholding | 25.76 | 446.07 |

| Total: | | | 80.00 | 920.86 | 1,312.50 | 13,517.32 |
|---|---|---|---|---|---|---|

| | | | | | 188.74 | 3,078.37 |
|---|---|---|---|---|---|---|

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical BT | 10.35 | 124.20 | Local 640 | 14.00 | 168.00 | Medical BT | 205.28 | 2,463.36 |
| SchDentBT | 28.96 | 144.80 | MINNLIFE | 33.23 | 429.04 | | | |
| Vision BT | 4.13 | 20.65 | | | | | | |
| DistLifeBT | 3.62 | 18.10 | | | | | | |
| DistLTD BT | 0.38 | 1.90 | | | | | | |
| DC 457(b) | 10.00 | 290.00 | | | | | | |
| RegPenCd | 26.20 | 226.63 | | | | | | |
| Dental BT | | 80.43 | | | | | | |

| Total: | 83.64 | 906.71 | | 47.23 | 597.04 | *Taxable | 205.28 | 2,463.36 |
|---|---|---|---|---|---|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | STATE TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 920.86 | 837.22 | 837.22 | 188.74 | 130.87 | 601.25 |
| YTD: | 13,897.41 | 12,990.70 | 12,990.70 | 3,078.37 | 1,503.75 | 9,515.29 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice # 4488684 | 601.25 |
| Check # 0000000 | 0.00 |

Adventure race series! Participate in one race or the entire series. Visit www.destateparks.com

**Payroll Direct Deposit Advice**



State of Delaware
Payroll Account
540 S. Dupont Hwy. Suite 3
Dover DE 19901

JACK MARKELL
STATE TREASURER

# Non-Negotiable



| ADVICE DATE | ADVICE NUMBER |
|---|---|
| 05/26/2006 | 4413983 |

| DEPOSIT AMOUNT |
|---|
| 601.24 |

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Savings | | 20.00 |
| Checking | | 581.24 |
| | | |
| Total: | | 601.24 |

953300300   33-392
Stephanie L Ford

19 Albany Avenue

New Castle          DE  19720

---

**STATE OF DELAWARE**

Pay Group: State of Delaware
Pay Begin Date: 04/30/2006
Pay End Date: 05/13/2006

Advice #: 4413983
Check #: 0000000
Advice Date: 05/26/2006

| Stephanie L Ford | | Employee ID: 082952 | | TAX DATA: | Federal | DE State |
|---|---|---|---|---|---|---|
| 19 Albany Avenue | | Department: Christina School Distric | | Marital Status: | Single | Single |
| New Castle | DE 19720 | Location: Glasgow High School | | Allowances: | 0 | 0 |
| | | Job Title: Custodian Plant Oper & Maint | | Addl. Pct.: | | |
| SSN: | | Pay Rate: 875.423040 Biweekly | | Addl. Amt.: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Dept. ID | Earnings Description | Rate | Hours | Current Earnings | Hours | YTD Earnings | Description | Current | YTD |
| 953300300 | RegularPay | | 80.00 | 875.42 | 1152.50 | 11,553.28 | Fed Withholding | 96.16 | 1,486.67 |
| 953300300 | OptnFlexCr | | | 10.35 | | 31.05 | Fed FICA Med Hospita | 12.67 | 170.53 |
| 953300300 | ProgFlexCr | | | 57.09 | | 111.27 | Fed OASDI/Disability | 54.15 | 729.15 |
| | | | | | | | DE Withholding | 25.76 | 394.55 |
| Total: | | | 80.00 | 920.86 | 1,152.50 | 11,675.60 | | 188.74 | 2,780.90 |

| BEFORE TAX DEDUCTIONS | | | AFTER TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical BT | 10.35 | 103.50 | Local 640 | 14.00 | 140.00 | Medical BT | 205.28 | 2,052.80 |
| SchDentBT | 28.96 | 86.88 | MINMLIFE | 33.23 | 362.58 | | | |
| Vision BT | 4.13 | 12.39 | | | | | | |
| DistLifeBT | 3.62 | 10.86 | | | | | | |
| DistLTD BT | 0.38 | 1.14 | | | | | | |
| DC 457(b) | 10.00 | 270.00 | | | | | | |
| RegPenCd | 26.21 | 174.23 | | | | | | |
| Dental BT | | 80.43 | | | | | | |
| Total: | 83.65 | 739.43 | | 47.23 | 502.58 | *Taxable | 205.28 | 2,052.80 |

| | TOTAL GROSS | FED TAXABLE GROSS | STATE TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 920.86 | 837.21 | 837.21 | 188.74 | 130.88 | 601.24 |
| YTD: | 12,055.69 | 11,316.26 | 11,316.26 | 2,700.90 | 1,242.81 | 8,112.78 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Advice # | 4413983 | 601.24 |
| Check # | 0000000 | 0.00 |
| Total: | | 601.24 |

Not using the State of DE 457 Plan YET?! ENROLL NOW and CATCH the MATCH in 2006!



**ALLIED**
S E C U R I T Y®

3606 Horizon Drive
King of Prussia, PA 19406



STEPHANIE L FORD   159083
19 ALBANY AVE
NEW CASTLE, DE   19720



— REMOVE DOCUMENT ALONG THIS PERFORATION —

| Hours | | | OT | | | | | Earnings | Mail From Kop - Checks | | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wk End | Type | Rate | Rate | Reg | OT | DT | Xmpt | Type | Taxable | Non Tax | YTD |
| 07/29/04 Training | | 8.75 | | 8.00 | | | | Hours/Sal Pd | 280.00 | | 280.00 |
| 08/05/04 Regular | | 8.75 | | 16.00 | | | | Total | 280.00 | 0.00 | 280.00 |
| 08/05/04 Training | | 8.75 | | 8.00 | | | | | | | |
| | Total | | | 32.00 | 0.00 | 0.00 | 0.00 | | | | |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 18.19 | 18.19 |
| FICA | 17.36 | 17.36 |
| Medicare | 4.06 | 4.06 |
| DE W/H | 1.88 | 1.88 |
| Wilmington W/H | 3.50 | 3.50 |
| Total | 44.99 | 44.99 |

**Deductions**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| UNIFORMS RENTAL | 12.50 | | 12.50 |
| Total | 12.50 | 0.00 | 12.50 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $280.00 | $280.00 |
| Federal Taxable: | $280.00 | $280.00 |

| Check Date | Period End Date | Net Pay |
|---|---|---|
| 08/13/04 | 08/05/04 | $222.51 |

| Emp # | Employee Name |
|---|---|
| 159083 | Stephanie L Ford |

| Fed Exempts | Status | Check # |
|---|---|---|
| 0 | Single | 3144735 |



↑————————————— REMOVE DOCUMENT ALONG THIS PERFORATION ————————————— ↑

| Hours Wk End | Type | Rate | OT Rate | Reg | OT | DT | Xmpt | Earnings Type | Mail From Kop – Checks Taxable | Non Tax | 1? YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/09/04 | Regular | 8.75 | | 8.00 | | | | Hours/Sal Pd | 70.00 | | 1,540.00 |
| | | Total | | 8.00 | 0.00 | 0.00 | 0.00 | Total | 70.00 | 0.00 | 1,540.00 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | | 141.13 |
| FICA | 4.34 | 95.48 |
| Medicare | 1.02 | 22.34 |
| DE W/H | | 31.22 |
| Wilmington W/H | 0.88 | 19.26 |
| Total | 6.24 | 309.43 |

**Deductions**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| UNIFORMS RENTAL | 12.50 | | 50.00 |
| Total | 12.50 | 0.00 | 50.00 |

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $70.00 | $1,540.00 |
| Federal Taxable: | $70.00 | $1,540.00 |

| Check Date | Period End Date | Net Pay |
|---|---|---|
| 09/24/04 | 09/16/04 | $51.26 |

| Emp # | Employee Name | | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| 159083 | Stephanie L Ford | | 0 | Single | 3222153 |

*State of Delaware*



***Department of Services for Children, Youth and Their Families***
*Division of Management Services*
*1825 Faulkland Road*
*Wilmington, DE 19805*

Ford, Stephanie
19 Albany Ave
New Castle, DE 19720

$457.47 will be deposited to your account, or issued by check, on August 15th of this month in payment for the month of July, 2006 for the following children:

| MCI # | Name | Amount |
|--------|--------------|----------|
| 779332 | Ford, Adrian | $457.47 |

| | |
|---|---|
| Total Amount: | $457.47 |
| Recoupment: | $0.00 |
| **Total:** | **$457.47** |

If you see a name on this statement of a child who was not in your care during the month, please contact your coordinator immediately. This payment must be repaid to the Division.

If you do not see the name of a child who was in your care during the month, please contact your child's worker to make arrangements for payment.

If you have any other questions about your payment please call your coordinator.

Provider ID: 222565931

*State of Delaware*

 *Department of Services for Children, Youth and Their Families*
*Division of Management Services*
*1825 Faulkland Road*
*Wilmington, DE 19805*

Ford, Stephanie
19 Albany Ave
New Castle, DE 19720

$457.47 will be deposited to your account, or issued by check, on July 15th of this month in payment for the month of June, 2006 for the following children:

| MCI # | Name | Amount |
|-------|------|--------|
| 779332 | Ford, Adrian | $457.47 |

| | | |
|---|---|---|
| | Total Amount: | $457.47 |
| | Recoupment: | $0.00 |
| | **Total:** | **$457.47** |

If you see a name on this statement of a child who was not in your care during the month, please contact your coordinator immediately. This payment must be repaid to the Division.

If you do not see the name of a child who was in your care during the month, please contact your child's worker to make arrangements for payment.

If you have any other questions about your payment please call your coordinator.

Provider ID: 222565931



**Administration Building**
**Drew Educational Support Center**
**Payroll/Benefits Department**

**600 N. Lombard Street**
**Wilmington, DE 19801**
**(302) 552-2672**

**FAX: (302) 552-2699**
**TDD Relay Service: (800) 232-5470**
**e-mail: mcginnisk@christina.k12.de.us**

## **M E M O R A N D U M**

TO:        Stephanie Ford
           Glasgow High School

FROM:      Kerry E. McGinnis @ 552-2634

SUBJECT:   Salary Update

The Payroll and Benefits Department has received notification from Human Resources of your New Hire effective 3/9/06. A Salary Worksheet is attached for your records and a summary of your salary is below (all figures listed are before-tax amounts).

EFFECTIVE DATE:                March 9, 2006

ANNUAL SALARY:                 $22,709.00

BI-WEEKLY PAYMENT:             $873.42

A one-time adjustment will be posted as listed below.

ADJUSTMENT:                    $147.27

ONLY ON PAYPERIOD OF:          3/31/2006

ACTUAL PAY FOR 03/31/06:       $1,020.69

Please feel free to call me at the number above if you should have any questions regarding this information. Thank you and welcome to the Christina School District!

**Lillian M. Lowery, Ed.D., Superintendent**

The Christina School District is an equal opportunity employer. It does not discriminate on the basis of race, color, religion, national origin, sex, sexual orientation, marital status, disability, age or Vietnam Era veteran's status in employment or its programs and activities.



**St. Francis Hospital**

*A Member of Catholic Health East*

7th and Clayton Streets
Wilmington. DE 19805

Phone 302-421-4100
Fax 302-421-4167
www.stfrancishealthcare.org

February 14, 2006

To Whom It May Concern:

This letter is to inform you that Ms. Stephanie Ford worked for St. Francis Hospital as a casual housekeeping aide. Her Length of service was from September 8, 2004 to February 18, 2005.

Please feel free to call if you have any additional questions at (302) 421-4113.

Sincerely,

Elizabeth Gonzalez
Human Resources Assistant



**St. Francis Hospital**

*A Member of Catholic Health East*

7th and Clayton Streets
Wilmington, DE 19805

Phone 302-421-4100
Fax 302-421-4167
www.stfrancishealthcare.org

August 18, 2004

Ms. Stephanie Ford
19 Albany Avenue
New Castle, DE 19720

Dear Stephanie:

We would like to offer you a position as a Housekeeper in the Environmental Services
Department at St. Francis Hospital.

Your status will be casual. As a casual employee you are *not* eligible to participate in health care
benefits or the Paid Time Off program. Your casual base rate of pay will be $9.17/hour.

Your employment is contingent upon the successful completion of the physical examination,
receipt of satisfactory references from your previous employers, criminal background check and
proof of eligibility to work.

Hospital policy requires that all new employees attend a one-day General Hospital Orientation
program within the first two months of employment. You are scheduled to attend:

- General Hospital Orientation on **Tuesday, September 14, 2004** from 8:00 AM to
  4:30 PM in Conference Room 104-105 in the Medical Services Building.

If you have any questions, please feel free to give me a call at (302) 421-4105. Congratulations
on your new position and welcome to St. Francis Hospital.

Sincerely,

Jennifer Mignone
Human Resources Assistant

CHRISTIANA CARE HEALTH SERVICES, INC.

TAX DEFERRED ANNUITY/MATCHING CONTRIBUTION PLAN

TRANSFER CONFIRMATION

STEPHANIE L FORD
19 ALBANY AVENUE                    PROCESS DATE: 12/01/2004
NEW CASTLE, DE 19720

The information below reflects the results of your Automatic Rebalancing
Transfer request.

| Fund Name | Pre-transfer Balance | Transfer | Post transfer Balance |
|---|---|---|---|
| **EMPLOYEE** | | | |
| LNL STABLE VAL | 820.08 | 269.67- | 550.41 |
| AMCENT TGT 2005 | 69.87 | 69.87- | .00 |
| TOTAL RTN ADMIN | 438.15 | 71.16- | 366.99 |
| AM FDS A MUT A | 97.64 | 5.98- | 91.66 |
| AM FDS EUPAC A | 102.81 | 11.19- | 91.62 |
| AM FDS GRWTH A | 133.52 | 141.69 | 275.21 |
| DREYFUS APPREC | 17.78 | 73.96 | 91.74 |
| LIBERTY ACORN Z | 19.69 | 72.05 | 91.74 |
| MID CAP VAL P | 19.69 | 72.04 | 91.73 |
| ROYCE TOTL RTN | 19.31 | 72.66 | 91.97 |
| VK GRW & INCOME | 18.73 | 74.10 | 92.83 |
| 500 INDEX | 78.63 | 78.63- | .00 |
| LOAN 1 | 4,337.82 | .00 | 4,337.82 |
| **EMPLOYER** | | | |
| LNL STABLE VAL | 2,509.97 | .00 | 2,509.97 |
| TOTAL RTN ADMIN | 150.67 | .00 | 150.67 |
| AM FDS A MUT A | 39.90 | .00 | 39.90 |
| AM FDS EUPAC A | 41.13 | .00 | 41.13 |
| AM FDS GRWTH A | 118.76 | .00 | 118.76 |
| DREYFUS APPREC | 38.14 | .00 | 38.14 |
| LIBERTY ACORN Z | 42.10 | .00 | 42.10 |
| MID CAP VAL P | 42.80 | .00 | 42.80 |
| ROYCE TOTAL RTN | 41.73 | .00 | 41.73 |
| VK GRW & INCOME | 40.27 | .00 | 40.27 |
| TOTAL | 9,239.19 | .00 | 9,239.19 |

**CHRISTIANA CARE**
HEALTH SERVICES

EMPLOYEE HEALTH
SERVICE REFERRAL

## SECTION I - TO BE COMPLETED FOR ALL REFERRALS BY DEPARTMENT HEAD OR SUPERVISOR (INSTRUCTIONS ON BACK)

| NAME (LAST) | (FIRST) | (M.I.) | DATE | | (TO BE COMPLETED BY THE TREATING FACILITY) | |
|---|---|---|---|---|---|---|
| | | L | 4/12/04 | TIME IN | TIME OUT | 10:40 |

| FACILITY | DEPT/UNIT | SOCIAL SECURITY NUMBER | JOB TITLE | DATE OF BIRTH | HOME PHONE: |
|---|---|---|---|---|---|
| 4W | | | | | |

**MEDICAL AUTHORIZATION:**
I understand that Christiana Care maintains information in paper and electronic form.
I authorize EHS to access Christiana Care's information pertinent to my care

| SYMPTOM OR PROBLEM: | EMPLOYEE SIGNATURE |
|---|---|
| | |
| 1. ☐ OCCUPATIONAL INJURY/ILLNESS - COMPLETE BELOW | AUTHORIZE SIGNATURE/SUPERVISOR OR MANAGER: |
| 2. ☐ NON OCCUPATIONAL INJURY ILLNESS | |

| ACCIDENT OCCURRED | HOSPITAL/SITE | DEPT / UNIT | DATE OF INJURY | HOUR OF DAY | MACHINE, TOOL OR OBJECT CAUSING INJURY / ILLNESS |
|---|---|---|---|---|---|
| THIS SECTION IS REQUIRED FOR OCCUPATIONAL INJURIES | LOCATION WHERE INJURY OCCURRED | | DATE SUPERVISOR NOTIFIED | SUPERVISOR'S NAME | PHONE: |

FULL DESCRIPTION OF INJURY (DESCRIBE EXACTLY WHAT HAPPENED IN ORDER OF EVENTS AND WHY IT HAPPENED. INDICATE APPARENT INJURY AND CONDITION OF EQUIPMENT OR APPAREL WHERE SIGNIFICANT)     WITNESS:

## SECTION II - TO BE COMPLETED BY PHYSICIAN AND/OR NURSE

| 1. DISPOSITION: | | 2. STATUS | |
|---|---|---|---|
| ☒ CLEARED FOR WORK  ☒ RESTRICTIONS: 15 lb lifting restriction | | ☐ OCCUPATIONAL INJURY/ ILLNESS | ☒ NON-OCCUPATIONAL INJURY/ILLNESS |
| ☐ SEND HOME | | | |
| ☐ REMAIN ON DUTY | | ☐ REVIEW: (Reason) | |

| REFERRED TO: | APPT: | PROVIDER | RETURN VISIT DATE | RTW DATE |
|---|---|---|---|---|
| | | | | 4-13-04 |

To: Dr. Robert Laskowski
Christiana Care Health Services
Board of Directors
P.O.Box 6001
Newark, Delaware 19718
October 17, 2004

From: Stephanie Ford
19 Albany Ave
NewCastle,De. 19720
(302)658-6740

RE: Consideration of Denial of My Disability Benefits from Unum Provident Insurance
     Related to Injuries and Employment Status.

Dear Dr. Laskowski
I am writing this letter to request a special hearing be held with me and my
Representatives; to discuss the action of the Administrative staff of the hospital
In consultation with the insurance company of UmunProvident, has taken regarding
Me and my employment at the hospital.
I request that this meeting be held as soon as possible.

Sincerely yours,

Stephanie L. Ford

CC: PF

DEA # _____   _____

ROSS M. UFBERG, M.D.
1021 GILPIN AVENUE
SUITE 101
WILMINGTON, DE 19806
302-575-1776

NAME _____Stephanie Ford_____

ADDRESS _____ DATE __6/14/04__

$\mathbf{R}$ (Please Print)

Ms Ford is cleared

for return to work

effective 6/14/04

REFILL _____ TIMES

_____ M.D.

SUBSTITUTION PERMITTED

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, PRESCRIBER MUST HANDWRITE
'BRAND NECESSARY' OR 'BRAND MEDICALLY NECESSARY' IN THE SPACE BELOW.

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: ___5/3/04___

To Whom It May Concern:

This is to certify that:

___Stephanie Ford___

has been under my professional care and was

☑ Totally incapacitated ~ from job duties at

☐ Partially incapacitated ~ St. Francis

from ___5/3/04___ to ___6/20/04___ *

secondary to a:

☑ motor vehicle accident on ___10/27/03___

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

_____

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

DEA # _____     _____

ROSS M. UFBERG, M.D.
1021 GILPIN AVENUE
SUITE 101
WILMINGTON, DE 19806
302-575-1776

NAME Stephanie Ford

ADDRESS _____     DATE 4/8/04

℞ (Please Print)

Ms Ford is cleared for
return to work with
15 lb lifting restrictions
effective 4/13/04

REFILL _____ TIMES

_____ M.D.
SUBSTITUTION PERMITTED

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, PRESCRIBER MUST HANDWRITE
'BRAND NECESSARY' OR 'BRAND MEDICALLY NECESSARY' IN THE SPACE BELOW.

ROSS M. _ ºBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: _3/29/04_

To Whom It May Concern:

This is to certify that:

Stephanie Ford

has been under my professional care and was

☐ Totally incapacitated

☑ Partially incapacitated

from _4/13/04_ to _5/13/04_ *

secondary to a:

☑ motor vehicle accident on _10/22/02_

☐ work accident on _____

☐ illness

☐ other

Remarks: _Part time work status_

_4 Hours/day at Christina Care_

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. ⌐FBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: _3/29/04_

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☐ Totally incapacitated

☑ Partially incapacitated

from ___4/13/04___ to ___5/13/04___ *

secondary to a:

☑ motor vehicle accident on ___10/27/02___

☐ work accident on _____

☐ illness

☐ other

Remarks: _Part-time work status_
_4 hours/day at Christiana Care_

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: 3/29/04

To Whom It May Concern:

This is to certify that:

Stephanie Ford

has been under my professional care and was

☑ Totally incapacitated
☐ Partially incapacitated

from 3/29/04     to 4/12/04

secondary to a:

☑ motor vehicle accident on 10/27/03
☐ work accident on
☐ illness
☐ other

Remarks: _____

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

---

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: 5/17/04

To Whom It May Concern:

This is to certify that:

Stephanie Ford

has been under my professional care and was

☑ Totally incapacitated   from body
☐ Partially incapacitated   duties et Str. Ford

from 4/13/04     to 5/3/04

secondary to a:

☑ motor vehicle accident on 10/27/03
☐ work accident on
☐ illness
☐ other

Remarks: _____

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: _2/23/04_

To Whom It May Concern:

This is to certify that:

_Stefanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _2/23/64_ to _3/29/04_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

Signed:_____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. ᴄ. ᴃERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: 1/20/04

To Whom It May Concern:

This is to certify that:

Stephanie Ford

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from ___1/20/04___ to ___2/23/04___ *

secondary to a:

☑ motor vehicle accident on ___10/27/03___

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

_____

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. UrBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: 12/22/03

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from 12/22/03 to 1/20/04 *

secondary to a:

☑ motor vehicle accident on 10/17/03

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

Signed:_____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. L. BERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: _12/4/03_

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _12/4/03_ to _1/4/04_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

Signed:_____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: _11/10/03_

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _11/10/03_ to _12/5/03_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

Signed:_____

*patient to be re-evaluated prior to any change in disability status.

**ROSS M. UFBERG, M.D.**
**WILMINGTON PAIN & REHABILITATION CENTER, P.A.**
**1021 GILPIN AVENUE, SUITE 101**
**WILMINGTON, DELAWARE 19806**
**TELEPHONE (302) 575-1776**

DISABILITY CERTIFICATE

Date: 10/30/03

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _10/27/03_ to _11/16/03_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks:_____

Signed:_____

*patient to be re-evaluated prior to any change in disability status.

Name _Stephanie Srul_    Week _____ of 4

Dates _5/18/04_ to _5/21/04_

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your Job search efforts to your Case Manager weekly. Acceptable documentation will be fax trans- mittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone # / Fax # | Company/Contact Name | Results |
|------|-----------|---------------------|----------------------|---------|
| 5/21/04 | Team Coordinator | (302) 428-5746 | Mr. revuler Burton / Christiana Care Hospital | Completed application |
| 5/21/04 | Unit Clerk VI | (302) 428-5746 | Mr. Burton 428-5746 / Christiana Care Hospital | Completed application |
| 5/21/04 | Patient Care Technician | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Patient Information Rep. | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Sale Receiving Clerk | (302) 428-5746 | Christiana Care Hospital | completed application |

Notes

Notes

Notes

Notes

Notes

**Additional Comments:**

Job Search results verified by :    Date:

Job Search tips line

Name: Stephanie Frek

Dates: 5/24/04 to 5/28/04

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 1 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton / Completed application | |
| Notes: My Job Recruiter is Mr. Rich Burton (302) 428-5746 | | | | |
| 2 5/28/04 | Unit Clerk | (302) 428-5746 | Christiana Care Hospital / Mr Burton / Completed application | |
| Notes | | | | |
| 3 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton / Completed application | |
| Notes | | | | |
| 4 5/28/04 | Duplicating Operator | (302) 428-5746 | Christiana Care Hospital / (mr. Burton) / Completed application | |
| Notes | | | | |
| 5 5/28/04 | Health Records Clerk | (302) 428-5746 | Christiana Care Hospital / (Mr. Burton) / Completed application | |
| Notes | | | | |

Job Search results verified by: _____    Date: _____

Additional Comments:

Job Search log.doc

Name _Stephanie Ford_

Dates _5/31/04_ to _6/4/04_

Week _____ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax trans. initial form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 1. 6/4/04 | OR Tech | (302) 428-5174 | Christiana Care Hospital / Burton | Priv. / Completed / appli... |
| Notes | | | | |
| 2. 6/4/04 | Admin. Asst. III | (302) 428-5174 / Christiana Care Hospital / Burton | Priv. / Completed / appli... |
| Notes | | | | |
| 3. 6/4/04 | Clerk II | (302) 428-5174 / Christiana Care Hospital / Burton | Priv. / Completed / application |
| Notes | | | | |
| 4. 6/4/04 | Clerk III | (302) 428-5174 / Christiana Care Hospital / Burton | Priv. / Completed / application |
| Notes | | | | |
| 5. 6/4/04 | Career Development | (302) 428-5174 / Christiana Care Hospital / Burton | Priv. / Completed / application |
| Notes | | | | |
| 6. | | | | |
| Notes | | | | |

Job Search results verified by : _____    Date: _____

Additional Comments:

Job Search Log.doc

Name _____ Stephanie Ford _____

Dates _6/7/04_ to _6/11/04_

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 1. 6/11/04 | Home Health Aide | (302) 428-5746 | Christiana Care Hospital | completed application |
| Notes | interview- 6/8/04 clerk position | | Christiana Care Hospital / 5th floor | |
| 2. 6/11/04 | Clerk | (302) 428-5746 | Christiana Care Hospital | completed application |
| Notes | | | | |
| 3. 6/11/04 | Consignment Assistant | (302) 428-5746 | Christiana Care Hospital / completed appl | |
| Notes | | | | |
| 4. 6/11/04 | Finance Assistant | (302) 428-5746 | Christiana Care Hospital / completed appl | |
| Notes | | | | |
| 5. 6/11/04 | Scheduler | (302) 428-5746 | Christiana Care Hospital / completed appl | |
| Notes | | | | |
| 6. 6/12/04 | Correctional Officer | (302) 739-5458 | The Employee Relations Unit / completed appl | |
| Notes | | | | |

Job Search results verified by :

_Call Delaware Tech College_
_Mrs. Cecelia_
_(302) 830 5209_

**Additional Comments:** Have appointed Rehabilitory 4/15/04
Orientation Session at Delaware Tech
August 5, 2004
10:00 to 12:00

**Date:**
. 0 W . . . 0 W . . 0 0 . . . .

Name: _Stephanie Fink_

Dates: _6/14/04_ to _6/18/04_

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| | Date | Job Title | Telephone #/Fax # | Company/Contact Name | Result/s |
|---|---|---|---|---|---|
| 1 | 6/15/04 | Medical Records Clerk | (302) 651-4000 | A.I. Dupont Hospital | completed applic |
| Notes | | | | | |
| 2 | 6/15/04 | Laundry Worker Environmental Services | | St. Francis Hospital | completed application |
| Notes | | | | | |
| 3 | 6/18/04 | Home Health Nursing Program | (302) 428-5746 / Christiana Care Hospital | | completed application |
| Notes | | | | | |
| 4 | 6/18/04 | Assistant Program | (302) 428-5746 / Christiana Care Hospital | | completed application |
| Notes | | | | | |
| 5 | 6/18/04 | Security Officer | (302) 428-5746 / Christiana Care Hospital | | completed application |
| Notes | | | | | |
| 6 | | | | | |
| Notes | | | | | |

Job Search results verified by : _____    Date: _____

**Additional Comments:**

## INTENSIVE JOB SEARCH LOG

Name: _Stephanie Paul_

Dates: _6/21/04_ to _6/25/04_

From: _____

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be via fax (from initial print, copy of newspaper ad, email address of job listing, copy of website posting, etc.   Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 6/21/04 | Residency Program Assistant | | Christiana Care Hospital | Completed application |
| 6/24/04 | Collections Specialist Home Health | | Christiana Care Hospital | Completed application |
| 6/24/04 | Operations Support Specialist | | Outpatient Registration | Completed application |
| 6/25/04 | Home Health Assistant | | Christiana Care Hospital | Completed application |
| 6/25/04 | Clerical Technician | | Christiana Care Hospital | Completed application |
| | returned phone call - Mrs. John Grady 428-5746 about phone health position 7/1/04 Christiana Christiana Christiana Hospital | | | |

b) Search results verified by : _____

Additional Comments:

Date: _____

# INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax trans mitted
orint, copy of newspaper ad, email address of job listing, copy of website posting, etc.   Minimum of 5 job searches per week.

Name _Stephenie Zamk_____

Dates _6/28/04__ to __7/1/04__

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| Interview – 7/2/04 | Clerk position/Christiaralis Hospital Cancer Center | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:

Search results verified by : _____  Date: _____

# INTENSIVE JOB SEARCH LOG

Name: _Stephenie Jank_

Dates: _6/28/04_ to _7/1/04_

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax trans. mittal confm, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone # /Fax # | Company/Contact Name | Results |
|------|-----------|--------------------|----------------------|---------|
| _Interview - 7/2/04 Clerk position/Christiana Care Hospital  careel filled_ | | | | |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |

Job Search results verified by :

**Additional Comments:**

Date:

JobSearch-tgc.Doc

Name _Stephanie Ford_

Dates _7/5/04_ to _7/9/04_                                 Week ____ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be <u>fax transmittal</u> form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| | Date | Job Title | Telephone # /Fax # | Company/Contact Name | Results |
|---|---|---|---|---|---|
| 1 | 7/2/04 | Clerk | (302) 395-0400 | Status Service Group | Completed application |
| | Notes | | | | |
| 2 | 7/7/04 | Security Officer | | Bennett Security Service | Completed application |
| | Notes | | | | |
| 3 | 7/8/04 | Security Officer | | Allied Security | Completed application |
| | Notes | | | | |
| 4 | 7/8/04 | Westley Armored Services + Security Officer | | Security Officer | |
| | Notes | | | | |
| 5 | | | | | |
| | Notes | | | | |
| 6 | | | | | |
| | Notes | | | | |

Job Search results verified by : _____    Date: _____

**Additional Comments:**

CARING

EXCELLENCE

INTEGRITY

LEADERSHIP

PRIDE

TEAMWORK

# CERTIFICATE OF APPRECIATION

CHRISTIANA CARE

Presented to

## STEPHANIE FORD

In Recognition of

## FIFTEEN YEARS

of Dedicated and Loyal Service

August, 2002

President

TEAMWORK

PRIDE

LEADERSHIP

INTEGRITY

EXCELLENCE

CARING

CERTIFICATE OF APPRECIATION

MEDICAL CENTER
OF DELAWARE

Presented to

## STEPHANIE FORD

In Recognition of

## TEN YEARS

of Dedicated and Loyal Service

August, 1997



President

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

October 2, 2006 , UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. CERTIFIED MAIL

Kendra L. Baisinger, Esq,
Morgan , Lewis & Bockius  LLP,
1701 Market Street
Philadelphia , PA 19103

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720