IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF

CIVIL ACTION
NO. 06-301(KAJ)

V.

CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK,

DEFENDANTS.

CERTIFIED MAIL RECEIPT
FOR INTERROGATORIES

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KENDRA L. BAISINGER
   MORGAN, LEWIS &
   BOCKIUS LLP.
   1701 MARKET STREET
   PHILADELPHIA, PA 19103

2. Article Number
   (Transfer from service la    7004 1350 0004 7251 8236

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19103

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.03  0505 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.28 |

Postmark Here — WILMINGTON DE 19805 — OCT 2 2006

10/[illegible]/2006/N, LEWIS
P-BOCKIUS LLP

Sent To: KENDR L. BAISINGER, ESQ
Street, Apt. No.; or PO Box No. 1701 MARKET STREET
City, State, ZIP+4 PHILADELPHIA, PA. 19103

7004 1350 0004 7251 8236

PS Form 3800, June 2002        See Reverse for Instructions

---

STEPHANIE L. FORD
19 ALBANY AVE
NEWCASTLE, DE 19720

*Stephanie L. Ford*

October 10, 2006

---

```
            LANCASTER AVENUE STATION
              WILMINGTON, Delaware
                    198059998
                 3379300505 -0094
10/02/2006      (302)654-0725       11:41:26 AM
====================================================
                  Sales Receipt
Product           Sale   Unit         Final
Description       Qty    Price        Price

PHILADELPHIA PA 19103                 $3.03
First-Class
11.20 oz.
  Return Rcpt (Green Card)            $1.85
  Certified                           $2.40
  Label #:         70041350000472518236
                                      ========
Issue PVI:                            $7.28

Total:                                $7.28

Paid by:
Cash                                 $10.00
Change Due:                          -$2.72

Bill#: 1000601821704
Clerk: 11

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
               Customer Copy
```