IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-301-KAJ |
| : | |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

ORDER

At Wilmington this **18th** day of **October, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 25, 2006 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.



FILED

OCT 18 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Counsel and the parties are required to review and be prepared to discuss the attachment to this Order during the teleconference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE