# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

November 1, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325
Wilmington, DE 19801

      Re:   *Ford v. Christiana Care Health Systems, et al.*
               *Civil Action Nos. 06-301-KAJ, 06-458-KAJ*

Dear Judge Jordan:

      The parties submit this letter pursuant to paragraph 7 of the Court's August 23, 2006 Scheduling Order requesting that counsel submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date in the above-referenced matter.

      This matter involves claims under ERISA and other statutes brought by Plaintiff Stephanie L. Ford relating to her employment at Christiana Care. Defendants have served initial written discovery requests, to which Ms. Ford has responded in substantial part. Defendants also have served a subpoena on a third party requesting medical documentation about Ms. Ford, and plan to serve several other third party subpoenas requesting employment documentation about Ms. Ford. Defendants plan to depose Ms. Ford in early December. Ms. Ford has served a request for production of documents upon Defendants, to which Defendants will respond shortly.

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

November 1, 2006
Page 2

    Should the Court have any questions or require any additional information, please contact me.

              Respectfully submitted,

              David H. Williams
              (Bar I.D. #616)

DHW/jam
cc: Ms. Stephanie L. Ford – via U.S. Mail
   Thomas S. Bloom, Esquire – via E-Mail
   Michael J. Ossip, Esquire – via E-Mail
   Clerk of the Court – via E-filing