IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,           )
                               )
            Plaintiff,         )
                               )
      v.                       )     Civil Action No. 06-301-KAJ
                               )
CHRISTIANA CARE HEALTH SYSTEMS, )
RICHARD BURTON, and CLARA CLARK, )
                               )
            Defendants.        )

## ORDER

At Wilmington this **2nd** day of **November, 2006**,

IT IS ORDERED that the status teleconference presently set for

**November 9, 2006 at 4:30 p.m.** is hereby rescheduled to **November 9, 2006 at 4:00**

**p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington,

Delaware.

_____
UNITED STATES DISTRICT JUDGE