# IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

        PLAINTIFF,

    V.

CHRISTIANA CARE HEALTH
SYSTEMS, RICHARD BURTON
AND CLARA CLARK,

        DEFENDANTS.

CIVIL ACTION NO.
06-301 (KAJ)

2006 NOV -2 PM 1:03

## MOTION FOR JURY TRAIL

I THE PLAINTIFF, STEPHANIE LYNN FORD
AM ASKING THIS HONORABLE COURT TO GRANT
ME A JURY TRAIL IN CIVIL ACTION 06-301.

1.

SINCERELY,

Stephanie L. Ford
19 ALBany Ave
New Castle, De 19720
November 2, 2006

2.

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS NOVEMBER 2, 2006, UPON THE FOLLOWING IN THE MANNER INDICATED

U. S. CERTIFIED MAIL

KENDRA L. BAISINGER, ESQ.

MORGAN, LEWIS & BOCKIUS LLP.

1701 MARKET STREET

PHILADELPHIA, PA 19103

3.