IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

CIVIL ACTION
NO.
06-301 (KAJ)

PLAINTIFF,

V.

CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, AND CLARA CLARK,

DEFENDANTS,

MOTION REQUEST TO APPOINT COUNCEL

I THE PLAINTIFF, STEPHANIE LYNN FORD AM REQUESTING THIS HONORABLE COURT TO APPOINT ME COUNSEL (LEGAL) DUE TO THE LIST AS FOLLOWED

1.

1. I AM NOT COMPREHENDING THE LEGAL TERMINOLOGY THAT'S BEING PRESENTED TO ME BY THE DEFENDANTS.

2. I AM NOT FINANCIALLY ABLE TO AFFORD AN ATTORNEY.

3. TO ASSIST ME, TO BETTER UNDERSTAND THE LAWS THAT APPLYS TO THIS CASE.

SINCERELY,

Stephanie L. Ind
19 ALBany Ave
New Castle, De 19720
November 2, 2006

2.

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS NOVEMBER 2, 2006, UPON THE FOLLOWING IN THE MANNER INDICATED:

U.S. CERTIFIED MAIL

KENDRA L. BAISINGER, ESQ.
MORGAN, LEWIS & BOCKIUS LLP,
1701 MARKET STREET
PHILADELPHIA, PA 19103

3.