IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CONSOLIDATED |
| : | Civil Action No. 06-301-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, : | Civil Action No. 06-458-KAJ |
| RICHARD BURTON, and CLARA CLARK. : | |
| : | |
| Defendants. : | |

NOTICE OF SERVICE

I hereby certify that on the 2nd day of November, 2006, two (2) copies of **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUEST TO PRODUCE DOCUMENTS** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
  WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

1479356/1

                                          Michael J. Ossip (admitted *pro hac vice*)
                                        Thomas S. Bloom (admitted *pro hac vice*)
                                        Kendra L. Baisinger (admitted *pro hac vice*)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        (215) 963-5000
                                        fax:  (877) 432.9652

Dated:  November 2, 2006            Attorneys for Defendants

1479356/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CONSOLIDATED |
| : | Civil Action No. 06-301-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, : | Civil Action No. 06-458-KAJ |
| RICHARD BURTON, and CLARA CLARK. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on November 2, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

/s/ James H. McMackin
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS &
   WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
Kendra L. Baisinger (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Dated: November 2, 2006            Attorneys for Defendants

DHW/011747-0043/1412213/1