IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-301-KAJ |
| ) | |
| CHRISTIANA CARE HEALTH SYSTEMS, ) | |
| RICHARD BURTON, and CLARA CLARK, ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this **6th** day of **November, 2006**,

IT IS ORDERED that the status teleconference presently set for **November 9, 2006 at 4:00 p.m.** is hereby rescheduled to **November 14, 2006 at 4:00 p.m.** Defendants' counsel shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE