IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSOLIDATED |
| v. ) | Civil Action No. 06-301-KAJ |
| ) | Civil Action No. 06-458-KAJ |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, RICHARD BURTON, and ) | |
| CLARA CLARK, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO: Stephanie Lynn Ford
19 Albany Ave.
New Castle, DE 19720

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, beginning on Wednesday December 13, 2006, starting at 10:30 a.m. and continuing thereafter until completed, the undersigned attorneys for Defendants shall take the deposition upon oral examination of Plaintiff Stephanie Lynn Ford at the law offices of Morris James LLP, 500 Delaware Ave., Suite 1500, Wilmington, DE 19801, which will be stenographically recorded by a certified court reporter authorized to take oaths pursuant to the laws of the United States.

/s/ David H. Williams
David H. Williams (I.D. No. 616)
James H. McMackin, III (I.D. No. 4284)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
302.888.6900
dwilliams@morrisjames.com
jmcmackin@morrisjames.com

        Michael J. Ossip (admitted pro hac vice)
        Thomas S. Bloom (admitted pro hac vice)
        Kendra L. Baisinger (admitted pro hac vice)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA  19103
        215.963.5543

        Attorneys for Defendants

Dated: November 15, 2006
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | CONSOLIDATED |
| v. : | C.A. No. 06-301-KAJ |
| : | C.A. No. 06-458-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on November 15, 2006, I electronically filed the attached **NOTICE OF DEPOSITION** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

/s/ David H. Williams
_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                Of Counsel:

                Michael J. Ossip
                Thomas S. Bloom
                MORGAN, LEWIS & BOCKIUS LLP
                1701 Market Street
                Philadelphia, PA  19103
                (215) 963-5761/5543

Dated:  November 15, 2006      Attorneys for Defendants

JYM/011747-0043/1441456/1