IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-301-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, this **15th** day of **November, 2006**,

For the reasons set forth by the Court during the November 14, 2006 teleconference,

IT IS HEREBY ORDERED that plaintiff's motions for a jury trial (D.I. 22 & 33) are DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE