IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF,

CIVIL ACTION NO.
06-301 (KAJ)

V.

CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, AND CLARA CLARK,

DEFENDANTS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 NOV 20 AM 11:43

CERTIFIED MAIL RETURN RECEIPT FOR PLAINTIFFS' REQUEST FOR APPOINTMENT OF COUNCEL.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>KENDRA L. BAISINGER, ESQ<br>MORGAN, LEWIS & BOCKIUS LLP.<br>1701 MARKET STREET<br>PHILADELPHIA, PA. 19103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 1820 0002 2820 1866 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Stephanie L. FORD
19 ALBANY Ave
New Castle, De 19720
Stephanie L. Ford
11/20/06

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

20TH DAY OF NOVEMBER 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL

MORGAN, LEWIS & BOCKIUS LLP
MS. KENDRA BAISINGER
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921