IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF

V.

CHRISTIANA CARE HEALTH SYSTEMS,
RICHARD BURTON AND CLARA CLARK

DEFENDANTS.

CIVIL ACTION NO.
06-301 (KAJ)

CERTIFIED MAIL RECEIPT
FOR SECOND ATTEMPT TO RETRIEVE
DOCUMENTS.

November 29, 2006
FROM: Stephanie L. Ford
Stephanie L. Ford
19 A LBany Ave
New Castle, De. 19720



FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
              NEWPORT BRANCH
            WILMINGTON, Delaware
                 198049998
              3379300504 -D097
11/20/2006    (800)275-8777        01:13:29 PM

                  Sales Receipt
Product        Sale    Unit
Description    Qty     Price       Final
                                   Price

WILMINGTON DE 19801                 $0.63
First-Class
1.60 oz.

Issue PVI:                         ========
                                    $0.63

PHILADELPHIA PA 19103               $0.87
First-Class
2.10 oz.
Return Rcpt (Green Card)            $1.85
Certified                           $2.40
Label #:
            70062760000529702722

Issue PVI:                         ========
                                    $5.12

Total:                             ========
                                    $5.75

Paid by:
Cash
Change Due:                         $6.00
                                   -$0.25

Bill#: 1000301902416
Clerk: 11

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHILADELPHIA PA 19103    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.87 | 0504 |
| Certified Fee | $2.40 | 11 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.12 | 11/20/2006 |

7006 2760 0005 2970 2722

Sent To    MORGAN, LEWIS, & BOCKIUS LLP
           MS. KENDRA BATSINGER
Street, Apt. No.;
or PO Box No.   1701 MARKET STREET
City, State, ZIP+4
           PHILADELPHIA PA 19103-2921

PS Form 3800, August 2006              See Reverse for Instructions

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

29TH DAY OF NOVEMBER 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL

MORGAN, LEWIS & BOCKIUS LLP
MS. KENDRA BAISINGER
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

DAVID H. WILLIAMS
222 DELAWARE AVE
P. O. BOX 2306
WILMINGTON DE 19899