IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CONSOLIDATED |
| | : | Civil Action No. 06-301-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | Civil Action No. 06-458-KAJ |
| RICHARD BURTON, and CLARA CLARK. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I hereby certify that on the 1st day of December, 2006, two (2) copies of **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION DATED NOVEMBER 20, 2006** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

    Stephanie Lynn Ford
    19 Albany Avenue
    New Castle, DE 19720

                                 /s/ David H. Williams
                                 David H. Williams (#616)
                                 dwilliams@morrisjames.com
                                 James H. McMackin, III (#4284)
                                 jmcmackin@morrisjames.com
                                 MORRIS JAMES LLP
                                 500 Delaware Avenue, Suite 1500
                                 P.O. Box 2306
                                 Wilmington, DE 19899
                                 (302) 888-6900/5849

1479356/1

                                    Michael J. Ossip (admitted *pro hac vice*)
                                    Thomas S. Bloom (admitted *pro hac vice*)
                                    Kendra L. Baisinger (admitted *pro hac vice*)
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    1701 Market Street
                                    Philadelphia, PA  19103
                                    (215) 963-5000
                                    fax:  (877) 432.9652

Dated: December 1, 2006                Attorneys for Defendants

1479356/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CONSOLIDATED |
| : | Civil Action No. 06-301-KAJ |
| CHRISTIANA CARE HEALTH SYSTEMS, : | Civil Action No. 06-458-KAJ |
| RICHARD BURTON, and CLARA CLARK. : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on December 1, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
Kendra L. Baisinger (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Dated: December 1, 2006                Attorneys for Defendants

DHW/011747-0043/1412213/1