IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-301 (KAJ) |
| V. | ) | |
| | ) | |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, AND | ) | |
| CLARA CLARK | ) | |
| | ) | |
| DEFENDANTS. | ) | |

FILED

DEC 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S MOTION TO COMPEL AGAINST THE DEFENDANTS FOR FAILURE TO PRODUCE
DOCUMENTS.

I the plaintiff STEPHANIE LYNN FORD filed this motion to compel against the defendants for
failing to produce the following listed documents.

On October 2, 2006 at 8:34am , I requested DOCUMENT # 1 In letter form, the person or persons who
authorized and is responsible for the termination of the plaintiff, STEPHANIE LYNN FORD employment
status, employment benefits, and the reason for the employment termination at CHRISTIANA CARE
HEALTH SYSTEMS. I the plaintiff, STEPHANIE LYNN FORD have enclosed what I have received from
MORGAN, LEWIS & BOCKIUS LLP /KENDRA BAISINGER ATTORNEYS FOR THE
DEFENDANTS. DOCUMENT D0195 AND D0196.

I the plaintiff am making a third attempt to retrieve Document # 1. Please see documents D0195 and
D0196, which there is only one sheet of paper, I have enclosed a copy for the courts records. I the plaintiff,
Stephanie Lynn Ford asked this Honorable Court to apply the law to these actions for failing to produce all
of the information pertaining to these documents. PLEASE SEND ME ALL OF THE DOCUMENTS
THAT I REQUESTED.

In Document # 2, I the plaintiff asked the defendant to Pleased produce all information pertaining to my
Pension Benefits from the defendants, Christiana Care Health Systems. The defendants again only sent me
one sheet of paper pertaining to the plaintiff Pension Benefits, which I have enclosed a copy for the courts
records. I the plaintiff again am asking the court to apply the law to their actions for failure to produce the
requested documents.

In Document # 3, I the plaintiff asked the defendant to Please produce all information pertaining to my
medical benefits. The defendants failed to produce these documents, Kendra Baisinger sent me a great deal
of papers through Federal Express, and after I reviewed the numerous pages of paperwork it is still not what
I requested among all of the paperwork she sent me dated for October 2, 2006.

I the plaintiff, asked this Honorable Court to apply the law to these actions for failing to produce all of the
medical benefits documents.

In Document # 4, I the plaintiff, asked the defendant to Please produce all information pertaining to my Life
Insurance policy. The defendants refuse to forward me the information pertaining to the plaintiff's Life
Insurance Policy. I have also enclosed the misprinted Beneficiary Designation Life Insurance / Personal

/

Accident Insurance Form, which I received from Morris, James, Hitchen & Williams / Morgan, Lewis & Bockius LLP/ Kendra L. Baisinger. I have also filed a motion to compel against Unum Life Insurance Company Of America for failing to produce the Life Insurance Policy along with three other documents, which I requested from Unum back in May 16, 2006 at 8: 33am. I the plaintiff asked this Honorable Court to apply the Law for their action in failing to produce the documents that I have requested. The defendants only sent me 2 sheets of paper, bates labeled D0011 Beneficiary Designation Life Insurance / Personal Accident Insurance, with the Plaintiff 's name spelled incorrectly and page 2 bates labeled D0012 Beneficiary Designation Form, there is only one check mark on the paper. I have enclosed a copy for the Courts Records. I asked this Honorable Court to apply the Law to the defendants actions.

In Document # 5, I the plaintiff asked the defendants to Please produce all information pertaining to the plaintiff's personal accident insurance from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003. Please refer to bates labeled D0011and D0012. The defendants is refusing to gives me these documents as well. I asked this Honorable Court to apply the Law to their actions.

In Document # 6, I the plaintiff asked the defendants to Please produce all information pertaining to the Plaintiff's Dental Insurance Coverage from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003. The Defendants refuse to forward the plaintiff the requested Dental Insurance information. I the plaintiff asked this Honorable Court to apply the Law against them for refusing to produce the Dental Insurance Information.

In Document # 7, I the plaintiff asked the defendants to Please produce all information pertaining to the Plaintiff's Long Term Disability Benefits from the Defendants, Christiana Care Health Systems from August 1987 to October 28, 2003. The Defendants refuse to provide me with all Long-Term Disability Benefits Information. I asked this Honorable Court to apply the Law to their actions.

I the plaintiff want to inform the Court that most of the documents that I the plaintiff Stephanie Lynn Ford is receiving from the defendants are not the documents I requested. I would like to obtain these Documents to be able to answer the Memorandum Opinion Order dated December 6, 2006, time 2:01pm. I asked this Honorable Court to Grant Plaintiff's Motion To Compel.

*Stephanie L. Ford*

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720
DECEMBER 13, 2006

TO:  MORGAN, LEWIS & BOCKIUS LLP
     MS. KENDRA L. BAISINGER
     1701 MARKET STREET
     PHILADELPHIA, PA  19103-2921


FROM:  STEPHANIE LYNN FORD
       19 ALBANY AVE.
       NEWCASTLE, DELAWARE 19720
       NOVEMBER 20, 2006


RE:  FORD  v.  CHRISTIANA CARE HEALTH SYSTEMS,
     RICHARD BURTON, and CLARA CLARK, C.A. NO. 06-301 (KAJ)

DEAR MS. BAISINGER

     PER TELEPHONE CONVERSATION, I STEPHANIE LYNN FORD AM
MAKING A SECOND ATTEMPT TO RETRIEVE THE FOLLOWING DOCUMENTS.
PLEASE MAIL ME THE LISTED DOCUMENTS NO LATER THAN DECEMBER 6,
2006.  OTHERWISE, I HAVE NO OTHER CHOICE BUT TO FILE A MOTION TO
COMPELL WITH  THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF DELAWARE.

DOCUMENT # 1.  IN LETTER FORM, THE PERSON OR PERSONS WHO
AUTHORIZED AND IS RESPONSIBLE FOR THE TERMINATION OF THE
PLAINTIFF, STEPHANIE LYNN FORD EMPLOYMENT STATUS, EMPLOYMENT
BENEFITS, AND THE REASON FOR THE EMPLOYMENT TERMINATION AT
CHRISTIANA CARE HEALTH SYSTEMS.

DOCUMENT # 2.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE
PLAINTIFF'S PENSION BENEFITS FROM THE DEFENDANT, CHRISTIANA
CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 3.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE
PLAINTIFF'S MEDICAL BENEFITS FROM THE DEFENDANT, CHRISTIANA
CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 4.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE
PLAINTIFF'S LIFE INSURANCE FROM THE DEFENDANT, CHRISTIANA CARE
HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

1

DOCUMENT # 5.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF'S PERSONAL ACCIDENT INSURANCE FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 6.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF'S DENTAL INSURANCE COVERAGE FROM THE DEFENDANT , CHRISTIANA CARE HEALTH SYSTEMS FROM AGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 7.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF'S LONG TERM DISABILITY BENEFITS FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

SINCERELY,

*Stephanie L. Ford* 11/20/06

STEPHANIE LYNN FORD
19 ALBNY AVE.
NEWCASTLE , DELAWARE 19720

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,                )
                                    )
            Plaintiff,              )
                                    )       Consolidated
      v.                            )       Civil Action No. 06-301 KAJ
                                    )       Civil Action No. 06-458-KAJ
CHRISTIANA CARE HEALTH              )
SYSTEMS, RICHARD BURTON, and        )
CLARA CLARK,                        )
                                    )
            Defendants.             )

### DEFENDANTS' RESPONSES AND OBJECTIONS TO
### PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION
### DATED NOVEMBER 20, 2006

Defendant Christiana Care Health Systems ("Christiana Care"), Richard Burton, and Clare

Clark (collectively " Defendants"), by and through their attorneys, hereby respond and object to

Plaintiff Stephanie Ford's ("Plaintiff") Supplemental Request for Production dated November 20,

2006 in accordance with the numbered paragraphs set forth below.

In furnishing these responses, Defendants do not admit or concede the relevance,

materiality, or admissibility in evidence of the information provided. All objections to the use of

such information, at trial or otherwise, are expressly reserved. Defendants incorporate their General

Objections from Defendants' First Responses and Objections to Plaintiff's First Request for

Production of Documents, and responds to Plaintiff's requests as follows:

### SPECIFIC OBJECTIONS AND RESPONSES

(In addition to all applicable General Objections set forth above)

1.      In letter form, the person or persons who authorized and is responsible for the

termination of the Plaintiff, Stephanie Lynn Ford employment status, employment benefits, and the

reason for the employment termination at Christiana Care Health Systems.

**Answer:** In addition to their General Objections, Defendants object to this Request because it is vague and ambiguous, and imposes obligations greater than and inconsistent with those provided for in the Federal Rules of Civil Procedure. Subject to and without waiving any objections, please see documents D0195 and D0196, attached hereto, which may provide you with additional information. Defendants have produced all responsive, non-privileged documents to the extent such documents exist and have been located.

2.    Please produce all information pertaining to Plaintiff's pension benefits from the defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

**Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous. Subject to and without waiving any objections, in addition to the documents that Defendants produced in their first document production, please see document D0197, attached hereto. Defendants have produced all responsive, non-privileged documents to the extent such documents exist and have been located. Furthermore, we have served a subpoena (which you have received a copy of) on Lincoln National Life Insurance Company requesting documents relating to your benefit plans. We will send you a copy of any documents that are produced in response to the subpoena.

3.    Please produce all information pertaining to the Plaintiff's medical benefits from the defendant, Christiana Care Health Systems from August 1987 through October 28, 2003.

**Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague and ambiguous. Subject to and without waiving any objections, Defendants

2

have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

    4.    Please produce all information pertaining to the Plaintiff's life insurance from the Defendant, Christiana Care Health System from August 1987 to October 28, 2003.

    **Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous. Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

    5.    Please produce all information pertaining to the Plaintiff's personal accident insurance from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

    **Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous. Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

    6.    Please produce all information pertaining to the Plaintiff's dental insurance coverage from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

    **Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous. Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

3

7.    Please produce all information pertaining to the Plaintiff's long term disability

benefits from the Defendant, Christiana Care Health Systems from August 1987 to October 28,

2003.

**Answer**: In addition to their General Objections, Defendants object to this Request because

it is overbroad, vague, and ambiguous. Subject to and without waiving any objections, Defendants

have already produced all responsive, non-privileged documents to the extent such documents exist

and have been located. Furthermore, we have served Unum Life Insurance Company of America

with a subpoena (which you have received a copy of) requesting documents related to your long

term disability policy. We will send you a copy of any documents that are produced in response to

this subpoena.

David H. Williams (I.D. No. 616)
James H. McMackin, III (I.D. No. 4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
302.888.6900
dwilliams@morrisjames.com
jmcmackin@morrisjames.com

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
Kendra L. Baisinger (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5543

Attorneys for Defendants

Dated: December 1, 2006

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,                     )
                                          )
                Plaintiff,                )
                                          )
        V.                                )      Civil Action No. 06-301 (KAJ)
                                          )
CHRISTIANA CARE HEALTH                    )
SYSTEMS, RICHARD BURTON, and              )
CLARA CLARK,                              )
                                          )
                Defendants.               )

## REQUEST TO PRODUCE DOCUMENTS

        I THE PLAINTIFF, STEPHANIE LYNN FORD, PRO-SE, HEREBY RESPECTFULLY
AM REQUESTING THIS HONORABLE COURT, TO GRANT THE PLAINTIFF'S REQUEST
TO OBTAIN THE FOLLOWING LISTED DOCUMENTS FROM THE DEFENDANTS, CHRISTIANA
CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK,

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720

2. Defendants, CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and
   CLARA CLARK, / DAVID H. WILLIAMS (# 616) MORRIS, JAMES , HITCHENS &
   WILLIAMS LLP 222 Delaware Ave., 10th Floor P.O. Box 2306 Wilmington, De. 19899

DOCUMENT #1.  IN LETTER FORM, THE PERSON OR PERSONS WHO AUTHORIZED
              AND IS RESPONSIBLE FOR THE TERMINATION OF ALL THE PLAINTIFF'S
              STEPAHNIE LYNN FORD EMPLOYMENT BENEFITS AND EMPLOYMENT
              STATUS, AND THE REASON FOR THE TERMINATION.

DOCUMENT #2.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY
              PENSION BENEFITS FROM THE DEFENDANT, CHRISTIANA CARE
              HEALTH SYSTEMS.

DOCUMENT # 3.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY
               MEDICAL BENEFITS.

DOCUMENT # 4.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY
               LIFE INSURANCE POLICY.

DOCUMENT #5.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY
              PERSONAL ACCIDENT INSURANCE.

DOCUMENT # 6.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY
               DENTAL INSURANCE COVERAGE.

DOCUMENT # 7.  PLEASE PRODUCE ALL INFORMAION PERTAINING TO MY
               LONG TERM DISABILITY BENEFITS.

SINCERELY,

*Stephanie L. Ford*

**STEPHANIE LYNN FORD**
**19 ALBANY AVE.**
**NEWCASTLE, DELAWARE 19720**
**OCTOBER 2, 2006**


CC: David H. Williams (#616)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP


PF:

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

2ND DAY OF OCTOBER 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. CERITIFIED MAIL

**DAVID H. WILLIAMS (#616)**
**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**
**222 DELAWARE AVE., 10TH FLOOR**
**P.O.BOX 2306**
**WILMINGTON, DE 19899**



# LIFE INSURANCE

# PROGRAM

### FULL TIME
### EMPLOYEES

**Human Resources:  Benefits/Records Office
(302) 428-5794**

D0107

**All other full-time employees**
Premium Waiver: 90 or 180 days depending upon which LTD plan they are enrolled in at the time of disability

Disability-based benefits begin the day after Unum approves your claim and the elimination period is completed.

## LIFE INSURANCE BENEFIT:

### AMOUNT OF LIFE INSURANCE FOR YOU

#### BASIC BENEFIT

*Option A*

$7,500

#### ADDITIONAL BENEFIT OPTIONS:

*Option B*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 1.

*Option C*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 2.

*Option D*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 3.

*Option E*

Annual earnings minus $7,500, rounded to the next higher multiple of $1,000, x 4.

*Option F*

$50,000 minus $7,500

## AMOUNT OF LIFE INSURANCE AVAILABLE IF YOU BECOME INSURED AT CERTAIN AGES OR HAVE REACHED CERTAIN AGES WHILE INSURED

If you have reached age 70, but not age 75, your amount of life insurance will be:
- 65% of the amount of life insurance you had prior to age 70; or
- 65% of the amount of life insurance shown above if you become insured on or after age 70 but before age 75.

There will be no further increases in your amount of life insurance.

If you have reached age 75 or more, your amount of life insurance will be:
- 50% of the amount of life insurance you had prior to your first reduction; or
- 50% of the amount of life insurance shown above if you become insured on or after age 75.

There will be no further increases in your amount of life insurance.

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR INSURANCE (BASIC AND ADDITIONAL BENEFITS COMBINED) OVER:

$500,000 or over 4 x annual earnings

OVERALL MAXIMUM BENEFIT OF LIFE INSURANCE FOR YOU (BASIC AND ADDITIONAL BENEFITS COMBINED):

$1,000,000

**SOME LOSSES MAY NOT BE COVERED UNDER THIS PLAN.**

**OTHER FEATURES:**

Accelerated Benefit

Conversion

Portability

**The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.**



# CHRISTIANA CARE

## BENEFICIARY DESIGNATION
## Life Insurance/Personal Accident Insurance

**Employee Name:** _tephanie FoRD_

**Social Security Number:** _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_ (please print)

**Naming the beneficiary - it is important that your beneficiary designation be clear so that there will be no question as to your intentions.**

### LIFE INSURANCE BENEFICIARY DESIGNATION

Please choose ONE option only:

**OPTION 1:** ____ **PAY TO ESTATE**

**OR**

**OPTION 2:** ____ **PER TRUST AGREEMENT**

**OR**

**OPTION 3: Name specific beneficiary(ies) (Please Print)**

**Name:** _MicHelle Deputy_
**Address:** _MALBAny Ave NewCastle De 19720_
**Percentage:*** _1/3_    **Relationship**** _niece_ **Age: (if minor)** _27_

**Name:** _Keith FoRD_
**Address:** _MALBany Ave New Castle De 19720_
**Percentage:*** _1/3_    **Relationship**** _nephew_ **Age: (if minor)** _30_

**Name:** _Roberta Harden_
**Address:** _19 Albany Ave New Castle De 19720_
**Percentage:*** _1/3_    **Relationship**** _Cousin_ **Age: (if minor)** _17_

*Total percentage should not equal more than 100.

**RELATIONSHIP CODES:**

| SP | Spouse | MO | Mother | FA | Father | SO | Son | DA | Daughter | BR | Brother |
|----|--------|----|--------|----|--------|----|-----|----|----------|----|---------|
| SI | Sister | GF | Grandfather | GM | Grandmother | GS | Grandson | GD | Granddaughter | AU | Aunt |
| UN | Uncle | CO | Cousin | OT | Other | | | | | | |

_Stephanie L. Ford_
**Employee Signature**

_12/10/98_
**Date**

(OVER)

**CHRISTIANA CARE**         **Beneficiary Designation Form**              **Page 2**

## PERSONAL ACCIDENT INSURANCE BENEFICIARY DESIGNATION
### Full Time employees only (IF APPLICABLE)

Please choose ONE option only:

**OPTION 1:** _____ **SAME AS LIFE INSURANCE BENEFICIARY**

**OR:**

**OPTION 2: Name specific beneficiary(ies) (Please Print)**

Name: _____

Address: _____

Percentage:*_____    Relationship**_____    Age:(if minor)_____

Name: _____

Address: _____

Percentage:*_____    Relationship**_____    Age:(if minor)_____

Name: _____

Address: _____

Percentage:*_____    Relationship**_____    Age:(if minor)_____

*Total percentage should not equal more than 100.

**Relationship codes (see other side)

PLEASE COMPLETE AND RETURN TO THE BENEFITS/RECORDS SECTION, HUMAN RESOURCES DEPT., WILMINGTON HOSPITAL

**Paul, Elaine** _____ *1987*

| | |
|---|---|
| **From:** | FWZBXQ0@christianacare.org |
| **Sent:** | Friday, April 23, 2004 2:06 PM |
| **To:** | FormHRCCHSHRPemp@christianacare.org |
| **Cc:** | FWZBXQ0@christianacare.org; vfleiner@christianacare.org |
| **Subject:** | FORD, STEPHANIE - TERMINATION FORM |

The following information was submitted from an INet Form called
TERMINATION FORM by Green-Crews, Edith.


```
Employment Assignment:    - FormHRCCHSHRPemp@christianacare.org
*Employee Name:           - FORD, STEPHANIE
*Employee SSN#:           - 222565931
*Cost Center:             - 26541
*Last Day Worked:         - 10/27/03
*Term Effective Date:     - 04/13/04
*Eligible for Unused PTO Hrs: - Yes
*Would You ReEmploy:      - Yes
Voluntary Reason Code:    - 100 Unable to Return from Medcial LOA
Involuntary Reason Code:  - None
Comments:                 - EMPLOYEE HAS EXHAUSTED HER 24 WK LEAVE P
                            ERIOD.


*Approval:                - PEITLOCK, SHARON
Date Completed:           - 4/23/2004
Completed By:             - Green-Crews, Edith
-----------------------------------------------------------------

Date Sent: 4/23/04
Time Sent: 2:06:05 PM
```

**D0195**



**CHRISTIANA CARE**
HEALTH SERVICES

4755 Ogletown-Stanton Road
PO Box 6001
Newark, Delaware 19718-6001

302-733-1000

April 19, 2004

Stephanie Ford
19 Albany Ave.
New Castle, DE 19720

Dear Stephanie:

As a follow-up to our telephone conversation this morning, I am writing to you concerning your current leave of absences. Christiana Care's leave of absence policy provides a twenty-four week maximum for leave of absence in a 12 month period for medical reasons. You have reached this twenty-four week limit as of 04/13/04, therefore it will be necessary to remove you from Christiana Care's payroll effective this date.

If you are covered under Christiana care's long term disability plan, you should contact Debra Lewis at 428-5764 so that paperwork can be forwarded to you to apply for this benefit. Your removal from payroll will have no effect on any benefit you may qualify for under the disability plan. Following your termination from payroll, you will receive a notice which outlines your right to convert life insurance and to continue health and dental coverage and the rate you will be required to pay to maintain coverage. If you have any questions about benefit coverage, please contact Benefits at 428-5794.

If you receive clearance in the near future to return to work, you are welcome to re-apply for a position through the Employment Section of the Human Resources department. The Employment Section will attempt to place you based upon your qualifications in light of available vacancies. If it is possible to place you in a position at a later date, you may be entitled to have prior full time service restored. To discuss this, please contact me at 733-1120.

On behalf of Christiana Care, I would like to thank you for your years for service to Christiana Care Health Services. We are sorry that you are not able to continue work at this time.

Please do not hesitate to contact me with any additional questions.

Sincerely,

Anthanita Warner
Employee Relations Assistant

D0196

## PENSION INFORMATION

DATE NOVEMBER 14, 2006

NAME OF PENSIONER: STEPHANIE FORD

SOCIAL SECURITY NO: 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

DATE OF BIRTH: 02/16/1962  POSITION: CLERK III

DEPARTMENT/DIVISION: X-RAY – WILMINGTON

EMPLOYMENT DATE: 08/24/1987

SEVERANCE FROM SERVICE DATE: 04/13/2004

RETIREMENT DATE: 03/01/2027

TYPE OF RETIREMENT: TERMINATED VESTED

DATE PAYMENTS COMMENCE: 03/01/2027

PARTICIPATION DATE: 07 MOS 24 DAYS FT

CREDITED SERVICE: 15 YRS 11 MOS 25 DAYS FT (.16267)

FINAL AVERAGE EARNINGS (Monthly) $2127.14

SETTLEMENT OPTION:

ANNUAL AMOUNT: $4671.24

MONTHLY INCOME: $389.27

AGE AT TERMINATION: 42 YRS 01 MOS 27 DAYS

NRD: 03/01/2027

D0197

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

13th Day December 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL

MORGAN, LEWIS & BOCKIUS LLP
MS. KENDRA BAISINGER
1701 MARKET STREET
PHILADELPHIA , PA 19103-2921

DAVID H. WILLIAMS
MORRIS JAMES
500 DELAWARE AVE
WILM . DE 19899