# Morris James LLP

David H. Williams
302.888.6900
dwilliams@morrisjames.com

January 26, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      RE:  *Ford v. Christiana Care Health Systems, et al.*
            *Civil Action Nos. 06-301\*\*\*J, 06-458-\*\*\**

Dear Magistrate Judge Thynge:

      The parties have agreed to an extension of the January 29, 2007 deadline for filing case dispositive motions and briefs in support thereof to February 13, 2007. A Stipulation to this effect has been drafted and has been sent to Plaintiff for signature. We wanted the Court to be aware that, because it may take a few days to get the required signature in light of the fact Plaintiff does not have access to either e-mail or fax, the Stipulation may not be filed until after the January 29, 2007 deadline.

                                          Respectfully,

                                          David H. Williams (#4084)
                                          (Bar I.D. #616)

DHW/jam
cc:  Ms. Stephanie Ford (by mail)
       Thomas S. Bloom, Esquire (by e-mail)
       Clerk of the Court (by e-filing)

1518563/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com