IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated |
| v. | ) | Civil Action No. 06-301-*** |
| | ) | Civil Action No. 06-458-*** |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, and | ) | |
| CLARA CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER TO EXTEND DEADLINE**
**TO FILE OPENING BRIEF**

The parties agree, subject to the approval of the Court, that paragraph 9 of the Scheduling Order is modified to provide that the deadline for filing case dispositive motions and an opening brief and affidavits, if any, shall be extended to February 13, 2007.

_____
Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720
(302) 658-6740
*Pro Se Plaintiff*

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin (#4284)
jmcmackin@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543
Attorneys for Defendants

IT IS SO ORDERED this ____ day of _____, 2007.

_____
J.

1515986/1