IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>          Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS,<br>RICHARD BURTON, and CLARA CLARK,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:  Consolidated<br>:  Civil Action No. 06-301-***<br>:  Civil Action No. 06-458-***<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR ADMISSION *PRO HAC VICE***

TO:   Stephanie Lynn Ford
       19 Albany Avenue
       New Castle, DE 19720

Pursuant to Rule 83.5(c), counsel moves the admission of Yordanos Teferi, Esquire, as counsel *pro hac vice* to represent Defendants Christiana Care Health Services, Inc., Richard Burton, and Clara Clark in this matter. In support of this Motion, Defendants rely upon the attached Certification of Yordanos Teferi, Esquire.

                                          /s/ David H. Williams
                                          David H. Williams (#616) (dwilliams@morrisjames.com)
                                          James H. McMackin, III (jmcmackin@morrisjames.com)
                                          MORRIS JAMES LLP
                                          500 Delaware Avenue
                                          P.O. Box 2306
                                          Wilmington, DE 19899
                                          (302) 888-6900/5849

                                            Michael J. Ossip (mossip@morganlewis.com)
                                            Thomas S. Bloom (tbloom@morganlewis.com)
                                            Morgan, Lewis & Bockius LLP
                                            1701 Market Street
                                            Philadelphia, PA 19103
                                            (215) 963-5761

                                            Attorneys for Defendants
                                            Christiana Care Health Services, Inc., Richard Burton,
Dated: February 12, 2007              and Clara Clark

DHW/011747-0043/1531559/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | CONSOLIDATED |
| v. : | C.A. No. 06-301-*** |
| : | C.A. No. 06-458-*** |
| CHRISTIANA CARE HEALTH SYSTEMS, : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

### ATTORNEY CERTIFICATION OF YORDANOS TEFERI
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Yordanos Teferi, Esquire hereby certifies:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Christiana Care Health Services, Inc., in the above-captioned matter. I practice in Morgan, Lewis & Bockius LLP's offices in Philadelphia, Pennsylvania. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor am I regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, as well as in the jurisdiction of the United States District Court, Eastern District of Pennsylvania, and I am not under suspension or disbarment in any Court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and

is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

/s/ Yordanos Teferi
Yordanos Teferi

Dated: February 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated |
| v. | ) | Civil Action No. 06-301-*** |
| | ) | Civil Action No. 06-458-*** |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, and | ) | |
| CLARA CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Yordanos Teferi is GRANTED.

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SYSTEMS, INC.,<br>RICHARD BURTON, and CLARA CLARK,<br><br>        Defendants. | :<br>:<br>:<br>:  CONSOLIDATED<br>:  C.A. No. 06-301-***<br>:  C.A. No. 06-458-***<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on February 12, 2007, I electronically filed the attached **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

    Stephanie Lynn Ford
    19 Albany Avenue
    New Castle, DE 19720

    /s/ David H. Williams
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III (#4284)
    jmcmackin@morrisjames.com
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849

                                            Michael J. Ossip (admitted *pro hac vice*)
                                            Thomas S. Bloom (admitted *pro hac vice*)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1701 Market Street
                                            Philadelphia, PA  19103
                                            (215) 963-5761/5543

Dated:  February 12, 2007       Attorneys for Defendants

JYM/011747-0043/1441456/1