IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTIANA CARE HEALTH ) <br> SYSTEMS, RICHARD BURTON, ) <br> and CLARA CLARK, ) <br> ) <br> Defendants. ) | Consolidated <br> Civil Action Nos. <br> 06-301-***; 06-458-*** |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Christiana Care Health Systems ("Christiana Care"), Richard Burton and Clare Clark (collectively, "Defendants"), hereby move for summary judgment with respect to Plaintiff Stephanie L. Ford's Complaint. In support of this Motion, Defendants rely on the accompanying Brief in Support of Defendants' Motion for Summary Judgment and In Opposition to Plaintiff's Case Dispositive Motion, and Defendants' Appendix of Exhibits.

Respectfully submitted,

/s/ James H. McMackin, III
David H. Williams (DE 616)
James H. McMackin, III (DE 4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302.888.6900
dwilliams@morrisjames.com
jmcmackin@morrisjames.com

                                                  Michael J. Ossip (admitted pro hac vice)  
                                                  Thomas S. Bloom (admitted pro hac vice)  
                                                  MORGAN, LEWIS & BOCKIUS LLP  
                                                  1701 Market Street  
                                                  Philadelphia, PA  19103  
                                                  215.963.5543  

Dated:  February 13, 2007        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Consolidated |
| v. ) | Civil Action Nos. |
| ) | 06-301-***; 06-458-*** |
| CHRISTIANA CARE HEALTH ) | |
| SYSTEMS, RICHARD BURTON, ) | |
| and CLARA CLARK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now, this _____ day of _____, 2007, having considered Defendants' Motion for Summary Judgment and Plaintiff's Case Dispositive Motion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiff's Motion is **DENIED**. It is further **ORDERED** that Plaintiff's Complaint and the consolidated civil actions be and hereby are **DISMISSED WITH PREJUDICE**.

SO ORDERED BY THE COURT:

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : <br> : <br> Plaintiff, : <br> : CONSOLIDATED <br> v. : C.A. No. 06-301-*** <br> : C.A. No. 06-458-*** <br> CHRISTIANA CARE HEALTH SYSTEMS, INC., : <br> RICHARD BURTON, and CLARA CLARK, : <br> : <br> Defendants. : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on February 13, 2007, I electronically filed the attached **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                                Michael J. Ossip (admitted *pro hac vice*)
                                                Thomas S. Bloom (admitted *pro hac vice*)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1701 Market Street
                                                Philadelphia, PA  19103
                                                (215) 963-5761/5543

Dated:  February 13, 2007       Attorneys for Defendants

JYM/011747-0043/1532695/1