IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

    PLAINTIFF,

V.

CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON and CLARA CLARK

CIVIL ACTION NO.
06-301 (***)

JURY TRIAL

CERTIFIED MAIL RECEIPT
    Re DI 48

STEPHANIE L. FORD
*Stephanie L. Ford*
19 Albany Ave
New Castle, De
    19720

```
            LANCASTER AVENUE STATION
                WILMINGTON, Delaware
                     198059998
                  3379300505 -0098
01/29/2007       (302)654-0725        12:28:40 PM

                  Sales Receipt
Product          Sale   Unit           Final
Description      Qty    Price          Price

PHILADELPHIA PA 19103                  $0.87
First-Class
   2.20 oz.
  Return Rcpt (Green Card)             $1.85
  Certified                            $2.40
  Label #:        70041350000472546048
                                     ========
Issue PVI:                             $5.12


Total:                                 $5.12

Paid by:
Cash                                  $10.00
Change Due:                           -$4.88

Bill#: 1000200452133
Clerk: 15

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.
                 Customer Copy
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $   $2.40
Certified Fee   $1.85
Return Receipt Fee (Endorsement Required)   $0.00
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $   $5.12

Sent To  MORGAN, LEWIS & BOCKIUS LLP,
         THOMAS S. BLOOM / J. MCMACKIN III
Street, Apt. No.; or PO Box No.  1701 MARKET STREET
City, State, ZIP+4  PHILADELPHIA, PA 19103-2921

PS Form 3800, June 2002          See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery _2/2_ |
| 1. Article Addressed to:<br><br>MORGAN, LEWIS & BOCKIUS LLP.<br>THOMAS S. BLOOM /<br>JAMES H. MCMACKIN III<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0004 7254 6048 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

9, MARCH 2007 UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. Certified Mail

MORGAN, LEWIS & BOCKIUS LLP
/James H. McMackin.III
1701 MARKET STREET
PHILADELPHIA , PA 19103-2921,

David H. Williams
Morris James LLP,
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899