IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,  :  <br> : <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> CHRISTIANA CARE HEALTH SYSTEMS,  : <br> RICHARD BURTON, and CLARA CLARK.  : <br> : <br> Defendants.  : | CONSOLIDATED <br> Civil Action No. 06-301-*** <br> Civil Action No. 06-458-*** |

### NOTICE OF SERVICE

I hereby certify that on the 15th day of March, 2007, two (2) copies of **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S INTERROGATORIES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                Michael J. Ossip (admitted *pro hac vice*)
                                Thomas S. Bloom (admitted *pro hac vice*)
                                MORGAN, LEWIS & BOCKIUS LLP
                                1701 Market Street
                                Philadelphia, PA  19103
                                (215) 963-5000
                                fax:  (877) 432.9652

Dated:  March 15, 2007            Attorneys for Defendants

1479356/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | CONSOLIDATED |
| v. : | C.A. No. 06-301-*** |
| : | C.A. No. 06-458-*** |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., : | |
| RICHARD BURTON, and CLARA CLARK, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on March 15, 2007, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                        Michael J. Ossip (admitted *pro hac vice*)
                                        Thomas S. Bloom (admitted *pro hac vice*)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        (215) 963-5761/5543

Dated:  March 15, 2007        Attorneys for Defendants

JYM/011747-0043/1532696/1