IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
| | : |
| Plaintiff, | : |
| | : CONSOLIDATED |
| v. | : C.A. No. 06-301-*** |
| | : C.A. No. 06-458-*** |
| CHRISTIANA CARE HEALTH SYSTEMS, INC., | : |
| RICHARD BURTON, and CLARA CLARK, | : |
| | : |
| Defendants. | : |

**STIPULATION**

Pursuant to 28 U.S.C. § 636(c), the parties hereby consent to Magistrate Judge Mary Pat Thynge's jurisdiction to conduct all civil proceedings as a U.S. District Court Judge in the above-referenced matter.

*[signature]* 3/13/07
Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720
(302) 658-6740
*Pro Se Plaintiff*

*[signature]*
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin (#4284)
jmcmackin@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761/5543
Attorneys for Defendants

March 19, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
J.