IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-301-*** |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEMS, | ) |
| RICHARD BURTON, and CLARA CLARK, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this **25th** day of **May, 2007**,

For the reasons set forth by the Court during the March 9, 2007 teleconference,

IT IS HEREBY ORDERED that plaintiff's motion to compel (D.I. 43) is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE