IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

    PLAINTIFF,

V.

CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON AND CLARA CLARK

    DEFENDANT,

CIVIL ACTION NO. 06-301

JURY TRIAL

2007 JUN 22 PM 3:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE RECEIPT FOR INTERROGTORIES

Stephanie FORD
19 ALBANY Ave
New Castle, De 19720

Stephanie Ford

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7006 0810 0005 5207 9808

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Sent To MR. James H. McMACKLIN III
MR. DAVID H. WILLIAMS
Street, Apt. No.; or PO Box No. 1701 MARKET STREET
City, State, ZIP+4 PHILADELPHIA, PA 19103-2921

PS Form 3800, June 2002    See Reverse for Instructions

---

```
          LANCASTER AVENUE STATION
           WILMINGTON, Delaware
                198059998
             3379300505 -0096
03/13/2007    (302)654-0725    01:39:03 PM
───────────── Sales Receipt ─────────────
Product          Sale    Unit      Final
Description      Qty     Price     Price

Utility           1      $0.99     $0.99
Mailer
10.5x16-RP
Utility           1      $0.99     $0.99
Mailer
10.5x16-RP
WILMINGTON DE 19801                $1.11
  First-Class
  3.20 oz.
  Return Rcpt (Green Card)         $1.85
  Certified                        $2.40
  Label #:
            70060810000552079815
                                ========
  Issue PVI:                       $5.36

PHILADELPHIA PA 19103              $1.11
  First-Class
  4.00 oz.
  Return Rcpt (Green Card)         $1.85
  Certified                        $2.40
  Label #:
            70060810000552079808
                                ========
  Issue PVI:                       $5.36
                                ─────────
Total:                            $12.70

Paid by:
Cash                              $20.00
Change Due:                       -$7.30

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000402993355
Clerk: 03

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.
                    Customer Copy
```



```
        LANCASTER AVENUE STATION
           WILMINGTON, Delaware
                198059998
              3379300505 -0095
03/10/2007    (302)654-0725      10:34:02 AM

               Sales Receipt
                    Sale  Unit        Final
Product             Qty   Price       Price
Description

PHILADELPHIA PA 19103                 $2.55
First-Class
9.40 oz.
Return Rcpt (Green Card)              $1.85
Certified                             $2.40
Label #:     70060810000552078993
                                   ========
Issue PVI:                            $6.80

Black              1    $8.49         $8.49
Heritage
Book Marks
                                   --------
Total:                               $15.29

Paid by:                             $20.00
Cash
Change Due:                          -$4.71

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000502214553
Clerk: 99

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```

Certified Mail Receipt:
- Postage: $2.55
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.80
- Sent To: MORGAN LEWIS & BOCKIUS L.LP
- Street: JAMES H. MCMACKIN III, 1701 MARKET STREET
- City, State, ZIP+4: PHILADELPHIA PA 19103-2921
- Postmark: WILMINGTON, DE 19805, 03/10/2007
- 7006 0810 0005 5207 8993

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

MORGAN, LEWIS & BOCKIUS LLP.
JAMES H. McMACKIN III
1701 MARKET STREET
PHILADELPHIA, PA
19103-2921

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0005 5207 8993

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

MR. JAMES H. McMACKIN III
MR. DAVID H. WILLIAMS
MORGAN, LEWIS & BOCKIUS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0005 5207 9808

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 22, JUNE 2007 UPON THE FOLLOWING IN THE MANNER INDICATED

U.S. REGULAR MAIL

DAVID H. WILLIAMS
MORRIS JAMES, LLP,
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE
19899