IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD               CIVIL ACTION
                                  NO. 06-301
        PLAINTIFF,                JURY TRAIL

V.

CHRISTIANA CARE HEALTH
SYSTEMS, RICHARD BURTON AND
CLARA CLARK

        DEFENDANTS,

MOTION FOR EXTENSION OF DISCOVERY
   CUT-OFF DEADLINE AND REQUEST
   FOR A TELECONFERENCE.

(1)


3 pages

I STEPHANIE LYNN FORD ASK THIS HONORABLE COURT, FOR AN EXTENSION OF DISCOVERY CUT-OFF DEADLINE AND REQUEST FOR A TELECONFERENCE.
TO OBTAIN THE NECESSARY DOCUMENTS FROM THE DEFENDANTS, CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON AND CLARA CLARK

SINCERELY,
Stephanie Ford 6/22/07

(2)

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 22, JUNE 2007 UPON THE FOLLOWING IN THE MANNER INDICATED

U.S. REGULAR MAIL

DAVID H. WILLIAMS
MORRIS JAMES, LLP,
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899

