IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
COPY

| | |
|---|---|
| STEPHANIE LYNN FORD | CIVIL ACTION |
| | NO. 06-301 (MPT) |
| PLAINTIFF, | |
| | JURY TRIAL |
| V. | |
| CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON AND CLARA CLARK | |
| DEFENDANTS, | |



PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE, AND ATTEMPT TO OBTAIN THE NECESSARY DOCUMENTS from CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON AND CLARA.



(1)

6 pages

I STEPHANIE LYNN FORD HAVE MADE MANY ATTEMPTS TO OBTAIN THE NECESSARY following listed DOCUMENTS FROM THE DEFENDANTS, CHRISTIANA CARE HEALTH SYSTEM, RICHARD BURTON, AND CLARA CLARK.

QUESTIONS: JUDGE MARY PAT THYNGE: WHY WAS THE MOTION TO COMPELL DENIED, THAT I HAD RECENTLY FILED WITH THE COURT. WHEN, IN FACT, YOUR HONOR, YOU SPECIFICALLY INSTRUCTED ME PER OUR LAST PHONE CONVERSATION, THAT I HAD 3 DAYS TO RE-FILE THE MOTION TO COMPELL INTO THE COURT, (WHICH I DID FILED THE MOTION TO COMPELL WITH THE COURT NUMEROUS TIMES) ALONG WITH YOU DEFINING WHAT A MOTION

②

COMPELL CONSIST OF.

I ASK THIS HONORABLE COURT TO GRANT PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE TO OBTAIN THE FOLLOWING LISTED DOCUMENTS.

DOCUMENT #1 PLEASE PRODUCE A COPY FROM THE ORIGNAL OF ALL PLAINTIFF'S PENSION BENEFITS.

DOCUMENT #2 PLEASE PRODUCE A COPY FROM THE ORGINAL COPY OF ALL PLAINTIFF'S RETIREE BENEFITS.

DOCUMENT #3 PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF. $75,000 LIFE INSURANCE POLICY, ALONG WITH A COPY OF THE ACCURAL LIFE INSURANCE POLICY.

DOCUMENT #4 PLEASE PRODUCE A COPY FROM THE ORIGINAL COPY OF ALL PLAINTIFF'S LONG TERM DISABILITY BENEFITS.

DOCUMENT #5 PLEASE PRODUCE A COPY FROM THE ORIGINAL COPY OF ALL PLAINTIFF'S PERSONAL ACCIDENT INSURANCE.

DOCUMENT #6 PLEASE PRODUCE A COPY FROM THE ORIGINAL COPY OF ALL PLAINTIFF'S DENTAL INSURANCE COVERAGE.

DOCUMENT #7 PLEASE PRODUCE THE REASON THE PLAINTIFF WAS DENIED 29 JOBS AT CHRISTINA CARE HEALTH SYSTEMS.

SINCERELY,

Stephanie L. Ford
6/27/07

(4)

QUESTIONS: JUDGE MARY PAT THYNGE:

— Your Honor, do you have a copy of the $75,000 life insurance policy or any of the listed documents.

— How are you able to rule on any of these motions, without having these documents in your presents.

(5)

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 27, JUNE 2007 UPON THE FOLLOWING IN THE MANNER INDICATED

U.S. REGULAR MAIL

DAVID H. WILLIAMS
MORRIS JAMES, LLP,
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899

