# Morris James LLP

James H. McMackin, III
302.888.5849
jmcmackin@morrisjames.com

July 30, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

        RE:    *Ford v. Christiana Care Health Systems, et al.*
                 C.A. Nos. Consolidated 06-301-MPT and 06-458-MPT

Dear Judge Thynge:

      Enclosed is a courtesy copy of Defendants' Response to Request No. 7 set forth in Plaintiff's Second Motion for Extension of Discovery Cut-off Deadline. This document is being submitted to you upon your request as stated in the June 29, 2007 telephone conference with counsel and Ms. Ford.

      Please do not hesitate to contact us if you have any questions.

                              Respectfully,

                              James H. McMackin, III

JHM/jam
Enclosure
cc:    Ms. Stephanie Ford (w/enc). – via U.S. Mail
       Thomas S. Bloom, Esquire (w/enc.) – via e-mail
       Clerk of the Court – via e-filing

1595640/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494    T 302.888.6800    F 302.571.1750
Mailing Address    P.O. Box 2306 | Wilmington, DE 19899-2306    www.morrisjames.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIANA CARE HEALTH<br>SYSTEMS, RICHARD BURTON,<br>and CLARA CLARK,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)  Consolidated<br>)  Civil Action Nos.<br>)  06-301-MPT; 06-458-MPT<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' RESPONSE TO REQUEST NO. 7 SET FORTH IN PLAINTIFF'S SECOND MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE**

In accordance with the Court's June 29, 2007 Order directing Defendants to respond in the form of an interrogatory response to Request No. 7 set forth in Plaintiff Stephanie Ford's Second Motion for Extension of Discovery Cut-Off Deadline (Docket No. 70), Defendants, by and through their attorneys, hereby respond as follows.

**REQUEST NO. 7:** Please produce the reason the Plaintiff was denied 29 jobs at Christiana Care Health Systems.

**RESPONSE:** Defendants object to this request because, in light of the fact that all of Plaintiff's claims are time-barred and fail as a matter of law for the reasons set forth in Defendants' Summary Judgment Brief, Docket No. 54, Plaintiff's Request No. 7 seeks information that is not relevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence. However, subject to and without waiver of the foregoing objections, Christiana Care states that Plaintiff applied for 27 positions during the period May 21, 2004 through June 25, 2004. The following is a list of the 27 positions for which Plaintiff applied and the reasons Plaintiff was not selected for any of those positions:

| **Position** | **Outcome** |
|---|---|
| 1. Team Coordinator | Position awarded to candidate more qualified than Plaintiff. |
| 2. Unit Clerk VI | Position awarded to candidate more qualified than Plaintiff. |
| 3. Patient Information Rep I | Position canceled – no one was hired. |
| 4. Patient Care Technician | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 5. Lab Receiving Clerk | Position awarded to candidate more qualified than Plaintiff. |
| 6. Clerk V - Facilities Engineering | Position awarded to candidate more qualified than Plaintiff. |
| 7. Unit Clerk VI | Position awarded to candidate more qualified than Plaintiff. |
| 8. Clerk VI - Heart & Vascular Center | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 9. Duplicator | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 10. Health Records Clerk | Position awarded to candidate more qualified than Plaintiff. |
| 11. OR Tech Evenings | Position awarded to candidate more qualified than Plaintiff. |
| 12. Administrative Assistant II | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 13. Clerk VI – 40D | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 14. Unit Clerk VI | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 15. Career Development | Position awarded to candidate more qualified than Plaintiff. |

| | |
|---|---|
| 16. Home Health Assistant | Position awarded to candidate more qualified than Plaintiff. |
| 17. Clerk VI | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 18. Consignment Assistant | Position awarded to candidate more qualified than Plaintiff. |
| 19. Service Assistant II | Position awarded to candidate more qualified than Plaintiff. |
| 20. Scheduler | Position awarded to Christiana Care employee more qualified than Plaintiff. |
| 21. Home Health Assistant Training Program | Position awarded to candidate more qualified than Plaintiff. |
| 22. Home Health Assistant Training Program | Position awarded to candidate more qualified than Plaintiff. |
| 23. Security Officer | Position awarded to candidate more qualified than Plaintiff. |
| 24. Residency Program Assistant | Position awarded to candidate more qualified than Plaintiff. |
| 25. Collections Specialist | Position canceled – no one was hired. |
| 26. Home Health Assistant | Position canceled – no one was hired. |
| 27. Exercise Technician | Position awarded to candidate more qualified than Plaintiff. |

*[signature]*
David H. Williams (DE 616)
James H. McMackin, III (DE 4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302.888.6900
dwilliams@morrisjames.com
jmcmackin@morrisjames.com


Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5543

Dated: July 30, 2007                    Attorneys for Defendants

4

## VERIFICATION

I, Kerry Delgado, hereby verify that I am employed by Christiana Care Health Services as Director of Employee Relations, and that the facts set forth in the foregoing Defendants' Response To Request No. 7 Set Forth In Plaintiff's Second Motion For Extension Of Discovery Cut-Off Deadline are true and correct based upon knowledge and information provided to and/or obtained by me in the performance of my duties.

*Kerry Delgado* (signature)
Kerry Delgado

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CONSOLIDATED |
| : | Civil Action No. 06-301-*** |
| CHRISTIANA CARE HEALTH SYSTEMS, : | Civil Action No. 06-458-*** |
| RICHARD BURTON, and CLARA CLARK. : | |
| : | |
| Defendants. : | |

NOTICE OF SERVICE

I hereby certify that on the 30th day of July, 2007, two (2) copies of **DEFENDANTS' RESPONSE TO REQUEST NO. 7 SET FORTH IN PLAINTIFF'S SECOND MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

Stephanie Lynn Ford
19 Albany Avenue
New Castle, DE 19720

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

                                                  Michael J. Ossip (admitted *pro hac vice*)
                                                  Thomas S. Bloom (admitted *pro hac vice*)
                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                  1701 Market Street
                                                  Philadelphia, PA  19103
                                                  (215) 963-5000
                                                  fax:  (877) 432.9652

Dated:  July 30, 2007                        Attorneys for Defendants

1479356/1