IN THE UNITED STATES DISTRICT COURT
FOR THE STATES OF DELAWARE


**STEPHANIE LYNN FORD PRO-SE**

Civil Action No. 06-301
(MPT)

**Plaintiff,**

Jury Trial

2007 AUG 13 PM 12: 01

CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE
FILED DISTRICT OF DELAWARE

V.


**CHRISTIANA CARE HEALTH SYSTEMS,
RICHARD BURTON, AND CLARA CLARK**


DEFENDANTS


**Plaintiff's Response And Disagreement With The Defendants Response To Request
NO. 7 COURTS JUNE 29,2007 ORDER, FOR THE DEFENDANTS TO PLEASE
PRODUCE THE REASON THE PLAINTIFF WAS DENIED 29 JOBS AT
CHRISTIANA CARE HEALTH SYSTEMS.**


The Plaintiff Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware
19720 .

The Defendants, Christiana Care Health Systems, Richard Burton, and Clara Clark
resides at, or its business is located at Christiana Care Health Systems 200 Hygeia
Drive Newark, Delaware 19713

 I the Plaintiff, Stephanie Lynn Ford Pro-Se, Hereby Respectfully request this
Honorable Court enter an order, by granting Plaintiff's complaint and summary
judgment against the Defendants.  Concerning the Relevant Information as to Why
the Plaintiff was refused 29 jobs at Christiana Care Health Systems. I the Plaintiff
have worked for Christiana Care Hospital for 17 years.  I have applied for 29 jobs
not 27 jobs as the defendant has stated.  The Plaintiff have applied for 29 jobs from
May 18, 2004 To June 2, 2004, Not May 21, 2004 as the defendants have stated.  I
the Plaintiff have enclosed a complete list of the jobs.  The defendants reasons that
the Plaintiff was not selected for any of those positions is to vague and to broad.

*Because,the defendants did not follow the Hospital employment Polices and Procedures. There is a normal standard employment procedure in place, when an employee applies for a position. The 5 most qualified candidates are selected and interviewed for that particular position and management selects the best candidate, after, interviewing process has taken place. I the Plaintiff was not selected nor interviewed for nearly non of the 29 jobs. Including the #10 Health Records Clerk Position. Which, I the Plaintiff had already worked in this particular job prior for 9 years. The Defendants response outcome was that " quote Position awarded to candidate more qualified then Plaintiff end quote" Who, would be a more qualified person with 9 years experience and qualifications then myself. I was not considered for the position or interviewed. Who, would be the best candidate that is familiar with Health Records Charting Systems and able to process Charts effectively and efficiently in a timely manner, than myself.*
*I the Plaintiff am qualified to perform the Health Records Position and all the other positions that, I have applied for at Christiana Care Health Systems*

*I the Plaintiff, Stephanie Lynn Ford was Refused all 29 Jobs at Christiana Care Health Systems Without Due Process Of The Law, And With Respect To The Honorable Judge Kent A. Jordan who prematurely Dismissed The Prior Motions without considering these relevant facts.*

*Sincerely,*

*Stephanie Lynn Ford*

Name: _Stephanie Ford_

Week _____ of ___

Dates: _5/18/04_ to _5/21/04_

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be <u>fax transmittal</u>, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 5/18/04 | Team Coordinator | (302) job recruiter Mr. Burton 428-5746 | Christiana Care Hospital | Completed application |
| 5/18/04 | Unit Clerk VI | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Patient Registration Rep. | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Patient Care Technician | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Lab Receiving Clerk | (302) 428-5746 | Christiana Care Hospital | Completed application |
| | | | | |
| | | | | |

Search results verified by : _____  Date: _____

<u>Additional Comments:</u>

Name: Stephanie Ford

Dates: 5/24/04 to 5/28/04     Week: ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | Completed Application |
| 5/28/04 | Unit Clerk | (302) 428-5744 | Christiana Care Hospital / Mr. Burton | Completed Application |
| 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mrs. Burton | Completed Application |
| 5/28/04 | Operator | (302) 428-5744 | Christiana Care Hospital / (Mr. Burton) | Completed Application |
| 5/28/04 | Health Records Clerk | (302) 428-5744 | Christiana Care Hospital / (Mr. Burton) | Completed Application |
| | | | | |
| | | | | |

Search results verified by: _____     Date: _____

Additional Comments:

Name _Stephanie Ford_

Dates _5/31/04_ to _6/4/04_

## INTENSIVE JOB SEARCH LOG

Week ____

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal run, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone # / Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 6/4/04 | OR Tech | (302) 428-5746 | Christiana Care Hospital / Burton | mr. Complete application |
| 6/4/04 | Admin. Asst. III | (302) 428-5746 | Christiana Care Hospital / Burton | mr. Complete application |
| 6/4/04 | Clerk VI | (302) 428-5746 | Christiana Care Hospital / Burton | Completed application |
| 6/4/04 | Clerk II | (302) 428-5746 | Christiana Care Hospital / Burton | mr. Completed application |
| 6/4/04 | Career Development | (302) 428-5746 | Christiana Care Hospital / Burton | mr. Completed application |
| | | | | |
| | | | | |

notes

Job Search results verified by: _____    Date: _____

Additional Comments: _____

# INTENSIVE JOB SEARCH LOG

Name _Stephanie Ford_

Dates _6/7/04_ to _6/11/04_

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website postings, etc. Minimum of 5 job searches per week.

| Date | Job Title | Company/Contact Name | Telephone # / Fax # | Results |
|------|-----------|----------------------|---------------------|---------|
| 6/11/04 | Home Health Assistant | Christiana Care Hospital | (302) 428-5746 | Completed application |
| Notes: interview - 6/9/04 clerk position/christiana care Hospital/5C 5th floor. |
| 6/11/04 | Clerk | Christiana Care Hospital | (302) 428-5746 | completed application |
| Notes: |
| 6/11/04 | Consignment Assistant | Christiana Care Hospital | (302) 428-5746 | completed/completed app |
| Notes: |
| 6/11/04 | Service Assistant | Christiana Care Hospital | (302) 428-5746 | completed app |
| Notes: |
| 6/11/04 | Scheduler | Christiana Care Hospital | 302) 428-5746 | completed app |
| Notes: |
| 6/12/04 | Correctional Officer | The Employee Relations Center | (302) 739-5458 | completed application |
| Notes: |

Job Search results verified by: _Delaware Tech College_
Mrs. Cecelia
_(302) 830-5209_

Additional Comments: _Have appointment phlebotomy 4/5/04_
_Orientation Session at Delaware Tech_
_August 5, 2004_
_10:00 To 12:00_

Name: Stephanie York

Dates: 6/14/04 to 6/18/04

Week ____ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal print, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Company/Contact Name | Telephone # / Fax # | Results |
|------|-----------|---------------------|---------------------|---------|
| 6/15/04 | Medical Records Clerk | A.I. DuPont Hospital | (302) 651-400 | Completed Application |
| Notes | | | | |
| 6/15/04 | Laundry aide & Environmental Service | St. Francis Hospital | | Completed Application |
| Notes | | | | |
| 6/18/04 | Home Health Training Program | Christiana Care Hospital | (302) 428-5746 | Completed Application |
| Notes | | | | |
| 6/18/04 | Assistant Program | Christiana Care Hospital | (302) 428-5746 | Completed Application |
| Notes | | | | |
| 6/18/04 | Security Officer | Christiana Care Hospital | (302) 428-5746 | Completed Application |
| Notes | | | | |
| | | | | |
| Notes | | | | |

Job Search results verified by: _____    Date: _____

Additional Comments: _____

Job Search Log.Doc

nc _Stephanie Ford_

es _6/21/04_ to _6/25/04_

# INTENSIVE JOB SEARCH LOG

...e provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Company/Contact Name | Telephone # /Fax # | Results |
|---|---|---|---|---|
| 6/24/04 | Residency Program Assistant / | Christiana Care Hospital / | | Completed application |
| 6/24/04 | Collections Specialist Home Health / | Christiana Care Hospital / | | Completed application |
| 6/24/04 | Operations Support Specialist / | Delaware Psychiatric Center / | | Completed application |
| 6/25/04 | Home Health Assistant / | Christiana Care Hospital / | | Completed application |
| 6/25/04 | Exercise Technician / | Christiana Care Hospital / | | Completed application |
| | Received phone call - Mr. John Judy 428-5768 about Home Health Position 7/1/06 Christiana Care Hospital | | | |

Additional Comments:

Date:

search results verified by :

# INTENSIVE JOB SEARCH LOG

nc _Stephanie Ford_

es _6/28/04_ to _7/1/04_

ie provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone # /Fax # | Company/Contact Name | Results |
|------|-----------|--------------------|----------------------|---------|
| Interview – 7/2/04 | Clerk position/Christianacare Hospital cancelled center | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

earch results verified by : _____    Date: _____

Additional Comments: _____

ch-log.Doc

Name _Stephanie Ford_

Week ___ of 4

Dates _7/5/04_ to _7/9/04_

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Company/Contact Name | Telephone # /Fax # | Results |
|---|---|---|---|---|
| 1 7/3/04 | Clerk | Stratus Services Group | (802) 395-0400 | completed application |
| Notes | | | | |
| 2 7/7/04 | Security Officer | Bennett Security Service | Security Officer | completed application |
| Notes | | | | |
| 3 7/8/04 | Security Officer | Allied Security | Security Officer | completed application |
| Notes | | | | |
| 4 7/8/04 | Western Temp Service + Security Officer | | | |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |

b Search results verified by :

**Additional Comments:**                                          Date:

Search-Log.Doc

CERTIFICATE OF SERVICE

THE UNERSIGNED HEREBY CERTIFIES
THAT COPIES OF THE FOREGOING
WHERE CAUSED TO BE SERVED
THIS 13, DAY AUGUST 2007
UPON THE FOLLOWING IN THE
MANNER INDICATED:

U.S. CERTIFIED MAIL

MORGAN, LEWIS & BOCKIUS LLP

MORRIS JAMES LLP
DAVID H. WILLIAMS (#616)
JAME H. McMackIN, III (#4284)
THOMAS S. BLOOM
1701 MARKET STREET
PHILADELPHIA, PA 19103