IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD<br><br>PLAINTIFF<br><br>V.<br><br>CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON AND CLARA CLARK | CIVIL ACTION<br>NO. 06-301 (MPT)<br><br>JURY TRIAL |

PLAINTIFF'S CERTIFIED MAIL RECEIPT FOR PLAINTIFF'S RESPONSE TO SECOND MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE

FROM: Stephanie L. Ford
19 Albany Ave
New Castle, DE 19720

```
              MANOR BRANCH
            NEW CASTLE, Delaware
                 197209996
              3379300721 -0098
08/13/2007    (302)328-5893    12:40:49 PM

                Sales Receipt
Product         Sale  Unit          Final
Description     Qty   Price         Price

PHILADELPHIA PA 19103               $1.14
Zone-1 First-Class
Large Env
 2.40 oz.
 Return Rcpt (Green Card)           $2.15
 Certified                          $2.65
 Label #:       70070710000500191552
                                 ========
 Issue PVI:                         $5.94


Total:                              $5.94

Paid by:
Cash                                $6.00
Change Due:                        -$0.06

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202020912
Clerk: 09

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
       Thank you for your business.
*******************************************
*******************************************
           HELP US SERVE YOU BETTER

        Go to: http://gx.gallup.com/pos

          TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

             YOUR OPINION COUNTS
*******************************************
*******************************************

                 Customer Copy
```



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>MORGAN, LEWIS & BOCKIUS<br>MORRIS JAMES LLP<br>DAVID H. WILLIAMS,<br>JAMES H. McMACKIN III<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0005 0019 1552 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WHERE CAUSED TO BE SERVED THIS ___ DAY SEPTEMBER 2007 UPON THE FOLLOWING IN THE MANNER INDICATED:

U.S. CERIFIED MAIL

MORGAN, LEWIS & BOCKIUS LLP
MORRIS JAMES LLP
DAVID H. WILLIAMS (#616)
JAMES H. MCMACKIN, III (#4284)
THOMAS S. BLOOM
1701 MARKET STREET
PHILADEPHIA PA. 19103