IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated |
| v. | ) | Civil Action Nos. |
| | ) | 06-301-MPT, 06-458-MPT |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, | ) | |
| and CLARA CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Thomas S. Bloom, Esquire, on behalf of Defendants in the above-captioned matter.

Respectfully Submitted,

_____
David H. Williams (#616)
James H. McMackin, III (#4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19899
302.888.6900/5849
dwilliams@morrisjames.com
jmmackin@morrisjames.com

Michael J. Ossip (admitted *pro hac vice*)
Thomas S. Bloom (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5761

Dated: October 2, 2007        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHANIE LYNN FORD, | : |
|           Plaintiff, | : |
| v. | :   CONSOLIDATED<br>:   C.A. No. 06-301-MPT<br>:   C.A. No. 06-458-MPT |
| CHRISTIANA CARE HEALTH SYSTEMS, INC.,<br>RICHARD BURTON, and CLARA CLARK, | :<br>: |
|           Defendants. | : |

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 2, 2007, I electronically filed the attached **WITHDRAWAL OF APPEARANCE** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

    Stephanie Lynn Ford
    19 Albany Avenue
    New Castle, DE 19720

    _____
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III (#4284)
    jmcmackin@morrisjames.com
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849

                                      Michael J. Ossip (admitted *pro hac vice*)
                                      Thomas S. Bloom (admitted *pro hac vice*)
                                      MORGAN, LEWIS & BOCKIUS LLP
                                      1701 Market Street
                                      Philadelphia, PA  19103
                                      (215) 963-5761/5543

Dated:  October 2, 2007          Attorneys for Defendants