## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

| | | |
|---|---|---|
| STEPHANIE LYNN FORD | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-301 (JJF) |
| | ) | Civil Action No. 06-458 (JJF) |
| | ) | |
| V. | ) | Jury Trial Demand |
| | ) | |
| CHRISTIANA CARE HEALTH | ) | |
| SYSTEMS, RICHARD BURTON, and | ) | |
| CLARA CLARK, | ) | |
| | | |
| Defendants. | | |

Plaintiff's Response Thereto, March 18, 2008 **ORDER**, Defendants Motion to Consolidate Civil Action with Civil Action Nos. 06-301 and 06-458, and Assigned to the Honorable Mary Pat Thynge.

I the Plaintiff, am Requesting , For Judge Joseph J. Farnan. Jr., To Be Reassigned To Case Nos. 06-301 and 06-458, Effectively Immediately.

I the Plaintiff am Requesting Respectfully that  The Honorable Mary Pat Thynge To Be Removed From Presiding Over Civil Action Nos. 06-301 and 06-458.

I the Plaintiff am Requesting that Civil Actions Nos. 06-301 and 06-458 To Be Handle and Filed as Two Separate Cases.

1.  Plaintiff, Stephanie Lynn Ford resides at 19 Albany Ave. Newcastle, Delaware 19720.

2.  Defendants, Christiana Care Health Systems resides at, or its business is located at 200 Hygeia, Drive Newark, Delaware 19713.

3.  I the Plaintiff had been working at Christiana Care Health Systems for 17 years, from August 24, 1987 To October 27, 2003. On October 27,2003 I was in a accident by a Hit & Run driver, my injuries are Cervical Thoracic Lumbosacral Strain , S/P R sided Rib Trauma, Bilateral Hamstring Strain, R shoulder Arm and Forearm Strain, R Upper Quadrant Lump, right rib, surgery date not known at this time.

As a result, I the Plaintiff Stephanie Lynn Ford was wrongfully removed from Christiana Care Health Systems Payroll. Refused to be rehire for employment, wrongfully terminated Pension Benefits and Retiree Benefits, wrongfully terminated $75,000 Life Insurance Policy , terminated all Medical Benefits, and terminated and Denied Long

Term Disability Benefits.

4. I the Plaintiff Stephanie Lynn Ford am requesting that Judge Joseph J. Farnan Jr. to be reassigned to these cases,
 I seeking justice in all theses cases, I have been Discriminated against in its Highest Form, and I Demand A Jury Trial.

5. I the Plaintiff Stephanie Lynn Ford am requesting Respectfully that the Honorable Mary Pat Thynge to be removed from presiding over civil action 06-301 and 06-458 and all the other pending cases effective immediately. I honest believe that the Honorable Mary Pat Thynge is qualified, capable, and able to bring all cases to a resolution, However, The Honorable Mary Pat Thynge has continuously in prior motions allowed Misconduct from counsel, which is unethical. I the plaintiff Stephanie Lynn Ford am requesting that Judge Joseph J. Farnan Jr. to reconsider and accept the cases 06-301 and 06-458 and all the other pending cases, For the listed following reasons.

Reason # 1
On the December 13, 2006, Plaintiff's Motion to Compel Against The Defendants For Failure To Produce Documents, The Attorney Ms. Kendra L. Baisinger , Morgan, Lewis & Bockius LLP, 1701 Market Street Philadelphia , PA. 19103-2921. Representing Christiana Care Health Systems, Richard Burton, and Clara Clark failed to produce all of the necessary documents pertaining to the Plaintiff's Pension and Retiree Benefits. I the Plaintiff have only received 1 piece of paper pertaining to the Pension Information. Please see attached DO197 page 15 of the March 9, 2007 motion. Plaintiff's Response To Defendants Summary Judgment With Attached Medical Records.

Reason # 2
On the December 13, 2006, Plaintiff's Motion to Compel Against The Defendants For Failure To Produce Documents, In Document # 4 I the Plaintiff asked the defendants to Please produce all information pertaining to my Life Insurance Policy. The defendants refuse to forward me the information pertaining to the plaintiff's Life Insurance Policy . I have also enclosed the misprinted Beneficiary Designation Life Insurance / Personal Accident Insurance Form, which I received from Morris, James, Hitchen & Williams / Morgan , Lewis & Bockius LLP. / Kendra L. Baisinger. I have also filed a motion to compel against Unum Life Insurance Company Of America for failing to produce the Life Insurance Policy along with three other documents, which I requested from Unum back in May 16,2006 at 8:33am. I the plaintiff asked this Honorable Court to apply the Law for their action in failing to produce the documents that I have requested. The defendants only sent me 2 sheets of paper, bates labeled D0011 Beneficiary Designation Life Insurance / Personal Accident Insurance, with the Plaintiff's name spelled incorrectly and page 2 bates labeled D0012 Beneficiary Designation form, there is only one check mark on the paper. I have enclosed a copy for the Court Records. I asked this Honorable Court to apply the Law to the defendants actions. Please see pages 16 and 17 of the Plaintiff's Motion To Compel Against The Defendants For Failure To Produce Documents.

Reason # 3

On December 13, 2006, I the Plaintiff Stephanie Lynn Ford had met with attorney Ms. Kendra L. Baisinger at her office for an deposition. Ms. Baisinger failed to allow me to review or sign the deposition , when it became available. And there were numerous segments removed from the deposition. On December 20, 2006 Ms Baisinger forward me the Wilcox & Fetzer LTD Professional Court Reporters forms for me to make any changes and or corrections. How can I the Plaintiff make any changes or corrections to the deposition? When the attorneys failed to allow me to review or sign the deposition. Please see pages 3 and 4 of the Plaintiff's Response To Defendants Summary Judgment With Attached Medical Records Dated March 9, 2007.

Reason # 4

On February 13, 2007 Attorney, Mr. David H. Williams, Morris James LLP. 500 Delaware Avenue Suite 1500 P.O. Box 2306 Wilmington, Delaware 19899/ Representing Defendants, Christiana Care Health Systems, Richard Burton and Clara Clark, Use the same deposition in his summary judgment dated February 13, 2007, With out the Plaintiff reviewing or signing the deposition. For someone , to take out segments of the deposition, I the Plaintiff find this to be disturbing, unethical and illegal.


I the Plaintiff Stephanie Lynn Ford am requesting that Judge Joseph J. Farnan Jr. to Preside over Civil Action Nos. 06-301 and 06-458 and all the other pending cases effective immediately.

I the Plaintiff Stephanie Lynn Ford am requesting that Civil Action Nos. 06-301 and 06-458 to be Handle and Filed Separate, these charges have been committed separately, and I prefer that they be prosecuted separately. I the Plaintiff demand a jury trial to seek justice.

I the Plaintiff can be reached at (302) 658-6740 to discuss this matter further.


Sincerely,

*Stephanie Ford 3/28/08*

CC:  Honorable Mary Pat Thynge
     Mr. James H. McMackin III
     Mr. David H. Williams
     PF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**ORIGINAL**

STEPHANIE LYNN FORD,        )
                            )
            Plaintiff,      )        CIVIL ACTION NO. 06-301(***)
                            )
                            )        JURY TRIAL
        V.                  )
                            )
                            )
CHRISTIANA CARE HEALTH      )
SYSTEMS, RICHARD BURTON,AND )
CLARA CLARK                 )
                            )
            Defendants.     )

Plaintiffs' Interrogatory Motion Against The Defendants, Christiana Care Health Systems, Richard Burton , and Clara Clark.

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720

2. Defendants, Christiana Care Health Systems, Richard Burton, and Clara Clark, / ATTORNEYS FOR

THE DEFENDANTS, David H. Williams (#616) , James H. McMackin  (#4284), MORRIS JAMES LLP. ,

500 Delaware Avenue , Suite 1500 P.O. Box 2306 Wilmington, Delaware 19899, MICHAEL J. OSSIP,

THOMAS S. BLOOM,  MORGAN, LEWIS & BOCKIUS LLP., 1701 Market Street Philadelphia, PA.

19103.

INTERROGATORIES:

3. I the Plaintiff, Stephanie Lynn Ford have filed 2 Motion To Compel to obtain these documents from the
defendants.

4. Why was the Plaintiff's employment terminated at Christiana Care Health Systems?

5. Why did Mrs. Sharon PeitLock and Mrs. Edith Green-Crews terminate the plaintiff's employment?

6. Why are the Annual Pension Payments are not being paid to the Plaintiff's Pension Fund? Please attach

the reason, the payments were stop being made to the Pension Fund to answer this interrogatory.

7. Who is the person or persons that terminated the plaintiff's Pension Fund? Please forward the names and

dates, and attached a copy of the original Pension Fund to answer this interrogatory.

8. For what reason, was the plaintiff's Annual Pension Payments Terminated?



14 TOTAL pages

9. Why was the plaintiff's Medical Benefits Terminated? Please forward a copy of the original copy to the plaintiff to answer this interrogatory.

10. Who is responsible for terminating the plaintiff's Medical Benefits? Please forward a copy of the original copy to the plaintiff to answer this interrogatory.

11. Why was the plaintiff's $75,000 Life Insurance Policy cancelled? Please forward a copy of the original copy to the plaintiff to answer this interrogatory.

12. Who cancelled the plaintiff's $ 75,000 Life Insurance Policy ? Please forward me a copy of the original copy of the names and date the policy was cancelled.

13. What cause the defendants to cancel the Life Insurance Policy? Please forward me a copy of the original copy that the defendants based there decision upon.

14. Who is the person or persons that filed the subpoena to obtain the $ 75,000 life Insurance policy, from Unum Life Insurance Company Of America ? Please forward me a copy of the original subpoena and the court it was filed in.

15. Why was the Plaintiff's Long-Term Disability Insurance Terminated? Please forward me a copy of the long-term disability original copy to answer the interrogatory.

16. Who is person or persons that terminated the plaintff's Long-Term Disability Insurance? Please forward me the names and dates the Insurance Policy was terminated . Please send me a copy of the original copy to answer this interrogatory.

17. Why was the Plaintiff's Retiree Benefits terminated ? Please attach a copy of the original copies Retiree termination form to answer this interrogatory.

18. Who were the person or persons that terminated the Plaintiff's Retiree Benefits? Please provide the names and dates the Retiree Benefits were terminated.  Please forward me a copy of the original copy to answer this interrogatory.

19. Why was the Plaintiff's not rehired in a position at the Christiana Care? Please forward me a copy of the original copy as to why the Plaintiff did not get rehired in a position.

20. Why did Mr. Richard Burton refuse to rehire the Plaintiff in a position at the Christiana Care Health Systems?  Please provide a copy of the original copy of his conclusion to not rehire the Plaintiff to answer this interrogatory.

2

21. Why was the Plaintiff's Personal Accident Insurance Terminated? Please forward a copy of the original copy , the reason the personal accident was terminated.

22. Who are the person or persons that terminated the Personal Accident Insurance? Please provide the names and date the Personal Accident Insurance was Terminated, by forwarding me a copy of the original copy to answer this interrogatory.

23. Why was the Plaintiff's Dental Insurance Terminated? Please forward me copy of the original copy, the reason the Dental Insurance was Terminated.

24. Who are the person or persons that terminated the Plaintiff's Dental Insurance Benefits? Please forward me copy of the original copy the reason the Dental Insurance Benefits were terminated.

25. Why didn't the Plaintiff get rehired in any of the 29 jobs , from May 21, 2004 To July 2, 2004? Please show cause why the Plaintiff did not get rehired during these dates.

26. Who are person or persons that refuse to rehire the Plaintiff during May 21, 2004 To July 2, 2004? Please show cause why the Plaintiff was not rehired at Christiana Care, by forwarding me a copy of the original copy decision to answer this interrogatory.

I the Plaintiff Stephanie Lynn Ford have attached the 29 jobs Intensive Job Search Log Sheets, Employee Termination Form D0195 and the Pension Information D0197.

Please note that the Termination Form D0195 and the Pension Information D0197 were sent to me by Mrs. Kendra L. Baisinger, Esq. Morgan, Lewis & Bockius LLP. 1701 Market Street , Philadelphia, PA 19103.


I the Plaintiff, Stephanie Lynn Ford ask this Honorable Court to Grant the Plaintiff's Complaint.


Sincerely,

*Stephanie L. Ford 3/13/07*

Stephanie L. Ford  3-13-07



Paul, Elaine                                                            1987

| | |
|---|---|
| **From:** | FWZBXQ0@christianacare.org |
| **Sent:** | Friday, April 23, 2004 2:06 PM |
| **To:** | FormHRCCHSHRPemp@christianacare.org |
| **Cc:** | FWZBXQ0@christianacare.org; vfleiner@christianacare.org |
| **Subject:** | FORD, STEPHANIE - TERMINATION FORM |

The following information was submitted from an INet Form called
TERMINATION FORM by Green-Crews, Edith.


```
Employment Assignment:     - FormHRCCHSHRPemp@christianacare.org
*Employee Name:            - FORD, STEPHANIE
*Employee SSN#:            - 222565931
*Cost Center:              - 26541
*Last Day Worked:          - 10/27/03
*Term Effective Date:      - 04/13/04
*Eligible for Unused PTO Hrs: - Yes
*Would You ReEmploy:       - Yes
Voluntary Reason Code:     - 100 Unable to Return from Medcial LOA
Involuntary Reason Code:   - None
Comments:                  - EMPLOYEE HAS EXHAUSTED HER 24 WK LEAVE P
                             ERIOD.


*Approval:                 - PEITLOCK, SHARON
Date Completed:            - 4/23/2004
Completed By:              - Green-Crews, Edith
-------------------------------------------------------------
```

Date Sent: 4/23/04
Time Sent: 2:06:05 PM

D0195

1

## PENSION INFORMATION

DATE NOVEMBER 14, 2006

NAME OF PENSIONER:  STEPHANIE FORD

SOCIAL SECURITY NO:  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

DATE OF BIRTH: 02/16/1962  POSITION: CLERK III

DEPARTMENT/DIVISION:  X-RAY – WILMINGTON

EMPLOYMENT DATE:    08/24/1987

SEVERANCE FROM SERVICE DATE:    04/13/2004

RETIREMENT DATE:    03/01/2027

TYPE OF RETIREMENT:    TERMINATED VESTED

DATE PAYMENTS COMMENCE:    03/01/2027

PARTICIPATION DATE:    
        07 MOS 24 DAYS PT
CREDITED SERVICE:    15 YRS 11 MOS 25 DAYS PT (.16267)

FINAL AVERAGE EARNINGS (Monthly)    $2127.14

SETTLEMENT OPTION:    

ANNUAL AMOUNT:    $4671.24

MONTHLY INCOME:    $389.27

AGE AT TERMINATION:  42 YRS 01 MOS 27 DAYS

NRD:  03/01/2027



D0197

## INTENSIVE JOB SEARCH LOG

Week _____

write & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax tran- mittal
by of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

Stephanie Fry
5/18/04 to 5/21/04

| Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|
| 04 Team Coordinator / Job recruiter | (302) Mrs. Burton 428-5746 | Christiana Care Hospital | Completed application |
| 04 Unit Clerk VI / | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 04 Patient Care Technician / | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 Patient Registration Rep. / | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 04 Lab Receiving Clerk / | (302) 328-5746 | Christiana Care Hospital | Completed application |

Results verified by: _____

Additional Comments:

Date: _____

Jhte

Name: _Stephanie Ford_

Dates _5/24/04_ to _5/28/04_

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax trans: mittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 5/28/04 | Clerk | (302) 428-5744 | Christiana Care Hospital / Mrs. Burton | Completed application |
| 5/28/04 | Job Recruiter/ Mr. Rick Burton | | | |
| 5/28/04 | Unit Clerk | (302) 428-5744 | Christiana Care Hospital / Mr. Burton | Completed application |
| 5/28/04 | Clerk | (302) 428-5744 | Christiana Care Hospital / Mr. Burton | Completed application |
| 5/28/04 | Duplicator Operator | (302) 428-5744 | Christiana Care Hospital / Mr. Burton | Completed application |
| 5/28/04 | Health Records Clerk | (302) 428-5744 | Christiana Care Hospital / Mr. Burton | Completed application |

Notes

Notes

Notes

Notes

Notes

Notes

Job Search results verified by :

Additional Comments:

Date:

Job Search log Doc

# INTENSIVE JOB SEARCH LOG

Week _____

Name: Stephanie Frink

Dates: 5/31/04 to 6/4/04

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 6/4/04 | OR Tech | (302) 428-5744 | Christiana Care Hospital/Burton | Completed application |
| Notes | | | | |
| 6/4/04 | Admin. Asst. III | (302) 428-5744 | Christiana Care Hospital/Burton | Completed application |
| Notes | | | | |
| 6/4/04 | Clerk II (302) 428-5744 | Christiana Care Hospital/Burton | Completed application | |
| Notes | | | | |
| 6/4/04 | Clerk III (302) 428-5744 | Christiana Care Hospital/Burton | Completed application | |
| Notes | | | | |
| 6/4/04 | Career Development (302) 428-5744 | Christiana Care Hospital/Burton | Completed application | |
| Notes | | | | |
| 6. ⑧ | | | | |
| Notes | | | | |

Job Search results verified by : _____     Date: _____

Additional Comments:

**Name** _Stephanie Ford_

**Dates** _6/7/04_ to _6/11/04_

# INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be the fax transmittal form, copy of newspaper ad, e-mail address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 1. 6/11/04 | Home Health Assistant | (302) 428-5746 | Christiana Care Hospitle | completed application |
| **Notes** | | | | |
| 2. 6/11/04 | Clerk - | (302) 428-5746 | Christiana Care Hospitle - | completed application |
| **Notes** | | | | |
| 3. 6/11/04 | Consignment Assistant - | (302) 428-5746 - | Christiana Care/Hospital/Completed application | completed application |
| **Notes** | | | | |
| 4. 6/11/04 | Service Assistant - | (302) 428-5746 - | Christiana Care Hospital/ Completed copy | |
| **Notes** | | | | |
| 5. 6/11/04 | Scheduler | - (302) 428-5746 - | Christiana Care Hospital/Completed copy | |
| **Notes** | | | | |
| 6. 6/12/04 | Correctional Officer | (302) 739-5458 | The Employer Relations Center | completed application |
| **Notes** | | | | |

**Job Search results verified by :**

Call Delaware Tech/College
Job.Search to the Mrs. Crupla
(302) 830-5209

**Additional Comments:** Have appointed rehabilitation 6/15/04 orientation Session at Delaware Tec August 5, 2004

**Date:** 10:00 To 12:00

# INTENSIVE JOB SEARCH LOG

Name: _Stephanie____ (ink)

Dates _6/14/04_ to _6/18/04_

Week ___ of 4

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 1 6/15/04 | Medical Records Clerk | (302) 651-4000 | A.I. Dupont Hospital | Completed Applica |
| Notes | | | | |
| 2 6/15/04 | Laundry Work/ Environmental Services | | St. Francis Hospital | Completed Applica |
| Notes | | | | |
| 3 6/18/04 | Home Health Aide/ training Program | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| Notes | | | | |
| 4 6/18/04 | Assistant Program | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| Notes | | | | |
| 5 6/18/04 | Security Officer | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| Notes | | | | |
| 6 | | | | |
| Notes | | | | |

(10)

Job Search results verified by : _____

Additional Comments: _____  Date: _____

Job Search Log.doc

Name: _____

Dates: 6/21/04 to 6/25/04

# INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be the fax from initial application, copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 6/24/04 | Residency Program Assistant | | Christiana Care Hospital | Completed application |
| 6/24/04 | Collections Specialist | | Christiana Care Hospital | Completed application |
| 6/24/04 | Home Health Specialist | | Christiana Care Hospital | Completed application |
| 6/25/04 | Operations Support Specialist | | Delaware Psychiatric Center | Completed application |
| 6/25/04 | Home Health Assistant / Christiana Care | | Christiana Care Hospital | Completed application |
| 6/25/04 | Electrical Technician / Christiana Care Hospital | | Christiana Care Hospital | Completed application |

followed phone call - Mrs. John Smith 428-5768 about Home health position 7/1/04 Christiana Healthcare

Additional Comments:

Research results verified by: _____   Date: _____

⑪

# INTENSIVE JOB SEARCH LOG

To provide & submit proof of your Job search efforts to your Case Manager weekly. Acceptable documentation will be fax from: official copy of newspaper ad, email address of job listing, copy of website posting, etc.  Minimum of 5 job searches per week.

| Date | Job Title | Telephone #//Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| Interview – 7/2/04 | Clerk positions | Christiana Care Hospital | Careers Children | |

yes  6/28/04  to  7/1/04

**Additional Comments:**

Search results verified by: _____    Date: _____



Name _Stephanie Ford_

Dates _7/5/04_ to _7/9/04_

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| | Date | Job Title | Telephone # /Fax # | Company/Contact Name | Results |
|---|---|---|---|---|---|
| 1 | 7/7/04 | Clerk | (302) 395-0400 | Stephen Services Group | Completed application |
| | Notes | | | | |
| 2 | 7/7/04 | Security Officer | | Bennett Security Service | Completed application |
| | Notes | | | | |
| 3 | 7/8/04 | Security Officer | | Allied Security | Completed application |
| | Notes | | | | |
| 4 | 7/8/04 | Westley Group Service + Security Officer | | | |
| | Notes | | | | |
| 5 | | | | | |
| | Notes | | | | |
| 6 | | | | | |
| | Notes | | | | |

Job Search results verified by : _____

Additional Comments:

Date: _____

Search-Log.Doc

⑬

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

13, MARCH 2007 UPON THE

FOLLOWING IN THE MANNER INDICATED:

U.S. Certified Mail

MORGAN, LEWIS & BOCKIUS LLP
/James H. McMackin.III
1701 MARKET STREET
PHILADELPHIA , PA 19103-2921,

David H. Williams
Morris James LLP,
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899

*14*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD, )
)
        Plaintiff, )
)
)    CIVIL ACTION NO. 06-301 (***)
)
    V. )    JURY TRIAL
)
)
CHRISTIANA CARE HEALTH )
SYSTEMS, RICHARD BURTON, and )
CLARA CLARK, )
)
      Defendants, )

PLAINTIFF'S RESPONSE TO DEFENDANTS' SUMMARY JUDGMENT WITH ATTACHED
MEDICAL RECORDS.

PLAINTIFFS' ANSWER TO DEFENDANT'S SUMMARY JUDGMENT.

I the Plaintiff, STEPHANIE LYNN FORD AM RESPONDING TO THE DEFENDANT'S

SUMMARY JUDGMENT, I HAVE ATTACHED ALL THE NECESSARY MEDICAL RECORDS.

STEPHANIE LYNN FORD

*Stephanie L. Ford*   3/9/07

19 ALBANY AVE.

NEWCASTLE, DELAWARE 19720

①

49 TOTAL pages

PLAINTIFF'S SUMMARY JUDGMENT QUESTIONS TO MR. DAVID WILLIAMS, PLEASE

RESPOND TO THESE QUESTIONS AS SOON AS POSSIBLE.

1. Why are you intentionally withholding the documents, I have requested from you on numerous

occasions.

2. Mr. David Williams, How are you able to use the deposition in your summary judgment dated February

13, 2007 , that I have given to Mrs. Kendra L. Baisinger, Esq. On December 13, 2006 , without me even

reviewing the deposition or signing the deposition. Because, there are numerous answers to the questions,

Mrs. Baisinger asked me that I responded to , that are not mention in the deposition that you forward me, so

I consider this deposition dated February 13, 2007 pages A-24 To A-37 inaccurate and illegal. I am

forwarding you a copy and a copy for the courts records from WILCOX & FETZER LTD'S  paperwork

that I have received from Kristina Flynn dated 12-20-06. The transcriber specifically inform me that they

would be contacting me within 30 days, to come back in there office and review and sign the deposition.

Instead, I received the letter from Kristina Flynn along with the ERRATA SHEET.

3. How, am I able to make any changes or corrections to the deposition that I have not seen.

4 Mr. David Williams , please address these issues.

Stephanie L. Ford

Civil Action No. 06-301 (***)

JURY TRİAL

3-9-07



**WILCOX & FETZER LTD.**

Registered Professional Reporters

**MAILED/DELIVERED:** _10-20-06_

**FROM:**  **WILCOX & FETZER, LTD.**
**Professional Court Reporters**
**1330 King Street**
**Wilmington, DE 19801**
**(302) 655-0477/Fax (302) 655-0497**

**CASE CAPTION:** _Ford V Christiana Care Health_

**DEPOSITION TRANSCRIPT OF:** _Stephanie Lynn Ford_

Enclosed is your copy of the deposition identified above, taken on _December 13, 2001_ . Changes or corrections and the reasons therefor must be noted on the attached Errata Sheet, not on the transcript itself. Rule 30 (e) governing this procedure is noted below. As the rule provides, the deposition may be filed as transcribed if it has not been signed within thirty days.

Please return the completed Errata Sheet, signed by the deponent, to our office for insertion into the original and for filing with the court, if required. We will send a photocopy of the signed Errata Sheet to all counsel.

Sincerely,

Kristina Flynn

Kristina Flynn
Production Manager

**RULE 30 (e)**

**If requested by the deponent or party before completion of the deposition, the deponent shall have 30 days after being notified by the officer that the transcript or recording is available in which to review the transcript or recording and, if there are changes in form or substance, to sign a statement reciting such changes and the reasons given by the deponent for making them. The officer shall indicated in the certificate prescribed by subdivision (f)(1) whether any review was requested and, if so, shall append any changes made by the deponent during the period allowed.**



ATTACH TO DEPOSITION OF: _Stephanie Lynn Ford_

DATE TAKEN: _November 13, 2006_

IN THE MATTER OF: _Ford V Christiana Care Health_

## ERRATA SHEET

**INSTRUCTIONS:** After reading the transcript of your deposition, please note any change or correction and the reason therefor on this sheet. **Do not make any marks or notations on the transcript itself.** Rule 30(e) governing this procedure is enclosed. Please sign and date this errata sheet and return it to our office at the address indicated below. Thank you.

| PAGE | LINE | CHANGE OR CORRECTION AND REASON |
|------|------|--------------------------------|
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |
|      |      |                                |

I have read the foregoing transcript of my deposition and, except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

DATED: _____     _____
                                (Signature of Deponent)

RETURN TO: WILCOX AND FETZER, LTD.
           1330 King Street
           Wilmington, DE 19801



## I. STATEMENT OF THE NATURE AND STAGE OF PROCEEDINGS

This case against the Defendants Christiana Care Health Systems, Richard Burton, and Clara Clark Involves a claims for violation of Civil Rights Act Of 1991 Title I , violation of Title V of The Americans with Disabilities Act (ADA) , Title VII of The Civil Rights Act of 1994 , Race Discrimination , Employment Discrimination , violation of The Family Medical Leave Act of 1993 , (FMLA) , violation of The ERISA Act , 29 U.S.C. 1132 , wrongful termination of Plaintiff's Pension Benefits, wrongful termination of Plaintiff's Medical Retiree Pension Benefits, wrongful termination of Plaintiff's $75,000 Life Insurance Policy , wrongful termination of Plaintiff's Health Insurance Benefits.

## II. SUMMARY OF ARGUMENT

The court should grant plaintiff's motion for summary judgment because the claims being raised against Christiana Care Health Systems, Richard Burton, and Clara Clark is actionable. I the plaintiff, Stephanie Lynn Ford had been working at Christiana Care Health Systems the pass 17 years from August 24, 1987 to October 28, 2003, I was involved in a Hit& Run automobile accident on October 28, 2003, my *injuries* are CERVICAL THORACIC LUMBOSACRAL STRAIN, S/P R SIDED RIB TRAUMA , BILATERAL HAMSTRING STRAIN, R SHOULDER ARM AND FOREARM STRAIN, NECK AND BACK PAIN , On April 12, 2004 , I the Plaintiff, Stephanie Lynn Ford were released by Dr. Ross Ufberg to return to work at Christiana Care Health Systems. On April 13, 2004 I the Plaintiff was cleared for work by the Christiana Care Health Systems Employee Health Nurse and were assigned a job recruiter (defendant Richard Burton ) by the Human Resources Department for a job placement. The assigned job recruiter Richard Burton setup an appointment with me for April 16, 2004 , at 2:00 pm. The defendant Richard Burton instructed me to apply on-line via the internet for employment and that my old position in the Radiology Department has been filled. On April 20, 2004 , the Defendant Unum Life Insurance Company Of America in another Civil Action Lawsuit No. 05-118 (KAJ) denied plaintiffs' request for Long Term Disability Benefits. On April 23, 2004, I the plaintiff Stephanie Lynn Ford called the defendant via- telephone Richard Burton in reference to a job placement and he directly told me quote " FIND OTHER EMPLOYMENT AT



ANOTHER CORPORATION " end quote. I the Plaintiff Stephanie Lynn Ford called the defendant Richard

Burton on April 27, 2004 at 9:30 am . No return phone call or response, on April 30, 2004 , no return

phone call or response from the defendant Richard Burton. I the Plaintiff, Stephanie Lynn Ford have

applied for 29 jobs at the Christiana Care Health Systems from April 12, 2004 to July 2, 2004, Please see

attached Intensive Job Search Log Sheets. I the Plaintiff, Stephanie Lynn Ford appealed the Denial Letter

from the Defendant Unum Life Insurance Company Of America for Long Term Disability Benefits on April

24, 2004. Defendant, Richard Burton / Professional Job Recruiter / resides at , or its business is located at

200 Hygeia Drive Newark, Delaware 19713 Human Resources Department . Defendant, Unum Life

Insurance Company Of America / Steven & Lee / Mr. Walter P. McEvilly Jr. resides at , or its business is

located at 1105 North Market Street 7th Floor , Wilmington , Delaware 19801. On May 28, 2004 , I the

plaintiff , Stephanie Lynn Ford applied for the position in the Medical Records Department as a Clerk 03

position,___ I THE PLAINTIFF WANT TO INFORM THE COURT THAT I HAD PREVIOUS

WORKED IN THIS SAME POSITION PRIOR FOR 9 YEARS AND WAS REFUSED THIS POSITION

BY THE DEFENDANT MRS. CLARA CLARK . Defendant, Clara Clark / Medical Records Supervisor /

resides at , or its business is located at 200 Hygeia Drive Newark , Delaware 19713. I the Plaintiff called

the Defendant Clara Clark via-telephone and explain my situation to her about the automobile accident, and

that I needed a job and wanted to work, Consequently, she refused me the position. On June 28, 2004 , The

Defendant, Unum Life Insurance Company Of America sent another letter of Denial for Long Term

Disability Benefits



There are many reasons why the Court should grant the Plaintiff, Stephanie Lynn Ford's summary judgment against the defendants Christiana Care Health Systems, Richard Burton and Clara Clark. For one, the defendants refused to rehire the plaintiff after returning to work from sick leave (FMLA). The defendant Richard Burton refused to place the plaintiff in a job position equal to my last pay grade worked or any other open position that were available. Which there were open positions, I the plaintiff, Stephanie Lynn Ford have applied for 29 jobs during this time at Christiana Care Health Systems, and was told by Richard Burton and other job recruiters that I did not qualify for any of the jobs that I applied for, which I find to be unheard of, because I had already worked in the Medical Records Department for 9 years as a perm file clerk, and this very same job was available on April 12, 2004 in fact, I the plaintiff applied for this particular job on May 28, 2004 Please see Health Records Clerk position on the intensive job search log, and the defendants Clara Clark and Richard Burton refuse to rehire me in this position as well. I the plaintiff have worked for the defendant Clara Clark for 9 years in the Medical Records Department. I worked with the defendant Clara Clark from year 1994 to year 2002, and then working about six months in the Radiology Department as a clerk, plaintiff's supervisors were Mrs. Sharon PeitLock and Mrs. Edith Green-Crews. Secondly, the court should grant plaintiff's summary judgment because the defendants wrongfully terminated the plaintiff's pension benefits and retiree medical benefits.

Although, Sharon Peitlock and Edith Green-Crews are not defendants on this motion, however, I the plaintiff Stephanie Lynn Ford am asking this Honorable Court if I am able to file new additional charges against Sharon Peitlock and Edith Green-Crews for illegally terminating the plaintiff's pension benefits and retiree medical benefits. And if so, I the plaintiff would like to file the new charges, Please respond on this matter as soon as possible respectfully. On April 16, 2004 I the plaintiff met with Richard Burton in person at 2:00 pm, The defendant Richard Burton instructed me to apply on-line for employment and that my old position in the Radiology Department has been filled. And I the plaintiff on numerous occasion have tried calling Sharon Peitlock and Edith Green-Crews via-telephone, left phone messages on there voice mail and neither one of them would return my phone calls. What, I the plaintiff don't understand and having a very hard time emotionally and psychologically dealing with is the fact that Sharon Peitlock and Edith Green-Crews both were informed that I the plaintiff Stephanie Lynn Ford was returning to work on the April 12, 2004, and for them to terminated the pension benefits on April 13, 2004 is just pure race discrimination, at its highest form, because if Richard Burton were doing his job properly, if he's aware and able to inform me of my old job has been filled ,than some point or another he has spoken with Sharon Peitlock and Edith Green-Crews and Clara Clark, they terminated the pension benefits on April 13, 2004 and I the plaintiff met with Richard Burton face to face on April 16, 2004 at 2:00 pm for employment and he



new then what they were doing and why he could not give me a job. I have attached the pension forms  D0197 and D0195

that I have receive from Kendra L. Baisinger , Esq.  Morgan , Lewis & Bockus LLP , 1701 Market Street , Philadelphia,

PA 19103.  Another reason the court should grant the plaintiff's summary judgment is because the defendant Richard

Burton intentionally refused to rehire the plaintiff for employment , wrongfully terminated the plaintiff's $ 75,000 Life

Insurance Policy , wrongfully terminated the plaintiff's medical benefits, dental benefits, long-term disability benefits, and

personal accident insurance.  The defendant Richard Burton refuse to rehire the plaintiff on April 16, 2004,  when I met

with him face to face , when in fact legally all of the benefits that I the plaintiff had purchase through the employer

Christiana Care Health Systems does not expire until the end of every month.  Why wasn't I the plaintiff able to be rehired

at Christiana Care Health Systems before any of the benefits expire, because they were paid up to the end of the month.  A

third reason, the court should grant the plaintiff's summary judgment is because Clara Clark, Sharon Peitlock, Edith

Green-Crews and Richard Burton all have worked against me to not to be working at Christiana Care Health Systems, they

have went as far saying to other employees that I the Plaintiff have a body odor , and this was told to me by other

employees that Clara Clark was the one telling this to other employees around the hospital, however, Clara Clark failed to

inform them that Stephanie Lynn Ford had an emergency hysterectomy due to an excessive bleeding (menstrual cycle can

last for as long as 1 to 12 days ) while working in the Medical Records under Clara Clark supervision in the year of 1999,

she also failed to inform the employees that I didn't receive a get well card until I return back to work in the Medical

Records department.  This was major surgery and for Clara Clark or any other employee to speak negative about me or my

personal hygiene is very very sad, I the plaintiff have never disrespected my co-workers in no way shape or form, I was

never raised this way , I am from well respected parents here in this city , and was always taught that if you can't say

something nice about someone, don't say anything at all about a person, because you don't know what a person is going

through. It is a

Disgrace for anyone to lose there pension and lively hood , because of Clara Clark, Richard Burton , Sharon Peitlock and

Edith Green-Crews discriminatory actions.



III. STATEMENT OF FACTS

Plaintiff's complaint involves a claim for violation of Civil Rights Act Of 1991 Title I , Violation of Title V of The Americans with Disabilities Act (ADA), Title VII of The Civil Rights Act of 1994 , Race Discrimination, Employment Discrimination, Violation of The Family Medical Leave Act of 1993 (FMLA) Violation of The ERISA Act, 29 U.S.C. 1132, Wrongful Termination of Plaintiff's Pension Benefits, Wrongful Termination of Plaintiff's $ 75,000 Life Insurance Policy , Wrongful Termination of Plaintiff's Health Insurance Benefits. I the Plaintiff have been working at Christiana Care Health Systems for the pass 17 years , from August 1987 to October 27, 2003 . The last position I worked was a Radiology Clerk 03 under the supervision of Sharon Peitlock and Edith Green-Crews -- from 8:00 am to 4:00 pm . Monday thru Friday and a 2nd job at St. Francis Hospital as a housekeeper from 6:00 pm. To 11:00 pm, Monday , Wednesday , Friday and every other Saturday and Sunday. Plaintiff's primary duties as a radiology clerk is to maintain the flow of patients x-ray films , cat scans , and process mammography films, answer telephone request from other facilities, from patients, and doctors offices. Prepare patients x-ray films for pick-up and to be sent to other hospitals and doctors offices. File x-ray films and cat scan films . Plaintiff had been working in the Radiology department clerk position for less than a year, previously she worked as a medical records clerk for 9 years of the 17 years.

The Radiology department was short handed when the plaintiff began working in the department. Plaintiff 's normal work day, at 8:00 am to 4:00 pm. Plaintiff covers the x-ray film dark room on the 2nd floor of the radiology department, in the dark room plaintiff process patients mammogram films and chest x-ray films , until 11:30 , lunch from 11:30 to 12:00 pm, After lunch, plaintiff reports to the 1st floor x-ray file area, there the plaintiff answer the phone from patients and doctors offices, remove films from the wet room area and place them in the appropriate film jacket and send the films to the basement. At around 2:00 in the afternoon , plaintiff is to report to the basement, there she is to refile all of the x-ray films that were from the 1st and 2nd floor, along with answering the telephone requests from other hospitals, patients and doctors offices.

At 6:00 pm, Plaintiff reports to her part time 2nd job at St. Francis Hospital as a housekeeper from 6:00pm. To 11:00pm.Monday, Wednesday , Friday and every Saturday and Sunday . Plaintiff's primary



duties were to clean patients rooms for a clean environment, such as making the patients beds, cleaning the restrooms, and mopping the floors, assisting the nurses technicians as needed.

On October 27, 2003, I the plaintiff Stephanie Lynn Ford was in a hit and run automobile accident suffering back and neck pain , right rib pain.  There was a witness to the accident and she called the licensed plate number into the Delaware State Police, accident causing $14,00 damages to the plaintiff's pick-up truck. Plaintiff began to experience back neck pain, right rib pain. Plaintiff went St. Francis Hospital emergency room for treatment, plaintiff was x-rayed and given medication for pain.  Plaintiff was released with a referral to family doctor.  As time went on, the pain in my rib area had become so severe, plaintiff could barely walk upright.  On October 30, 2003, Plaintiff was seen by Dr. Ross Ufberg M.D. and he concluded that the plaintiff suffered from a strain to her cervical, thoracic and lumbosacral spine, rib trauma, hamstring strain, and arm shoulder and forearm strain.  Plaintiff received treatment from the Wilmington Pain & Rehabilitation Center, out patient therapy, medications, motrin 600mg, flexural 5mg Tylenol 500mg. Plaintiff was under the doctors care from October 30, 2004 to April 13, 2004 from Christiana Care Health Systems and St. Francis Hospital.

<br>

THE PLAN

There are many critical issues in this case with Christiana Care Health Systems, Richard Burton and Clara Clark, along with the wrongful Termination of Benefits case with Unum Life Insurance Of America.  I the Plaintiff, Stephanie Lynn Ford ask this Honorable Court to apply the law to all of the Defendants unlawful activities.

<br>

PLAINTIFF' MEDICAL EVIDENCE

I the Plaintiff was involved in a automobile accident on October 27, 2003, and suffered back, neck and right rib pain . Treating physician Dr. Ross M. Ufberg M.D. 1021 Gilpin Avenue, Suite 101 Wilmington, Delaware 19806 (302) 575-1776 and St. Francis Hospital 7th & Clayton Street Wilmington, Delaware 19805, Dr. Timothy Dowling , I the plaintiff have been experiencing a great of pain to my right

(10)

rib , which have swelled and have been causing me a lot of discomfort. I the plaintiff have enclosed a photograph along with copies of all medical records and disability certificates dated October 28, 2003 to Present. I the plaintiff scheduled the necessary management treatment to get well to be able to go back to her normal work schedule at Christiana Care Health Systems and St. Francis Hospital.

<strong>REVIEW OF THE MEDICAL RECORDS</strong>

I the Plaintiff, Stephanie Lynn Ford ask this a Honorable Court to reevaluate medical records and the facts of this case, and grant Plaintiff's motions against the Defendants, Christiana Care Health Systems, Richard Burton, and Clara Clark along with Unum Life Insurance Company Of America's pending civil action claim.

## IV. ARGUMENT

The Court should grant plaintiff's motion for summary judgment because the plaintiff has an actionable claim against the Defendants for violation of the Plaintiff's Civil Rights Act Of 1991 Title I, in violation of the Title V of The American with Disability Act (ADA), in violation of Title VII of The Civil Rights Act of 1994, Race Discrimination, in violation of Employment Discrimination, in violation of The Family Medical Leave Act of 1993 ,( FMLA), in violation of The ERISA Act, in violation of 29 U.S.C. 1132, wrongful termination of Plaintiff's Pension Benefits, wrongful termination of Plaintiff's Retiree Medical Benefits, wrongful termination of Plaintiff's $75,000 Life Insurance Policy, wrongful termination of Plaintiff's Health Insurance Benefits.

I the plaintiff ask this Honorable Court to grant the motion against the defendants in this case.

A.  Plaintiff has an actionable Claim against the defendants for all there wrong doing in this case, by terminating the plaintiff's pension benefits, retiree medical benefits, medical benefits , $75,000 life insurance policy,  I the plaintiff had been working at the Christiana Care Health Systems for the past 17



years and I had plan to retire from the company. It is very sad that these defendants have taking my lively hood, every thing that I had build and worked for .

B. All of the Defendants in this case and the case with Unum Life Insurance Of America, were all working together, this is the reason why the plaintiff was unable to receive long-term disability benefits that I paid into to use when I become ill and unable to work, or able to be rehired for employment , after working 17 years of service, and the termination of the plaintiff's pension benefits and retiree medical benefits.

1. The federal and state laws on employers terminating employees pension benefits with out any due process of the law.

I the Plaintiff, Stephanie Lynn Ford ask this Honorable Court To Apply The Law To These Claims.

2. The Plan Is Governed By ERISA

I the Plaintiff, Stephanie Lynn Ford ask this Honorable Court To Apply The Law To These Claims.

Race Discrimination Claim

I the Plaintiff , Stephanie Lynn Ford honestly feel that I was discriminated against, because I am a black female African American.

C. I THE PLAINTIFF, STEPHANIE LYNN FORD ASKED THIS HONORABLE COURT TO GRANT PLAINTIFF'S COMPLAINT AND SUMMARY JUDGMENT.

1. The defendant intentionally terminated the plaintiff's benefits, and refuse to rehire the plaintiff without any due process of the Law.

2. The Defendants, Christiana Care Health Systems, Richard Burton and Clara Clark are in violation of Race Discrimination and among other illegal violations.



# EXIBIT A

**Paul, Elaine** _____ _1987_

| | |
|---|---|
| **From:** | FWZBXQ0@christianacare.org |
| **Sent:** | Friday, April 23, 2004 2:06 PM |
| **To:** | FormHRCCHSHRPemp@christianacare.org |
| **Cc:** | FWZBXQ0@christianacare.org; vfleiner@christianacare.org |
| **Subject:** | FORD, STEPHANIE - TERMINATION FORM |

The following information was submitted from an INet Form called
TERMINATION FORM by Green-Crews, Edith.


Employment Assignment:    - FormHRCCHSHRPemp@christianacare.org
*Employee Name:           - FORD, STEPHANIE
*Employee SSN#:           - 222565931
*Cost Center:             - 26541
*Last Day Worked:         - 10/27/03
*Term Effective Date:     - 04/13/04
*Eligible for Unused PTO Hrs: - Yes
*Would You ReEmploy:      - Yes
Voluntary Reason Code:    - 100 Unable to Return from Medcial LOA
Involuntary Reason Code:  - None
Comments:                 - EMPLOYEE HAS EXHAUSTED HER 24 WK LEAVE P
                            ERIOD.


*Approval:                - PEITLOCK, SHARON
Date Completed:           - 4/23/2004
Completed By:             - Green-Crews, Edith
-----------------------------------------------------------

Date Sent: 4/23/04
Time Sent: 2:06:05 PM


**D0195**

1  (14)

## PENSION INFORMATION

DATE NOVEMBER 14, 2006

NAME OF PENSIONER: STEPHANIE FORD

SOCIAL SECURITY NO: 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

DATE OF BIRTH: 02/16/1962  POSITION: CLERK III

DEPARTMENT/DIVISION: X-RAY – WILMINGTON

EMPLOYMENT DATE: 08/24/1987

SEVERANCE FROM SERVICE DATE: 04/13/2004

RETIREMENT DATE: 03/01/2027

TYPE OF RETIREMENT: TERMINATED VESTED

DATE PAYMENTS COMMENCE: 03/01/2027

PARTICIPATION DATE:
                                    07 MOS 24 DAYS FT
CREDITED SERVICE: 15 YRS 11 MOS 25 DAYS FT (.16267)

FINAL AVERAGE EARNINGS (Monthly) $2127.14

SETTLEMENT OPTION:

ANNUAL AMOUNT: $4671.24

MONTHLY INCOME: $389.27

AGE AT TERMINATION: 42 YRS 01 MOS 27 DAYS

NRD: 03/01/2027



D0197

# SERVICE REFERRAL

## SECTION I - TO BE COMPLETED FOR ALL REFERRALS BY DEPARTMENT HEAD OR SUPERVISOR (INSTRUCTIONS ON BACK)

| NAME (LAST) | (FIRST) | (M.I.) | DATE | (TO BE COMPLETED BY THE TREATING FACILITY) |
| --- | --- | --- | --- | --- |
| | | | | TIME IN | TIME OUT |

| FACILITY | DEPT/UNIT | SOCIAL SECURITY NUMBER | JOB TITLE | DATE OF BIRTH | HOME PHONE |
| --- | --- | --- | --- | --- | --- |

**MEDICAL AUTHORIZATION:**

I understand that Christiana Care maintains information in paper and electronic form.
I authorize EHS to access Christiana Care's information pertinent to my care

| SYMPTOM OR PROBLEM: | EMPLOYEE SIGNATURE |
| --- | --- |
| 1. ☐ OCCUPATIONAL INJURY/ILLNESS - COMPLETE BELOW | AUTHORIZE SIGNATURE/SUPERVISOR OR MANAGER: |
| 2. ☐ NON OCCUPATIONAL INJURY/ILLNESS | |

| ACCIDENT OCCURRED | HOSPITAL/SITE | DEPT / UNIT | DATE OF INJURY | HOUR OF DAY | MACHINE, TOOL OR OBJECT CAUSING INJURY / ILLNESS |
| --- | --- | --- | --- | --- | --- |

| THIS SECTION IS REQUIRED FOR OCCUPATIONAL INJURIES | LOCATION WHERE INJURY OCCURRED | DATE SUPERVISOR NOTIFIED | SUPERVISORS NAME | PHONE |
| --- | --- | --- | --- | --- |

| FULL DESCRIPTION OF INJURY (DESCRIBE EXACTLY WHAT HAPPENED IN ORDER OF EVENTS AND WHY IT HAPPENED. INDICATE APPARENT INJURY AND CONDITION OF EQUIPMENT OR APPAREL WHERE SIGNIFICANT) | WITNESS: |
| --- | --- |

## SECTION II - TO BE COMPLETED BY PHYSICIAN AND/OR NURSE

**DISPOSITION:**

☒ CLEARED FOR WORK   ☒ RESTRICTIONS: 15 lbs lifting restriction

☐ SEND HOME

☐ REMAIN ON DUTY

**2. STATUS**

☐ OCCUPATIONAL INJURY/ILLNESS   ☒ NON-OCCUPATIONAL INJURY/ILLNESS

☐ REVIEW: (Reason)

| REFERRED TO: | APPT: | PROVIDER | RETURN VISIT DATE | RTW DATE |
| --- | --- | --- | --- | --- |
| | | | | 4-13-04 |

(16)

To: Dr. Robert Laskowski
Christiana Care Health Services
Board of Directors
P.O.Box 6001
Newark, Delaware 19718
October 17, 2004

From: Stephanie Ford
19 Albany Ave
NewCastle,De. 19720
(302)658-6740

RE:  Consideration of Denial of My Disability Benefits from Unum Provident Insurance
     Related to Injuries and Employment Status.

Dear Dr. Laskowski
I am writing this letter to request a special hearing be held with me and my
Representatives; to discuss the action of the Administrative staff of the hospital
In consultation with the insurance company of UmunProvident, has taken regarding
Me and my employment at the hospital.
I request that this meeting be held as soon as possible.

                    Sincerely yours,

                    Stephanie L. Ford

CC: PF





STEPHANIE FORD
RIGHT RIB PAIN
10/28/03 ACCIDENT



AARON B. ROBINSON, D.D.
7TH & CLAYTON STREETS
WILMINGTON, DE 19805
(302) 575-0000

NAME Stephanie Ford

AGE

ADDRESS

DATE

THIS ILLEGAL IF NOT EASY TO SEE BLUE BACKGROUND

℞

Ultra Sound of
(R) upper Quadrant.

ATN - Palpable lump
on (R) Flank

Dx: painful palpable lump

Refill _____ times

Substitution Permitted

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE
PRESCRIBER MUST HAND WRITE "BRAND NECESSARY" OR "BRAND
MEDICALLY NECESSARY" IN THE SPACE BELOW.

(19)

ST. FRANCIS HOSPITAL                                    DEPARTMENT OF
7th & CLAYTON STREETS                                   RADIOLOGY
WILMINGTON, DE 19805-0500                               (302) 421-4300

RADIOLOGIC CONSULT

Pt Name: FORD,STEPHANIE L                         MR#:      W2447514
19 ALBANY AVENUE                                  ACCT#:    W008746174
NEW CASTLE, DE 19720                              RM/BED:  WRAD
PHONE: (302) 658-6740
DOB:    02/16/1962

DATE OF SVC:    02/02/2007
ATTENDING DR.: Robinson, Aaron D.O.
ORDERING DR.:  Robinson, Aaron D.O.
EXAMS: ABDOMEN,LIMITED 1434616 (76705),
       CHEST/MEDIASTINUM 1434617 (76604)
COPIES TO: Robinson, Aaron D.O.; Ufberg,Ross M.  M.D.~

EXAM REASON: PAIN

READING DR: Steven D. Herman M.D.             SIGNED BY: TALK TECH SCRIPT

REPORT OF FINDINGS

Study: Abdomen ultrasound

History: Painful lump in right flank

Multiple real time images of the upper abdomen demonstrate normal size, shape
and echo texture throughout the liver, with no evidence of parenchymal masses,
cysts or dilated intrahepatic ducts.  The common bile duct is normal in caliber
measuring 4 mm in diameter.  The gallbladder is normal in appearance, with no
evidence of wall thickening, sludge, stones or polyps.  There are no
pericholecystic fluid collections.  There is no ascites.  The pancreas is
normal in size and shape, with no evidence of masses, calcifications or cysts.
The right kidney is normal in size, shape and echo texture, with no evidence of
hydronephrosis, cysts, stones or masses.

Additional images were obtained over the area of a painful superficial lump in
the inferior right chest wall.  There is what looks like an elongated lobule of
fat measuring up to 2.4 x 0.7 x 2.8 cm.  This could represent a lipoma.  This
could also represent a small fat-containing hernia.

**Impression: Normal right upper quadrant.  The painful lump correlates with a
fatty structure consistent with a lipoma or hernia.  CT correlation is
recommended, if indicated.**

Dictated: 02/02/07 1128

                    ---- Electronic Signature on File ----
                    Signed By: Herman,Steven D M.D.

                Signed Report Printed From PCI

```
ST. FRANCIS HOSPITAL                              DEPARTMENT OF
7th & CLAYTON STREETS                             RADIOLOGY
WILMINGTON, DE 19805-0500                         (302) 421-4300
```

## RADIOLOGIC CONSULT

```
Pt Name: FORD,STEPHANIE L                    MR#:     W2447514
19 ALBANY AVENUE                             ACCT#:   W008680720
NEW CASTLE, DE 19720                         RM/BED: WERF
PHONE: (302) 658-6740
DOB:    02/16/1962

DATE OF SVC:    01/01/2007
ATTENDING DR.: Flowers,James J. DO
ORDERING DR.:  Heinbaugh,Jennifer PAC
EXAMS: CHEST,PA/LAT 1427433 (71020)
COPIES TO: Heinbaugh,Jennifer PAC; Singh,Narinder  M.D.; Ufberg,Ross M.  M.D.~
```

EXAM REASON: palpable mass right 10th rib  thoraic muscle spasm

READING DR: Eric Mellencamp M.D.              SIGNED BY: TALK TECH SCRIPT

## REPORT OF FINDINGS

PA and lateral chest x-rays were obtained because of chest wall mass 1/1/07.
The bones are unremarkable.  The heart is not enlarged.  The lungs are clear.

**Impression: Normal chest.**

Dictated: 01/02/07 0921

```
                    ---- Electronic Signature on File ----
                    Signed By: Mellencamp,Eric MD
```

ST. FRANCIS HOSPITAL
7th & CLAYTON STREETS
WILMINGTON, DE 19805-0500

DEPARTMENT OF
RADIOLOGY
(302) 421-4300

RADIOLOGIC CONSULT

Pt Name: FORD,STEPHANIE L
19 ALBANY AVENUE
NEW CASTLE, DE 19720
PHONE: (302) 658-6740
DOB:   02/16/1962

MR#:     W2447514
ACCT#:   W005894019
RM/BED: UNK

DATE OF SVC:   05/20/2004
ATTENDING DR.: UNK
ORDERING DR.:  Ufberg,Ross M.  M.D.
EXAMS: CERVICAL SPINE W/O CONTRAST 1199620 (72141)
COPIES TO: Singh,Narinder  M.D.; Ufberg,Ross M.  M.D.~


EXAM REASON: S/P MVA 10/27/03
           NECK,BACK AND RT SHOULDER PAIN SINCE ACCIDENT

READING DR: MARK T. DiMARCANGELO D.O.                 SIGNED BY:


REPORT OF FINDINGS

MRI CERVICAL SPINE WITHOUT CONTRAST

History:Pain.  Pain in neck and right shoulder.

Findings:No previous studies for comparison.  Noncontrast pulse sequences were
performed in the sagittal and axial imaging planes.

There is no herniation of the cerebellar tonsils through the foramen magnum.
The cervical spinal cord is normal in signal intensity and morphology without
intrinsic masses or syringomyelia.  There is no overt cord compression.  The
vertebral bodies are maintained in stature and are normal in signal intensity
and morphology.  There is straightening of the cervical lordotic curvature.
The paravertebral soft tissues are symmetrical.

The intervertebral discs demonstrate some mild decreased signal on T2
suggesting mild dehydration are degenerative discogenic changes.  Mild bulging
annuli are noted particularly at C5-6 and C6-7.  There is no significant
malalignment of the vertebral bodies.  There is evidence of mild to moderate
neural foraminal narrowing on the right at C3-4.  Mild neural foramina
narrowing is seen on the left at C5-6 mild bilateral neural foramina narrowing
is seen at C6-7.  There is no definite herniated nucleus pulposis.  No
significant central spinal stenosis is exhibited.

Impression:Mild neural foraminal narrowing at various levels.  Minimal disc
bulging particularly at C5-6 and C6-7.  See above.

Dictated: 05/21/04 1114

ST. FRANCIS HOSPITAL                          DEPARTMENT OF
7th & CLAYTON STREETS                         RADIOLOGY
WILMINGTON, DE 19805-0500                     (302) 421-4300

RADIOLOGIC CONSULT

Pt Name: FORD,STEPHANIE L                     MR#:    W2447514
19 ALBANY AVENUE                              ACCT#:  W005352935
NEW CASTLE, DE 19720                          RM/BED: UNK
PHONE: (302) 658-6740
DOB:    02/16/1962

DATE OF SVC:    10/27/2003
ATTENDING DR.: UNK
ORDERING DR.:  Ward,Mariann CFNP
EXAMS: RIBS UNI 3+ VIEWS-RT 1148723 (71101)
COPIES TO: Singh,Narinder  M.D.; Ward,Mariann CFNP; FWD ER PHYSICIANS~


EXAM REASON:  MVA THIS PM; MID RT SIDED RIB PAIN SINCE MVA


READING DR: Steven D. Herman M.D.            SIGNED BY:


REPORT OF FINDINGS

Study: Right ribs

History: Right sided rib pain following MVA

Images of the right rib cage were obtained in multiple degrees of obliquity.
There is no evidence of rib fracture, lytic or blastic bony lesions, pleural
effusion, pneumothorax or other significant abnormality.

**Impression: Normal study.**

Dictated: 10/29/03 1154


                    ---- Electronic Signature on File ----
                    Signed By: Herman,Steven D M.D.








Signed Report Printed From PCI

**St. Francis Healthcare Services**
*Healthcare you can believe in.*

# EMERGENCY DEPARTMENT
# RECORD

| LABS | | XRAY | | Time | Physician's Orders | Time/Neg Init. |
|---|---|---|---|---|---|---|
| ☐ CBC | Clerk Init. | ☐ Chest | Clerk Init. | | | |
| ☐ H&H | | ☐ C-Spine | | | | |
| ☐ CHEM-7 | | ☐ L/S Supine | | | | |
| ☐ Na | | ☐ Obst. Series | | | | |
| ☐ K | | ☐ KUB | | | | |
| ☐ Cl | | ☐ Other: | | | | |
| ☐ CO₂ | | *Ribs* | | | | |
| ☐ BUN | | | | | | |
| ☐ CRE | | | | | | |
| ☐ Glucose | | **CT Scan** | | | | |
| ☐ U/A | | ☐ Head without contrast | | | | |
| ☐ C&S | | ☐ Head with contrast | | | | |
| ☐ Gram stain | | ☐ Abdomen without contrast | | | | |
| ☐ EKG | | ☐ Abdomen with contrast | | | | |
| ☐ CK | | | | | | |
| ☐ Troponin I | | | | | | |
| ☐ ABG | | **Ultrasound** | | | | |
| ☐ Peak Flow pre and post treatment | | ☐ Abdomen | | | | |
| ☐ LDH | | ☐ Pelvis | | | | |
| ☐ AST (SGOT) | | ☐ Other: | | | | |
| ☐ ALT (SGPT) | | | | | | |
| ☐ ALK Phos | | | | | | |
| ☐ T. Bili | | | | | | |
| ☐ D. Bili | | | | | | |
| ☐ GGTP | | **☐ Request Old Records** | | | | |
| ☐ Amylase | | | | | | |
| ☐ Lipase | | | | | | |
| ☐ Albumin | | | | | | |
| ☐ PT | | | | | | |
| ☐ PTT | | **XRAY Interpretation:** | | | | |
| ☐ PO₄ | | | | | | |
| ☐ Ca | | | | **Chart completed initial** _____ | |
| ☐ Mg | | | | | |
| ☐ Urine Pregnancy | | | | **Physician Signature:** _____ | |
| ☐ Sed rate | | | | | |
| ☐ Retic count | | | | | |
| ☐ Monospot | | | | **Consults** | |

| XRAY Interpretation / EKG Interpretation / CT/Ultrasound Interpretation | | | Name | Time Called | Time Resp |
|---|---|---|---|---|---|
| ☐ Alcohol | | **EKG Interpretation:** | | | |
| ☐ Urine Tox | | | | | |
| ☐ Dilantin | | | | | |
| ☐ Digoxin | | | | | |
| ☐ Phenobarb | | | | | |
| ☐ Depakote | | | | | |
| ☐ Theophylline | | | | | |
| ☐ Aspirin | | | | | |
| ☐ Acetaminophen | | | | | |
| ☐ Serum Osmoles | | | | | |
| ☐ Serum Acetone | | | | | |
| ☐ Blood culture | | **CT/Ultrasound Interpretation** | | | |
| ☐ Wound culture | | | **Nursing Signatures and Initials** | | |
| ☐ GC/Chlymidia | | | | | |
| ☐ Serum HCG | | | | | |

☐ Laboratory values reviewed by physician

☐ Old records reviewed by physician

| P T | Patient Number: W005352935 | Patient Name: FORD,STEPHANIE L | | Date of Birth: 02/16/62 | Age: 41 | Sex: F | Med Rec Number: W244751 |
|---|---|---|---|---|---|---|---|



St. Francis Healthcare Services

**EMERGENCY DEPARTMENT**
**RECORD**

**REVIEW OF SYSTEMS, SIGNS AND SYMPTOMS OF ILLNESS**   ☐ Unable to assess due to: _____

| 1 system, problem pertinent | 2 - 9 systems | 10 or more systems |
|---|---|---|
| **Constitutional** ☐NML<br>fever  weight loss  weakness | **Musculoskeletal** ☐NML<br>pain  swelling  redness<br>diminished ROM  inflammation | **Respiratory** ☐NML<br>SOB  pleuritic CP  DOE  PND<br>non-prod cough  prod cough | **Cardiovascular** ☐NML<br>CP  palpitations<br>rapid/slow HR  ankle swelling |
| **Eyes** ☐NML<br>pain  discharge vision change | **Integumentary** ☐NML<br>rash  swelling  bruising  drainage<br>discharge  color change | **Gastrointestinal** ☐NML<br>nausea  vomiting  diarrhea<br>constipation  pain  bloating | **Hematologic/Lymphatic** ☐NML<br>bleeding  bruising  swelling<br>petchia  nodes |
| **ENMT** ☐NML<br>ear pain  throat pain  hoarse<br>nose pain  mouth pain<br>rhromegaly | **Neurologic** ☐NML<br>weakness  numbness<br>altered LOC  parathesia<br>change in function  headache | **Genitourinary** ☐NML<br>dysuria  frequency<br>discharge  bleeding | **Allergic/Immunologic** ☐NML<br>rash  swelling  weakness |
| **Endocrine** ☐NML<br>increased thirst  weakness<br>fatigue  increased urination<br>temperature intolerance | **Psychiatric** ☐NML<br>change MS  confusion<br>suicidal ideation  depression<br>homicidal ideation | Patient screened for: ☐Child Abuse/Neglect  ☐Elder Abuse/Neglect<br><br>☐ Domestic Violence  ☐ UTO-Reason | |

**PHYSICAL EXAMINATION**

☐ Complete exam unobtainable due to unstable/urgent situation      ☐ Critical Care Time

**Constitutional:**
VS (BP, HR, RR, Temp) per nursing notes
Well developed      Malnourished
*WNL*

**Eyes:**
Lids/conjunctiva      Normal
Pupils/Iris      Normal    PERL
Fundi      Normal

**ENMT:**
External ears/nose      Normal
Ear canals/TMs      Normal
Hearing      Normal
Interior of nose      Normal
Lips/teeth/gums      Normal
Oropharynx      Normal

**Neck:**
External neck      Normal
Thyroid      Normal

**Respiratory:**
Respiratory effort      Normal
Percussion chest      Normal
Palpation chest      Normal
Auscultation chest      Normal

**Chest:**
Inspection breasts      Normal    Deferred
Palpation breasts/axillae      Normal    Deferred

**Cardiovascular:**
Palpation heart      Normal
Auscultation heart      Normal
  murmur      rub      gallop
  rhythm      regular/irregular
Carotid arteries      Normal      Bruit
Abdominal aorta      Normal      Enlarged
Femoral arteries      Normal      Unequal
Pedal pulses      Normal      Unequal
Peripheral edema/varicosities
  Absent/present      Amount _____

**Gastrointestinal:**
Exam abdomen      Normal
Exam liver/spleen      Normal
Hernias      Absent      Present
              Reducible?    Yes/No
Urethra      Normal      Deferred
Rectal      Normal
Stool occult blood      Negative/Positive

**Genitourinary:**
Male    Scrotum      Normal    Deferred
        Penis      Normal    Deferred
        Prostate      Normal    Deferred
Female  External genitalia  Normal    Deferred
        Urethra      Normal    Deferred
        Bladder      Normal    Deferred
        Cervix      Normal    Deferred
        Uterus      Normal    Deferred
        Adnexa      Normal    Deferred

**Musculoskeletal:**
Gait/station      Normal
Digits/nails      Normal
Head/neck      Normal
Spine/ribs/pelvis      Normal
RUE      Normal
LUE      Normal
RLE      Normal
LLE      Normal
*mild pain to palp of*
*R 95th rib in mcl*

**Skin:** *decreased*
Inspection skin      Normal
Palpation skin      Normal

**Neurologic:**
Cranial nerves      Normal
Reflexes      Normal
Sensation      Normal
Motor      Normal

**Psychiatric:**
Judgement/insight      Normal
Orientation      Normal
Memory      Normal
Affect/mood      Normal

**Lymphatic:**
Lymph nodes neck      Normal
Lymph nodes axilla      Normal
Lymph nodes groin      Normal

---

**Differential Diagnosis:**

Prescriptions: *Motrin*
*Flexeril*

**CONDITION UPON DEPARTURE/ED**
☑ Improved
☐ Stable
☐ Guarded
☐ Critical
☐ Expired
Physician Initials

**DISPOSITION**
☑ D/C to Home  *2235*      Time
☐ AMA      Time
☐ LWT      Time
☐ DOA☐ Expired      Time

☐ Transfer      Destination
☐ Admit to Hosp.      Room
Admission called _____  Time
Bed Assigned: _____  Time
Admitted to Unit: _____  Time

**Final Diagnosis** *R rib contusion*

**Procedures:**      **Procedure Codes:**

**Phys Sign** _____  Date _____  Other Sign/Name/Title _____  Init: _____  Nurse Signature _____      **DX Codes:**

| Patient Number: | Patient Name: | Date of Birth: | Age: | Sex: | Med Rec Number: |
|---|---|---|---|---|---|
| W005352935 | FORD, STEPHANIE L | 02/16/62 | 41 | F | W2447514 |

(25)

St. Francis Healthcare Services
*Healthcare you can believe in.*

**EMERGENCY DEPARTMENT RECORD**

Chart completed initial _____

(A-1)

| CURRENT MEDICATIONS ☐ Yes ☑ No | ALLERGIES ☐ Yes ☑ No | GENERAL APPEARANCE | GLASGOW COMA SCALE |
|---|---|---|---|

**GENERAL APPEARANCE**
Color: ☑ Good ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundice
Skin: ☑ Warm ☐ Dry ☐ Cool ☐ Clammy ☐ Rash
Resp: ☑ Normal ☐ Labored ☐ Stridor ☐ Wheeze ☐ Rales
Pulse ☑ Reg ☐ Irreg
VA: OD 20/    OS 20/
☐ Backboard
☐ Cervical Collar
Latex Sensitive  Y / N
Immunizations Current for Age Y / N

**GLASGOW COMA SCALE**
Verbal Response          Motor Response
Oriented            5    Obeys              6
Confused            4    Localizes          5
Inappropriate       3    Withdraws          4
Incomprehensible    2    Abn flexion        3
None                1    Abn extension      2
                         None               1
Eye Opening
Spontaneous         4
To speech           3    Total ____
To pain             2
None                1

**TRIAGE**

TIME: _____

*MVC driver ① seat belt. in a truck → dit on passenger side ② pain under breast from seat belt*

Disposition: _____ tx area _____ FT _____ lobby _____
Signature: *Paula Whitaker*

**SOCIAL**
Pt. Screened for:
☐ Child Abuse/Neglect
☐ Domestic Violence
☐ Elder Abuse/Neglect
☐ UTO-Reason

**PHYSICIAN NOTES**

NOTE: (Include location, quality, severity, timing, context, other factors)

TIME: 2150   PMHⒶ   Meds Ⓐ   NKDA·

S - c/o of MVA in which pt. was a restrained driver of a vehicle which was struck in the rear passenger side. Now c/ pain under ① breast in seatbelt area. Denies SOB. Denies striking head/chest abd. Pt. states legs bent to the truck fender. Tried was driveable. Denies back/neck/extremity pain.
Ⓞ LOC
O - see PE

MP - DC'ed c̄ Rx for motrin/flexeril thru P dr.

Signature: *Millard Clee*

**ABRASION / AVULSION / BURN / DEFORMITY / ECCHYMOSIS / EDEMA / HEMATOMA / LACERATION**    **PAIN / PUNCTURE / RASH / SWELLING / TENDER / ULCER / OTHER**



☐ RIGHT    ☐ LEFT

| Past Medical History: | None | HTN | CAD | MI | DM | PVD | Vascular disease | CVA | RA |
|---|---|---|---|---|---|---|---|---|---|
| COPD | Asthma | Arthritis | CHF | | | | Other: | | |

Past Surgical History: None   CABG   Cholecystectomy   Appendectomy   Tubal Ligation   Hysterectomy
Tonsillectomy   Hernia   Other:

Medications: None   Reviewed   Listed   Allergies: None   Reviewed   Listed

Family History: CAD   DM   Other:   Social History: Tobacco   Alcohol   Drugs

| Patient Number: W0053352935 | Patient Name: FORD, STEPHANIE L | | Date of Birth: 02/16/62 | Age: 41 | Sex: F | Med Rec Number: W2447514 |
|---|---|---|---|---|---|---|
| Reg Date: 10/27/03 | Triage Time: 2010 | Method of Arrival: LK | Mar. St: S | Race: B | Fin Cl: | Ins Plan: | Primary Care Physician: Singh, Narinder | PCP Contacted: ☐ Yes ☐ No | STATUS |
| Complaint: MVC | | | TIME | PULSE | RESP 20 | B/P | PULSE OX | WT | HT | TETANUS W/IN 5YRS ☐ Yes ☐ No |

13-014 (Rev. 6/01)    WHITE - MEDICAL RECORDS    CANARY - BILLING    PINK - PHYSICIAN BILLING    GOLD - ED COPY

㉖

# Stephanie Ford     Mon Oct 27, 2003     Page 1
                                       10:27 PM

Discharge Instructions from:
Mariam Ward, CRNP / Hope Steinberg, MD
ST. FRANCIS HOSPITAL, DEPARTMENT OF EMERGENCY MEDICINE

**Return here for any concerns**

**RIB INJURY:**
It looks like you have an injury to the rib cage. Rib fractures are
very painful. This is because breathing prevents the rib cage from
staying still. Pain medicine is usually prescribed for broken ribs.
Sometimes a shot is given in the ribs. This will block the nerves
and provide significant temporary relief. If the injury is not too
bad, there is no need to be put in the hospital.

Rib belts are sometimes used. They are not recommended because
restricting chest wall leads to a greater chance of lung infection.
It is usually better not to use a rib belt. A doctor can give enough
pain medicine to make the patient comfortable.

Sometimes there is bleeding from a broken rib. There can also be
infection. Or the lung can collapse. Sometimes there are rib
fractures that do not appear on the x-rays.

**CALL YOUR DOCTOR** or come back here if:
  - You have shortness of breath.
  - You have more pain or pain not slowly going away.
  - There is fever or cough.

**RX: MOTRIN 600 MG**    Disp: #30 / 0
Directions: 1 tab PO TID prn pain
  - Used for inflammation (especially arthritis) and relief of pain.
  - Take regularly unless used for mild pain. It can take 1-2 weeks
    to be effective in arthritis.
  - Try taking with food if it causes stomach upset.
  - Can cause gastrointestinal bleeding.
  - Other common side effects - dizziness, rash.

**RX: FLEXERIL 5 MG.**    Disp: # 15 / 0
Directions: one tablet by mouth at bedtime
  - Prescribed as a muscle relaxant. Should be taken regularly
    until you are better, and not just when you feel you need it.
  - Common side effects - dizziness, drowsiness, blurred vision, dry
    mouth.
  - May also cause gastrointestinal upset - try taking it with
    antacids, if this occurs.

**FOLLOW UP INSTRUCTIONS:** Your Doctor
You are being referred to Your Doctor .
Call the office as soon as possible to arrange a follow-up visit.
Be sure to tell the doctor's office that you were referred from
the Emergency Department.

========================================================

I understand that the treatment I have received was given on an
emergency basis only. I understand that further treatment may be
necessary. I have been given a copy of the above instructions. I
understand these instructions; and I will arrange for follow-up care
as outlined above. If my condition worsens, I will call my doctor or
return to the hospital. Emergency Department phone number -
(302) 421-4333.

Signed: x _Stephanie L. Ford_                              )
                                    Relation to Patient



DEA # _____  _____

**Ross M. Urberg, M.D.**
1021 Gilpin Avenue
Suite 101
Wilmington, DE 19806
302-575-1776

Name _____Stephanie Ford_____  Date _6/14/04_

Address _____

**Rx** (Please Print)

Ms Ford is cleared

for return to work

effective 6/14/04

Refill _____ times

_____ M.D.

Substitution Permitted

In order for a brand name product to be dispensed, prescriber must handwrite
'Brand Necessary' or 'Brand Medically Necessary' in the space below.

28

ROSS M. _ FBERG, M.D.
**WILMINGTON PAIN & REHABILITATION CENTER, P.A.**
**1021 GILPIN AVENUE, SUITE 101**
**WILMINGTON, DELAWARE 19806**
TELEPHONE (302) 575-1776

---

## DISABILITY CERTIFICATE

Date: 3/29/04

To Whom It May Concern:

This is to certify that:

Stephanie Ford

has been under my professional care and was

☐ Totally incapacitated

☑ Partially incapacitated

from 4/13/04 to 5/13/04 *

secondary to a:

☑ motor vehicle accident on 10/22/02

☐ work accident on _____

☐ illness

☐ other

Remarks: Part-time work status
4 hours/day at Christiana Canal

Signed: _____

*patient to be re-evaluated prior to any change in disability status.



ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: 8/29/04

To Whom It May Concern:

This is to certify that: Stephanie Ford

has been under my professional care and was

☑ Totally incapacitated
☐ Partially incapacitated

from 4/13/04    to    8/3/04    *

secondary to a:

☑ motor vehicle accident on 10/27/03
☐ work accident on
☐ illness
☐ other

Remarks:

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

---

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: 3/29/04

To Whom It May Concern:

This is to certify that: Stephanie Ford

has been under my professional care and was

☑ Totally incapacitated
☐ Partially incapacitated

from 3/29/04    to    4/12/04

secondary to a:

☑ motor vehicle accident on 10/27/03
☐ work accident on
☐ illness
☐ other

Remarks:

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

ROSS M. UFBERG, M.D.
**WILMINGTON PAIN & REHABILITATION CENTER, P.A.**
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

## DISABILITY CERTIFICATE

Date: 2/23/04

To Whom It May Concern:

This is to certify that:

Stephanie Ford

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from 2/23/04 to 3/29/04 *

secondary to a:

☑ motor vehicle accident on 10/27/03

☐ work accident on _____

☐ illness

☐ other

Remarks: _____

Signed: _____

*patient to be re-evaluated prior to any change in disability status.

33

ROSS M. C. BERG, M.D.
**WILMINGTON PAIN & REHABILITATION CENTER, P.A.**
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

## DISABILITY CERTIFICATE

Date: _1/20/04_

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _1/20/04_ to _2/23/04_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks: _____

_____

Signed: _Ross C. Berg, M.D._

*patient to be re-evaluated prior to any change in disability status.



**ROSS M. URBERG, M.D.**
**WILMINGTON PAIN & REHABILITATION CENTER, P.A.**
**1021 GILPIN AVENUE, SUITE 101**
**WILMINGTON, DELAWARE 19806**
TELEPHONE (302) 575-1776

## DISABILITY CERTIFICATE

Date: 12/22/03

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _12/22/03_ to _1/20/04_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks: _____

_____

Signed: _____

*patient to be re-evaluated prior to any change in disability status.



ROSS M. L. BERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

## DISABILITY CERTIFICATE

Date: _12/4/03_

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

&#9745; Totally incapacitated

&#9744; Partially incapacitated

from _12/4/03_ to _1/4/04_ *

secondary to a:

&#9745; motor vehicle accident on _10/27/03_

&#9744; work accident on _____

&#9744; illness

&#9744; other

Remarks: _____

_____

Signed: 

*patient to be re-evaluated prior to any change in disability status.

36

ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date _____

To Whom it May Concern

This is to certify that

_Stefanie Tindl_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _11/10/03_ to _12/5/03_ *

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks _____

_____

Signed _____



*patient to be re-evaluated prior to any change in disability status



ROSS M. UFBERG, M.D.
WILMINGTON PAIN & REHABILITATION CENTER, P.A.
1021 GILPIN AVENUE, SUITE 101
WILMINGTON, DELAWARE 19806
TELEPHONE (302) 575-1776

DISABILITY CERTIFICATE

Date: _10/28/03_

To Whom It May Concern:

This is to certify that:

_Stephanie Ford_

has been under my professional care and was

☑ Totally incapacitated

☐ Partially incapacitated

from _10/27/03_ to _11/16/03_

secondary to a:

☑ motor vehicle accident on _10/27/03_

☐ work accident on _____

☐ illness

☐ other

Remarks: _____

Signed _____

*patient to be re-evaluated prior to any change in disability status.



Name _Stephanie Graf_

Dates _5/18/04_ to _5/21/04_

Week ____ of 4

INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your Job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 5/21/04 | Team Coordinator | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Unit Clerk VI | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Patient Care Technician | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Patient Care Reception Rep. | (302) 428-5746 | Christiana Care Hospital | Completed application |
| 5/21/04 | Lab Receiving Clerk | (302) 428-5746 | Christiana Care Hospital | Completed application |

Job Search results verified by: _____    Date: _____

Additional Comments:

(39)

# INTENSIVE JOB SEARCH LOG

Name: Stephanie Fink

Dates: 5/24/04 to 5/28/04    Week: _____

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 1. 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mrs. Burton | completed application |
| Notes | | | | |
| 2. 5/28/04 | Unit Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | completed application |
| Notes | | | | |
| 3. 5/28/04 | Clerk | (302) 428-5746 | Christiana Care Hospital / Mr. Burton | completed application |
| Notes | | | | |
| 4. 5/28/04 | Duplicator Operator | (302) 428-5746 | Christiana Care Hospital / (Mrs. Burton) | completed application |
| Notes | | | | |
| 5. 5/28/04 | Health Records Clerk | (30) 428-5746 | Christiana Care Hospital / Mrs. Burton | completed |
| Notes | | | | |
| 6. | | | | |
| Notes | | | | |

Job Search results verified by : _____    Date: _____

Additional Comments:

Job-Search-Log.Doc

Name: _Stephanie Ford_

Dates: _5/31/04_ to _6/4/04_

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be **fax from: mtkd form, copy of newspaper ad, email address of job listing, copy of website posting, etc.** Minimum of 5 job searches per week.

| Date | Job Title | Telephone # /Fax # | Company/Contact Name | Results |
|------|-----------|--------------------|----------------------|---------|
| 6/4/04 | OR Tech | (302) 428-5794 | Christiana Care Hospital/Burton | Pers./Complete/applic |
| Notes | | | | |
| 6/4/04 | Admin. Asst. III | (302) 428-5794 | Christiana Care Hospital/Burton | Pers./Complete/applic |
| Notes | | | | |
| 6/4/04 | Clerk VI (302) 428-5794 | Christiana Care Hospital/Burton | Pers./Complete/applic |
| Notes | | | | |
| 6/4/04 | Clerk II (302) 428-5794 | Christiana Care Hospital/Burton | Complete/application |
| Notes | | | | |
| 6/4/04 | Career Development (302) 428-5794 | Christiana Care Hospital/Burton | Completed/application |
| Notes | | | | |
| Notes | | | | |
| Notes | | | | |

Job Search results verified by: _____

Date: _____

**Additional Comments:**

(41)

Job Search Log, Inc

# INTENSIVE JOB SEARCH LOG

Name _Stephanie York_

Dates _6/7/04_ to _6/11/04_

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be the fax (transmittal) form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone # /Fax # | Company/Contact Name | Results |
|---|---|---|---|---|
| 1 _6/1/04_ | Home Health Assistant | (302) 428-5746 | Christiana Care Hospite | completed application |
| Notes | | | | |
| 2 _6/11/04_ | Clerk | (302) 428-5746 | Christiana Care Hospital | completed application |
| Notes | interview-6/9/04 clerk position/Christiana Care Hospital/SC 8th floor | | | |
| 3 _6/1/04_ | Consignment Assistant | (302) 428-5746 | Christiana Care Hospital | completed employe |
| Notes | | | | |
| 4 _6/1/04_ | Assistant | (302) 428-5746 | Christiana Care Hospital | completed emp |
| Notes | interview-6/9/04 clerk position/Whitiana Care Hospital/ | | | |
| 5 _6/1/04_ | Scheduler | (302) 428-5746 | Christiana Care Hospital | completed application |
| Notes | | | | |
| 6 _6/2/04_ | Correctional Officer | (302) 739-5458 | The Employee Relations Center | completed application |
| Notes | | | | |

Job Search results verified by : _Call Delaware Tech College Mrs. Cecelia (302) 830-5209_

Additional Comments: _Have appointment with Terri 6/15/04 Information Session at Delaware Tec August 5, 2004_

Date: _August 5, 2004 10:00 To 12:00_

(42)

Name: _Stephanie ___ Funk_

Dates: _6/14/04_ to _6/18/04_

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone // Fax // | Company/Contact Name | Results |
|---|---|---|---|---|
| 1 | 6/15/04 | Medical Records Clerk | (302) 651-4000 | A.I. Dupont Hospital | completed Applic. |
| Notes | | | | | |
| 2 | 6/15/04 | Laundry Work / Environmental Services | | St. Francis Hospital | Completed Application |
| Notes | | | | | |
| 3 | 6/18/04 | Home Health Nursing Program | (302) 428-5746 | Christiana Care Hospital | completed Application |
| Notes | | | | | |
| 4 | 6/18/04 | Resident Program | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| Notes | | | | | |
| 5 | 6/18/04 | Security Officer | (302) 428-5746 | Christiana Care Hospital | Completed Application |
| Notes | | | | | |
| 6 | | | | | |
| Notes | | | | | |

Job Search results verified by : _____

Additional Comments: _____    Date: _____

Job-Search-Log.Doc

Name: _Stephanie Buck_

Dates: _6/21/04_ to _6/25/04_

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone # / Fax # | Company/Contact Name | Results |
|------|-----------|---------------------|----------------------|---------|
| 6/24/04 | Residency Program Assistant | | Christiana Care Hospital | Completed application |
| 6/24/04 | Collection Specialist Health | | Christiana Care Hospital | Completed application |
| 6/24/04 | Operations Support Specialist | | Delmarva Physicians / Centers | Completed application |
| 6/25/04 | Home Health Consultant / | | Christiana Care Hospital | Completed application |
| 6/25/04 | Special Technician / | | Christiana Case Hospital | Completed application |

**Additional Comments:** _Received phone call - Mr. John Judy 428-5365 about home health position 7/1/04 to Christiana Care hospital_

Search results verified by : _____ Date: _____

(44)

# INTENSIVE JOB SEARCH LOG

e provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax (trans nittal copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|------|-----------|-------------------|----------------------|---------|
| 6/28/04 to 7/1/04 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | interview - 7/2/04 Clerk position/Christiana Hospital Cancer Center | | | |

Search results verified by: _____    Date: _____

**Additional Comments:**



Name _Stephanie Ford_

Dates _7/5/04_ to _7/9/04_

Week ___ of 4

## INTENSIVE JOB SEARCH LOG

Please provide & submit proof of your job search efforts to your Case Manager weekly. Acceptable documentation will be fax transmittal form, copy of newspaper ad, email address of job listing, copy of website posting, etc. Minimum of 5 job searches per week.

| | Date | Job Title | Telephone #/Fax # | Company/Contact Name | Results |
|---|---|---|---|---|---|
| 1 | 7/7/04 | Clerk | (302) 395-0400 | Staffing Services Group | completed application |
| Notes | | | | | |
| 2 | 7/7/04 | Security Officer | | Bennett Security Service | completed application |
| Notes | | | | | |
| 3 | 7/8/04 | Security Officer | | Allied Security | completed application |
| Notes | | | | | |
| 4 | 7/8/04 | Westaff Group Services → security officer | | (security officer) | |
| Notes | | | | | |
| 5 | | | | | |
| Notes | | | | | |
| 6 | | | | | |
| Notes | | | | | |

Job Search results verified by : _____    Date: _____

**Additional Comments:**

Search-Log.Doc

(44)

# CERTIFICATE OF APPRECIATION

## CHRISTIANA CARE

Presented to

### STEPHANIE   FORD

in recognition of

### FIFTEEN   YEARS

of Dedicated and Loyal Service

**August,   2002**

_Charles M. Swift_ President

(47)



**Presented to**

# STEPHANIE FORD

In Recognition of

## TEN YEARS

of Dedicated and Loyal Service

August, 1997

President



CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

9, MARCH 2007 UPON THE

FOLLOWING IN THE MANNER INDICATED:


U.S.  Certified Mail

MORGAN, LEWIS & BOCKIUS LLP
/James H. McMackin.III
1701 MARKET STREET
PHILADELPHIA , PA 19103-2921,

David H. Williams
Morris James LLP,
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899

(49)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD                    )
                                       )
                Plaintiff,             )
                                       )        CIVIL ACTION NO. 06-301 (KAJ)
        V.                             )
                                       )
CHRISTIANA CARE HEALTH                 )
SYSTEMS, RICHARD BURTON, AND           )
CLARA CLARK                            )
                                       )
                DEFENDANTS.            )

PLAINTIFF'S MOTION TO COMPEL AGAINST THE DEFENDANTS FOR FAILURE TO PRODUCE
DOCUMENTS.

        I the plaintiff STEPHANIE LYNN FORD filed this motion to compel against the defendants for
failing to produce the following listed documents.

On October 2, 2006 at 8:34am , I requested DOCUMENT # 1 In letter form, the person or persons who
authorized and is responsible for the termination of the plaintiff, STEPHANIE LYNN FORD employment
status, employment benefits, and the reason for the employment termination at CHRISTIANA CARE
HEALTH SYSTEMS.  I the plaintiff, STEPHANIE LYNN FORD have enclosed what I have received from
MORGAN, LEWIS & BOCKIUS LLP /KENDRA BAISINGER ATTORNEYS FOR THE
DEFENDANTS.  DOCUMENT D0195 AND D0196.

I the plaintiff am making a third attempt to retrieve Document # 1. Please see documents D0195 and
D0196, which there is only one sheet of paper, I have enclosed a copy for the courts records. I the plaintiff,
Stephanie Lynn Ford asked this Honorable Court to apply the law to these actions for failing to produce all
of the information pertaining to these documents. PLEASE SEND ME ALL OF THE DOCUMENTS
THAT I REQUESTED.

In Document # 2, I the plaintiff asked the defendant to Pleased produce all information pertaining to my
Pension Benefits from the defendants, Christiana Care Health Systems.  The defendants again only sent me
one sheet of paper pertaining to the plaintiff Pension Benefits, which I have enclosed a copy for the courts
records. I the plaintiff again am asking the court to apply the law to their actions for failure to produce the
requested documents.

In Document # 3, I the plaintiff asked the defendant to Please produce all information pertaining to my
medical benefits. The defendants failed to produce these documents, Kendra Baisinger sent me a great deal
of papers through Federal Express, and after I reviewed the numerous pages of paperwork it is still not what
I requested among all of the paperwork she sent me dated for October 2, 2006.

I the plaintiff, asked this Honorable Court to apply the law to these actions for failing to produce all of the
medical benefits documents.

In Document # 4, I the plaintiff, asked the defendant to Please produce all information pertaining to my Life
Insurance policy.  The defendants refuse to forward me the information pertaining to the plaintiff's Life
Insurance Policy.  I have also enclosed the misprinted Beneficiary Designation Life Insurance / Personal

Accident Insurance Form, which I received from Morris, James, Hitchen & Williams / Morgan, Lewis & Bockius LLP/ Kendra L. Baisinger. I have also filed a motion to compel against Unum Life Insurance Company Of America for failing to produce the Life Insurance Policy along with three other documents, which I requested from Unum back in May 16, 2006 at 8: 33am. I the plaintiff asked this Honorable Court to apply the Law for their action in failing to produce the documents that I have requested. The defendants only sent me 2 sheets of paper, bates labeled D0011 Beneficiary Designation Life Insurance / Personal Accident Insurance, with the Plaintiff 's name spelled incorrectly and page 2 bates labeled D0012 Beneficiary Designation Form, there is only one check mark on the paper. I have enclosed a copy for the Courts Records. I asked this Honorable Court to apply the Law to the defendants actions.

In Document # 5, the plaintiff asked the defendants to Please produce all information pertaining to the plaintiff's personal accident insurance from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003. Please refer to bates labeled D0011and D0012. The defendants is refusing to gives me these documents as well. I asked this Honorable Court to apply the Law to their actions.

In Document # 6, the plaintiff asked the defendants to Please produce all information pertaining to the Plaintiff's Dental Insurance Coverage from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003. The Defendants refuse to forward the plaintiff the requested Dental Insurance information. I the plaintiff asked this Honorable Court to apply the Law against them for refusing to produce the Dental Insurance Information.

In Document # 7, the plaintiff asked the defendants to Please produce all information pertaining to the Plaintiff's Long Term Disability Benefits from the Defendants, Christiana Care Health Systems from August 1987 to October 28, 2003. The Defendants refuse to provide me with all Long-Term Disability Benefits Information. I asked this Honorable Court to apply the Law to their actions.

I the plaintiff want to inform the Court that most of the documents that I the plaintiff Stephanie Lynn Ford is receiving from the defendants are not the documents I requested. I would like to obtain these Documents to be able to answer the Memorandum Opinion Order dated December 6, 2006, time 2:01pm. I asked this Honorable Court to Grant Plaintiff's Motion To Compel.

Stephanie L. Ford

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720
DECEMBER 13, 2006

2

TO: MORGAN, LEWIS & BOCKIUS LLP
     MS. KENDRA L. BAISINGER
     1701 MARKET STREET
     PHILADELPHIA, PA 19103-2921


FROM: STEPHANIE LYNN FORD
      19 ALBANY AVE.
      NEWCASTLE, DELAWARE 19720
      NOVEMBER 20, 2006


RE: FORD v. CHRISTIANA CARE HEALTH SYSTEMS,
     RICHARD BURTON, and CLARA CLARK, C.A. NO. 06-301 (KAJ)

DEAR MS. BAISINGER

     PER TELEPHONE CONVERSATION, I STEPHANIE LYNN FORD AM MAKING A SECOND ATTEMPT TO RETRIEVE THE FOLLOWING DOCUMENTS. PLEASE MAIL ME THE LISTED DOCUMENTS NO LATER THAN DECEMBER 6, 2006. OTHERWISE, I HAVE NO OTHER CHOICE BUT TO FILE A MOTION TO COMPEL WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE.

DOCUMENT # 1. IN LETTER FORM, THE PERSON OR PERSONS WHO AUTHORIZED AND IS RESPONSIBLE FOR THE TERMINATION OF THE PLAINTIFF, STEPHANIE LYNN FORD EMPLOYMENT STATUS, EMPLOYMENT BENEFITS, AND THE REASON FOR THE EMPLOYMENT TERMINATION AT CHRISTIANA CARE HEALTH SYSTEMS.

DOCUMENT # 2. PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF'S PENSION BENEFITS FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 3. PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF'S MEDICAL BENEFITS FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 4. PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE PLAINTIFF'S LIFE INSURANCE FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28, 2003.

DOCUMENT # 5.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE
PLAINTIFF'S PERSONAL ACCIDENT INSURANCE FROM THE DEFENDANT,
CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28,
2003.

DOCUMENT # 6.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE
PLAINTIFF'S DENTAL INSURANCE COVERAGE FROM THE DEFENDANT ,
CHRISTIANA CARE HEALTH SYSTEMS FROM AGUST 1987 TO OCTOBER 28,
2003.

DOCUMENT # 7.  PLEASE PRODUCE ALL INFORMATION PERTAINING TO THE
PLAINTIFF'S LONG TERM DISABILITY BENEFITS FROM THE DEFENDANT,
CHRISTIANA CARE HEALTH SYSTEMS FROM AUGUST 1987 TO OCTOBER 28,
2003.

SINCERELY,

*Stephanie L - Ford*  11/20/06

STEPHANIE LYNN FORD
19 ALBNY AVE.
NEWCASTLE , DELAWARE 19720

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,                )
                                    )
              Plaintiff,            )
                                    )       Consolidated
       v.                           )       Civil Action No. 06-301 KAJ
                                    )       Civil Action No. 06-458-KAJ
CHRISTIANA CARE HEALTH              )
SYSTEMS, RICHARD BURTON, and        )
CLARA CLARK,                        )
                                    )
              Defendants.           )

## DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL REQUEST FOR PRODUCTION DATED NOVEMBER 20, 2006

Defendant Christiana Care Health Systems ("Christiana Care"), Richard Burton, and Clare

Clark (collectively " Defendants"), by and through their attorneys, hereby respond and object to

Plaintiff Stephanie Ford's ("Plaintiff") Supplemental Request for Production dated November 20,

2006 in accordance with the numbered paragraphs set forth below.

In furnishing these responses, Defendants do not admit or concede the relevance,

materiality, or admissibility in evidence of the information provided.  All objections to the use of

such information, at trial or otherwise, are expressly reserved.  Defendants incorporate their General

Objections from Defendants' First Responses and Objections to Plaintiff's First Request for

Production of Documents, and responds to Plaintiff's requests as follows:

### SPECIFIC OBJECTIONS AND RESPONSES

(In addition to all applicable General Objections set forth above)

1.      In letter form, the person or persons who authorized and is responsible for the

termination of the Plaintiff, Stephanie Lynn Ford employment status, employment benefits, and the

reason for the employment termination at Christiana Care Health Systems.

**Answer:** In addition to their General Objections, Defendants object to this Request because it is vague and ambiguous, and imposes obligations greater than and inconsistent with those provided for in the Federal Rules of Civil Procedure. Subject to and without waiving any objections, please see documents D0195 and D0196, attached hereto, which may provide you with additional information. Defendants have produced all responsive, non-privileged documents to the extent such documents exist and have been located.

2.    Please produce all information pertaining to Plaintiff's pension benefits from the defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

**Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous. Subject to and without waiving any objections, in addition to the documents that Defendants produced in their first document production, please see document D0197, attached hereto. Defendants have produced all responsive, non-privileged documents to the extent such documents exist and have been located. Furthermore, we have served a subpoena (which you have received a copy of) on Lincoln National Life Insurance Company requesting documents relating to your benefit plans. We will send you a copy of any documents that are produced in response to the subpoena.

3.    Please produce all information pertaining to the Plaintiff's medical benefits from the defendant, Christiana Care Health Systems from August 1987 through October 28, 2003.

**Answer:** In addition to their General Objections, Defendants object to this Request because it is overbroad, vague and ambiguous. Subject to and without waiving any objections, Defendants

2

have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

4.    Please produce all information pertaining to the Plaintiff's life insurance from the Defendant, Christiana Care Health System from August 1987 to October 28, 2003.

**Answer:**  In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous.  Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

5.    Please produce all information pertaining to the Plaintiff's personal accident insurance from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

**Answer:**  In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous.  Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

6.    Please produce all information pertaining to the Plaintiff's dental insurance coverage from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

**Answer:**  In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous.  Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.

3

7.    Please produce all information pertaining to the Plaintiff's long term disability benefits from the Defendant, Christiana Care Health Systems from August 1987 to October 28, 2003.

**Answer**: In addition to their General Objections, Defendants object to this Request because it is overbroad, vague, and ambiguous.  Subject to and without waiving any objections, Defendants have already produced all responsive, non-privileged documents to the extent such documents exist and have been located.  Furthermore, we have served Unum Life Insurance Company of America with a subpoena (which you have received a copy of) requesting documents related to your long term disability policy.  We will send you a copy of any documents that are produced in response to this subpoena.

David H. Williams (I.D. No. 616)
James H. McMackin, III (I.D. No. 4284)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
302.888.6900
dwilliams@morrisjames.com
jmcmackin@morrisjames.com

Michael J. Ossip (admitted pro hac vice)
Thomas S. Bloom (admitted pro hac vice)
Kendra L. Baisinger (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
215.963.5543

Attorneys for Defendants

Dated: December 1, 2006

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD,    )
            )
    Plaintiff,     )
            )
    V.        )  Civil Action No. 06-301 (KAJ)
            )
CHRISTIANA CARE HEALTH   )
SYSTEMS, RICHARD BURTON, and  )
CLARA CLARK,      )
            )
    Defendants.    )

2006 OCT -2   AM 8: 34

## REQUEST TO PRODUCE DOCUMENTS

  I THE PLAINTIFF, STEPHANIE LYNN FORD, PRO-SE, HEREBY RESPECTFULLY AM REQUESTING THIS HONORABLE COURT, TO GRANT THE PLAINTIFF'S REQUEST TO OBTAIN THE FOLLOWING LISTED DOCUMENTS FROM THE DEFENDANTS, CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK,

1. Plaintiff, Stephanie Lynn Ford, resides at 19 Albany Ave. Newcastle, Delaware 19720

2. Defendants, CHRISTIANA CARE HEALTH SYSTEMS, RICHARD BURTON, and CLARA CLARK, / DAVID H. WILLIAMS (# 616)  MORRIS, JAMES , HITCHENS & WILLIAMS LLP 222 Delaware Ave., 10th Floor P.O. Box 2306 Wilmington, De. 19899

DOCUMENT #1. IN LETTER FORM, THE PERSON OR PERSONS WHO AUTHORIZED AND IS RESPONSIBLE FOR THE TERMINATION OF ALL THE PLAINTIFF'S STEPAHNIE LYNN FORD EMPLOYMENT BENEFITS AND EMPLOYMENT STATUS, AND THE REASON FOR THE TERMINATION.

DOCUMENT #2. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY PENSION BENEFITS FROM THE DEFENDANT, CHRISTIANA CARE HEALTH SYSTEMS.

DOCUMENT # 3. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY MEDICAL BENEFITS.

DOCUMENT # 4. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY LIFE INSURANCE POLICY.

DOCUMENT #5. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY PERSONAL ACCIDENT INSURANCE.

DOCUMENT # 6. PLEASE PRODUCE ALL INFORMATION PERTAINING TO MY DENTAL INSURANCE COVERAGE.

DOCUMENT # 7. PLEASE PRODUCE ALL INFORMAION PERTAINING TO MY LONG TERM DISABILITY BENEFITS.

SINCERELY,

*Stephanie L. Ford*

STEPHANIE LYNN FORD
19 ALBANY AVE.
NEWCASTLE, DELAWARE 19720
OCTOBER 2, 2006

CC: David H. Williams (#616)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

PF:

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

2ND DAY OF OCTOBER 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:


U.S. CERITIFIED MAIL

DAVID H. WILLIAMS (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 DELAWARE AVE., 10TH FLOOR
P.O.BOX 2306
WILMINGTON, DE 19899



# LIFE INSURANCE

# PROGRAM

### FULL TIME
### EMPLOYEES

**Human Resources:   Benefits/Records Office**
**(302) 428-5794**

D0107

# BENEFITS AT A GLANCE

## LIFE INSURANCE PLAN

This life insurance plan provides financial protection for your beneficiary(ies) by paying a benefit in the event of your death. The amount your beneficiary(ies) receive(s) is based on the amount of coverage in effect just prior to the date of your death according to the terms and provisions of the plan.

**EMPLOYER'S ORIGINAL PLAN
EFFECTIVE DATE:** January 1, 1999

**PLAN YEAR:**

> January 1, 1999 to January 1, 2000 and each following January 1 to January 1

**IDENTIFICATION
NUMBER:** 530503 011

**ELIGIBLE GROUP(S):**

> All full-time employees in active employment

**MINIMUM HOURS REQUIREMENT:**

> Employees must be working at least 80 hours per two week pay period.

**WAITING PERIOD:**

> For employees in an eligible group on or before January 1, 1999: First of the month following 90 days of continuous active employment
>
> For employees entering an eligible group after January 1, 1999: First of the month following 90 days of continuous active employment

**REHIRE:**

> If your employment ends and you are rehired within 6 months, your previous work while in an eligible group will apply toward the waiting period. Your coverage will begin on the first of the month following date of rehire. All other Summary of Benefits' provisions apply.

**WHO PAYS FOR THE COVERAGE:**

> *Basic Benefit:*
>
> Your Employer pays the cost of your coverage.
>
> *Additional Benefit:*
>
> Your Employer pays for the cost of 1x your annual earnings, you pay the cost of any amount over 1x your annual earnings.

**ELIMINATION PERIOD:**

> **All Executives**
> Premium Waiver: 90 days
>
> Disability-based benefits begin the day after Unum approves your claim and the elimination period is completed.

CHRISTIANA CARE      Beneficiary Designation Form      **Page 2**

## PERSONAL ACCIDENT INSURANCE BENEFICIARY DESIGNATION
#### Full Time employees only (IF APPLICABLE)

**Please choose ONE option only:**

**OPTION 1:** _____ SAME AS LIFE INSURANCE BENEFICIARY

**OR:**

**OPTION 2: Name specific beneficiary(ies)(Please Print)**

Name: _____

Address: _____

Percentage:*_____  Relationship**_____  Age:(if minor)_____

Name: _____

Address: _____

Percentage:*_____  Relationship**_____  Age:(if minor)_____

Name:_____

Address:_____

Percentage:*_____  Relationship**_____  Age:(if minor)_____

*Total percentage should not equal more than 100.

**Relationship codes (see other side)

**PLEASE COMPLETE AND RETURN TO THE BENEFITS/RECORDS SECTION, HUMAN RESOURCES DEPT., WILMINGTON HOSPITAL**

benef98.doc/8/25/98



**CHRISTIANA CARE**
HEALTH SERVICES

4755 Ogletown-Stanton Road
PO Box 6001
Newark, Delaware 19718-6001

302-733-1000

April 19, 2004

Stephanie Ford
19 Albany Ave.
New Castle, DE 19720

Dear Stephanie:

As a follow-up to our telephone conversation this morning, I am writing to you concerning your current leave of absences. Christiana Care's leave of absence policy provides a twenty-four week maximum for leave of absence in a 12 month period for medical reasons. You have reached this twenty-four week limit as of 04/13/04, therefore it will be necessary to remove you from Christiana Care's payroll effective this date.

If you are covered under Christiana care's long term disability plan, you should contact Debra Lewis at 428-5764 so that paperwork can be forwarded to you to apply for this benefit. Your removal from payroll will have no effect on any benefit you may qualify for under the disability plan. Following your termination from payroll, you will receive a notice which outlines your right to convert life insurance and to continue health and dental coverage and the rate you will be required to pay to maintain coverage. If you have any questions about benefit coverage, please contact Benefits at 428-5794.

If you receive clearance in the near future to return to work, you are welcome to re-apply for a position through the Employment Section of the Human Resources department. The Employment Section will attempt to place you based upon your qualifications in light of available vacancies. If it is possible to place you in a position at a later date, you may be entitled to have prior full time service restored. To discuss this, please contact me at 733-1120.

On behalf of Christiana Care, I would like to thank you for your years for service to Christiana Care Health Services. We are sorry that you are not able to continue work at this time.

Please do not hesitate to contact me with any additional questions.

Sincerely,

Anthanita Warner
Employee Relations Assistant

D0196

## PENSION INFORMATION

DATE NOVEMBER 14, 2006

NAME OF PENSIONER: STEPHANIE FORD

SOCIAL SECURITY NO: 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

DATE OF BIRTH: 02/16/1962  POSITION: CLERK III

DEPARTMENT/DIVISION: X-RAY – WILMINGTON

EMPLOYMENT DATE: 08/24/1987

SEVERANCE FROM SERVICE DATE: 04/13/2004

RETIREMENT DATE: 03/01/2027

TYPE OF RETIREMENT: TERMINATED VESTED

DATE PAYMENTS COMMENCE: 03/01/2027

PARTICIPATION DATE: 

CREDITED SERVICE: 15 YRS 11 MOS 25 DAYS FT (.16267)
       07 MOS 24 DAYS FT

FINAL AVERAGE EARNINGS (Monthly) $2127.14

SETTLEMENT OPTION: 

ANNUAL AMOUNT: $4671.24

MONTHLY INCOME: $389.27

AGE AT TERMINATION: 42 YRS 01 MOS 27 DAYS

NRD: 03/01/2027

D0197

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

13th Day December 2006, UPON THE

FOLLOWING IN THE MANNER INDICATED:


U.S.  REGULAR MAIL

MORGAN, LEWIS & BOCKIUS LLP
MS. KENDRA BAISINGER
1701 MARKET STREET
PHILADELPHIA , PA 19103-2921

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES

THAT COPIES OF THE FOREGOING

WERE CAUSED TO BE SERVED THIS

28, MARCH 2008 UPON THE

FOLLOWING IN THE MANNER INDICATED

U.S. CERTIFIED MAIL

MORGAN, LEWIS & BOCKIUS LLP.
MR. JAMES H. McMACKIN III
1701 MARKET STREET
PHILADELPHIA, PA. 19103-2921

MORRIS JAMES LLP.
MR. DAVID H. WILLIAMS
500 DELAWARE AVENUE, SUITE 1500
P.O.BOX 2306
WILMINGTON, DELAWARE 19899