IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHANIE LYNN FORD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-301-MPT |
| | : | (Consolidated) |
| CHRISTIANA CARE HEALTH SYSTEMS, | : | |
| Richard Burton and Clara Clark, | : | |
| | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **13th** day of **May, 2008**

A memorandum opinion having been issued on the same date in the above captioned matter

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Consistent with the Memorandum Opinion, plaintiff Ford's motion for summary judgment (D.I. 48 for 06-301) is DENIED.

2. Consistent with the Memorandum Opinion, defendants' motion for summary judgment (D.I. 53 for 06-301) is GRANTED.

3. Consistent with the Memorandum Opinion, defendant Christiana Care Health Systems' motion to dismiss (D.I. 9 for 07-529) is GRANTED.

        /s/ Mary Pat Thynge
        UNITED STATES MAGISTRATE JUDGE

May 13, 2008
Wilmington, Delaware