# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

MAY 21 PM 12:5&

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

STEPHANIE LYNN FORD

DISTRICT COURT
DOCKET NUMBER: 06-301

v.

CHRISTIANA CARE HEALTH SYSTEMS,
RICHARD BURTON AND CLARA CLARK,

DISTRICT COURT
JUDGE: MPT

Notice is hereby given that STEPHANIE LYNN FORD
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,
[✓] Other (specify) ① SUMMARY JUDGMENT (D.I. 53 FOR 06-301)
ORDER DOCKET # 82 ② Summary Judgment D.I. 48 FOR 06-301

entered in this action on  5/21/08
(date)

DATED: 5/21/08

_Stephanie L. Ford_
(Counsel for Appellant-Signature)

PRO-SE Stephanie L. Ford
(Name of Counsel - Typed)

19 ALBANY AVE
(Address)

NEW CASTLE, DE 19720

(302)658-6714
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.