IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STEPHANIE LYNN FORD

PLAINTIFF

V.

CHRISTIANA CARE HEALTH SYSTEMS
RICHARD BURTON AND CLARA CLARK

DEFENDANTS.

CIVIL ACTION NO.

07CV00529 (MPT)
06CV00301 (MPT)

Certificate of service Re: DI 78

CERTIFIED MAIL RECEIPT

June 13, 2008

FROM:
STEPHANIE L. FORD
19 ALBANY AVE
NEWCASTLE, DE 19720

```
              MANOR BRANCH
            NEW CASTLE, Delaware
                 197209996
               3379300721 -0097
04/02/2008     (302)328-5893      11:41:51 AM

               Sales Receipt
Product         Sale  Unit          Final
Description     Qty   Price         Price

PHILADELPHIA PA 19103               $4.60
Zone-1 Priority Mail
 ;.20 oz.
  leturn Rcpt (Green Card)          $2.15
  ertified                          $2.65
  abel #:        70042510000336404399
                                    =======
  ssue PVI:                         $9.4C


  tal:                              $9.40

  id by:
  sh                               $10.0
  ange Due:                        -$0.6

  der stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS

Bill#: 1000302432249
Clerk: 08

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
        Thank you for your business.
*******************************************
*******************************************
        HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*******************************************
*******************************************

                Customer Copy
```



CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT COPIES OF THE FOREGOING WERE CAUSED TO BE SERVED THIS 13, DAY OF JUNE 2008, UPON THE FOLLOWING IN THE MANNER INDICATED:

U.S. REGULAR MAIL

MORGAN, LEWIS & BOCKIUS LLP.
MR. DAVID. WILLIAMS
MR. JAMES. H. MCMACKIN III
1701 MARKET STREET
PHILADELPHIA, PA. 19103-2921